IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | |
| | : | |
| THE CORPORATION OF | : | |
| HAVERFORD COLLEGE, | : | |
| | : | |
| Defendant. | : | |

COMPLAINT

TABLE OF CONTENTS

I.      INTRODUCTION ................................................................................................ 1

II.     JURISDICTION AND VENUE .......................................................................... 10

III.    PARTIES ............................................................................................................ 10

IV.     FACTS ................................................................................................................ 15

    A.   The History of Antisemitism at Haverford ........................................................ 16

    B.   Haverford has Frequently Publicly Judged and
         Vigorously Condemned Discrimination Against
         Groups Other Than Jews and This Practice
         Defines the Culture of Haverford College ........................................................ 19

    C.   Haverford has Repeatedly and Categorically
         Refused to Condemn Hamas's Atrocities or any
         Terrorist Acts Directed Against Jews or Israelis
         and this Refusal Has Informed and Directed the
         Treatment of Haverford Jewish Students by
         Administration, Faculty and Other Students ...................................................... 21

    D.   Haverford Maintains a Series of Policies on
         Discrimination, on Expression, on Conduct
         Relating to Social Media and on the Posting of
         Posters, but these Policies are not Applied to
         Jews in the Same Way That They are Applied to, and About, any Other Group ........... 22

         1.   Speech Codes for me but not for Thee ...................................................... 24

         2.   Haverford Social Media Policy ................................................................. 31

         3.   Haverford Poster Policy ............................................................................ 32

    E.   Haverford Since October 7 ................................................................................ 38

    F.   Ally's Teach-In .................................................................................................. 42

    G.   A Student is Shot in Vermont by a Hamas Supporter,
         The Jews at Haverford are Blamed and Haverford's
         President Does Nothing ..................................................................................... 44

    H.   Plenary at Haverford ......................................................................................... 48

    I.   Fall Plenary 2023 .............................................................................................. 49

    J.   Email Plea on Behalf of Silenced Jewish Students ........................................... 55

    K.   The Sit-In at Founders Hall ............................................................................... 59

    L.   Cancelation of the Antisemitism Awareness Event ........................................... 62

i

M.	Emergency Plenary ....................................................... 64

N.	Spring Plenary............................................................. 67

O.	Haverford's President Appears at a Jewish Event and Insults the Jews ........................... 68

P.	Haverford Students and Faculty use
	the Podia Granted them by Haverford College to
	Libel Israel, Zionism, and Anyone Who Supports Israel or Zionism.............................. 69

Q.	The "Fords' Forum"...................................................... 73

R.	Screening of Supernova: the Music Festival Massacre .................................. 75

S.	The Encampments........................................................ 78

T.	Haverford's Leadership has Resolutely Refused to
	Change Direction on Campus Antisemitism Even
	After Jewish Students, Parents, Alumni, and Faculty,
	as well as Organizations Representing the Local Jewish
	Community Repeatedly Called this Problem to the
	Attention of President Raymond and Other Haverford Administration Leaders ............. 80

COUNT I TITLE VI OF THE CIVIL RIGHTS ACT OF 1964 42 U.S.C. § 2000d et seq. ......... 84

COUNT II	BREACH OF CONTRACT............................................. 88

PRAYER FOR RELIEF ....................................................... 89

## COMPLAINT

### I.     INTRODUCTION

1.    Throughout its nearly 200-year history, Haverford College has been a highly respected institution devoted to providing a liberal arts education to its students.  Haverford has now abandoned that mission in one central respect: by adopting a single unifocal definition of justice, which excludes, and is resolutely hostile to, Jews who are committed to Israel's existence as a Jewish state or even insufficiently committed to its elimination.

2.    Instead, Haverford has become an *illiberal* institution fixated on appeasing the demands of anti-Israel students and faculty.  Haverford refuses to tolerate ideas about Israel that are at odds with its new political orthodoxy—in particular, the Jewish people's ethnic, historical, shared ancestral and religious claims to their ancestral homeland in Israel.  This intolerance is enforced through shunning of Jewish students committed to the existence of the State of Israel as a Jewish state, and through the lauding and accepting of antisemitic student demands by Haverford's President Wendy Raymond and her administration (the "Administration").  Indeed, President Raymond has allowed to go unanswered the exclusionary demands that pro-Israel students be labeled as racist "genocidaires" and therefore discredited or silenced.  *See infra ¶¶78.*

3.    Among the results of this intellectual bankruptcy is a college whose senior leadership, as well as at least a small but extremely loud segment of the faculty and the students have resolutely set their face against the ethnic and shared ancestral commitment of the Jewish people—the children of Israel—to the land of Israel.  Public expression of this

commitment at Haverford College is impossible for students, staff, and even for tenured faculty.

4.  As a result of Haverford's capture by a fervently antisemitic anti-Israel faction, students and even tenured faculty who engage in public expression of pro-Israel viewpoints are penalized through formal investigations and other disciplinary measures, as well as through informal but pervasive stigmatization, harassment, and bullying campaigns.

5.  As more fully alleged below at ¶¶259, the Office of Civil Rights, United States Department of Education ("OCR"), has recognized that it is antisemitic, and a violation of Title VI of the 1964 Civil Rights Act ("Title VI"), for an institution covered by that statute to discriminate against Jewish students on the basis of their ethnic and shared ancestral ties to the land of Israel.  Although Haverford accepts federal funds and is therefore subject to the requirements of Title VI, Haverford has engaged in discrimination against, and condoned pervasive hostility towards, pro-Israel Jewish students.

6.  Haverford has violated Title VI by failing to protect the rights of Jewish Haverford students to participate fully in college classes, programs, and activities, without fear of harassment if they express beliefs about Israel that are anything less than eliminationist. In this pervasively hostile environment, Jewish students hide their beliefs, as well as their attendance at religious services or even secular events at which support for the existence of Israel is articulated or defended.  While Israel-hating students march across the campus chanting quotes from the terrorist group Hamas calling for Israel's destruction—as they have done frequently and without any restraint or interference from the Administration— these Jewish students hide in their rooms, feeling unable even to go to class or to engage

in any of the other activities that constitute the life of an undergraduate.  Jewish students whose native tongue is Hebrew fear to and no longer will speak Hebrew in public on campus.  Other Jewish students agonize over how to suppress identifiably Jewish proclivities, gestures, or expressions, lest they be exposed as insufficiently Israel-hating Jews. Nearly all of these Jewish students engage in agitated consideration every day about whether, wherever they are going on Haverford's campus—to class, to the library, to a meal or to meet a friend—they are going to be met with attacks on them and the basic tenets of their religion.

7.   When these Jewish students, their parents, and concerned Jewish alumni have repeatedly beseeched Haverford College to protect Jewish students' right to live free from harassment—or indeed, their right to live outwardly as Jews at all—Haverford has explicitly refused.  Again and again.  On the contrary:  as more fully alleged below, ¶¶ 183-193. Haverford has even invoked the potential for violence by the antisemitic faction on campus as the reason why the Jews should not even publicly speak out *against antisemitism.*

8.   The result is a campus on which Jews who don't express hatred for the Jewish state or publicly disavow their connection to it cannot live and learn in peace.  Rather than tolerating these embattled community members, Haverford tolerates relentless and directed hostility towards its Jews.  While Haverford portrays itself as warm and welcoming to everyone, it has effectively abandoned these committed Jews.

9.   The Administration has explicitly acknowledged "growing concern about antisemitism on our campus."

https://www.haverford.edu/president/news/more-inclusive-learning-community

3

10.    Yet Haverford has made clear that it will not do anything to remedy the antisemitism that

now runs rampant on campus.

11.     In fact, in one deeply disturbing instance, Haverford Administrators actually said

explicitly that they take no responsibility for the safety of Jewish students. On January

31, 2024, the affiliate advisors of Hillel and Chabad, representing the Jewish community,

met with Haverford Administrators including Provost Linda Strong-Leek, Dean John

McKnight, Chief of Staff Jesse Lytle, and Vice President for Institutional Equity and

Access Thelalia "Nikki" Young.  The meeting took place after these Jewish leaders had

repeatedly requested help from the Administration for their embattled students and had

been rebuffed. At last, these leaders expected the opportunity to hear from Haverford's

administrative leadership what plans it had to help protect their Jewish charges.  But

when the Jewish representatives described the fear and isolation experienced by Jewish

students at Haverford, the administrators failed to demonstrate any appreciation of, or

sense of responsibility to address, the hostile environment for Jewish students. The

Jewish representatives underscored that, in this climate, Jewish students simply do not

feel safe on Haverford's campus. When asked what assurances they could provide to

Jewish prospective students and their parents, administrators responded that racial

minority students have never felt safe at Haverford, and that Jewish prospective students

should not expect to feel safe and should instead prepare to be "brave." To the

astonishment of the Jewish leaders and to the horror of others when the experience was

recounted, Haverford College leadership would not even permit the centering of the

concerns of Jews at Haverford at this meeting and instead pivoted to discussion of the

hardship of other minority students, even though the only reason this specific meeting

was held was to address the concerns of increasingly embattled Jews at Haverford.

12.     Despite having agreed to consider several proposed measures to address antisemitism, the

Administration has, over three months later, failed to follow up with Jewish

representatives or implement any such changes.

13.     Haverford also applies its policies on free speech discrimination in radically different

ways to Jews than it does to any other group.  Hate speech about Jews and Israel is

permitted to the full extent of the First Amendment, whereas anything that might

conceivably be understood as hate speech about any other minority group—as defined by

the recipient minority group—is not tolerated, even when such speech would otherwise

be protected by the First Amendment.

14.     Similarly, critical speech about Jews is deemed protected by Haverford if it appears on a

private social media page.  But speech attacking other minorities is actionable and indeed

punished, even when it appears only on private social media.

15.     Haverford administrators have unapologetically embraced this double standard.  In

March 2024, an alumnus questioned Dean John McKnight about the abundance of speech

on Haverford's campus that is virulently hostile to Jews and Israel, asking whether

Haverford would tolerate such speech directed at LGBTQIA students.  Dean McKnight

responded that the two groups are "not comparable."

16.     As for Jewish students contending with antisemitic hostility, Haverford has suppressed

public expression of their viewpoints. As more fully alleged below, the Administration

forced Plaintiff Ally Landau to agree to cancel a planned and preapproved Antisemitism

Awareness component to a women's basketball game because, they claimed, it could lead

to violent rioting by antisemitic, pro-Palestine students. Ally's proposed component would have consisted solely of a table placed at the entrance to the gym and the handing out of written materials and Blue Square pins that signify #standinguptoantisemitism. Other basketball games during Ally's tenure on the women's basketball team have been devoted to raising awareness for gay pride, diabetes awareness, mental health awareness and Black History Month, none of which were deemed controversial, let alone canceled due to a hecklers' veto. But a game dedicated solely to raising awareness about antisemitism—hatred of Jews—was deemed too controversial and warranted cancellation because of how the haters could be expected to behave.

17.  Students who hold views hostile to Israel and Judaism dominate the instrumentalities of student government at Haverford, including Students' Council and the Honor Council.

18.  These students deem Jewish students "white" and "powerful," in contrast with Arab, Muslim and Palestinian students, who are deemed protected minorities. Because Jews are presumed oppressors, according to this logic, they are disentitled to equal protection. Title VI unequivocally forbids Haverford from implementing or recognizing such discriminatory views as its school policy.

19.  Yet the current Haverford Honor Code apparently adopts a policy of mandated discrimination against Jews—who are deemed presumptively white and privileged regardless of their actual pigmentation or economic status—and in favor of other minority groups by committing all students to "rejecting anti-Blackness, recognizing white privilege, challenging structures of whiteness and white comfort, and crediting the work of BIPOC (Black, Indigenous and People of Color) and especially women of color." http://honorcouncil.haverford.edu/the-code/.  Moreover, the Honor Code

emphasizes that this commitment should be put into practice in student's daily lives rather than being "treated passively, as passivity condones white supremacy and the multitude of systems it creates." This is the "honor code" by which tenets Haverford College is run and which, consequently, permeates its environment.

20.   As more fully alleged below, when confronted by forms of discrimination other than antisemitism, President Raymond and her Administration have not hesitated to take direct official action in the name of the College.  But the same authorities have repeatedly taken the position that Jewish students injured by the hostility of their antisemitic classmates and professors should seek redress and protection from such conduct by invoking the provisions and regulatory processes of the Haverford Honor Code which is itself enforced through an Honor Council whose members endorse and embrace those discriminatory policies.

21.   The College has thus fobbed off the problem of antisemitic conduct to the bodies of students which are a principal source of the problem in the first place.

22.   This abnegation of responsibility by President Raymond and her Administration effectively delegates to antisemitic students, or those indifferent to antisemitism, the College's duty to comply with the law, and in particular, its nondelegable duty to ensure that Haverford fulfills its obligations under Title VI.

23.   No such effort by the College's Administration to sidestep its own duties under Title VI is permitted by that statute.

24.   As more fully alleged below, Haverford College has within the last six months, in addition to the issues already raised and in addition to many more:

7

- Hosted a weeklong series of events at which the Jewish State was accused of intentionally poisoning Arabs with Covid; at which they showed the movie "Jenin, Jenin," a film whose producer has acknowledged that it contains false accusations about the conduct of the Israel Defense Forces; and hosted an event at which Israel is described as a country with an explicit policy of maiming Palestinians—rather than killing them—so that Israel can subjugate the Palestinian people.

- Let stand the accusation, initially made by students, then seen and unremarked upon by President Raymond, that the one Jewish student at Haverford who had the courage to speak up on behalf of the Israelis raped, murdered and tortured on October 7 herself bore personal responsibility for a Palestinian Haverford student shot in Vermont by a person who, it was revealed less than a month after the shooting, was himself anti-Israel and a supporter of Hamas.[1]   *See infra ¶¶ 122-130*

25.   As a result of these and countless other discriminatory incidents, policies and practices, Haverford College is a campus that is overtly and persistently hostile towards Jewish students, faculty and administrative employees who are known or suspected of being supporters of the right of Israel to exist as a Jewish state, or of simply failing to espouse sufficiently antisemitic positions.  All opinions denouncing this commitment are accorded full protection as "Free Speech" or the exercise of Academic Freedom.

26.   There is absolutely no reason to believe that the bias manifest everywhere on the Haverford campus will cease without judicial intervention.  Even in the week before the

---

[1] *See* https://www.sevendaysvt.com/news/driven-by-hate-man-charged-in-burlington-shooting-was-a-volunteer-with-a-troubled-personal-life-39673363 (noting that "[i]n an October 17 post on X responding to a different article, [the shooter] wrote that "the notion that Hamas is 'evil' for defending their state from occupation is absurd. They are owed a state. Pay up.""))

filing of this Complaint the hate continued:  on Thursday, May 9, emboldened students at Haverford demanded that Haverford boycott a Jewish restaurant owner with whom the college had contracted to supply breakfast for commencement, publicizing an image of his food products dripping blood, simply because he is a native-born Israeli who has had the temerity to support his country's self-defense.



This brazen resurrection of the ages-old blood libel, substituting donuts for matzah and Arabs for Christians, would never have been made publicly if the Administration had taken any action against the long stream of previous antisemitic attacks detailed in this Complaint. The Haverford Administration's resolute refusal to put a stop to this endless parade of hatred will not be remedied unless this Court puts a stop to it.

## II.    JURISDICTION AND VENUE

27.    This Court has subject matter jurisdiction over this controversy under 28 U.S.C. §1331

inasmuch as this Complaint states claims arising under federal law, and pursuant to 28

U.S.C. § 1367, inasmuch as this Complaint states ancillary claims arising under state law.

28.    Venue lies in this district pursuant to 28 U.S.C. §1391, inasmuch as the Defendant resides

in this district and a substantial part of the events or omissions giving rise to the claim

occurred in this district.

## III.    PARTIES

29.    The Plaintiff in this case, Jews at Haverford, is an unincorporated association consisting

of Jewish students and faculty at Haverford College, as well as Haverford alumni and

parents of students and alumni, who are Jewish and share a commitment to the existence

of Israel as a Jewish state.

30.    Student Ally Landau is currently a senior at Haverford and a member of Jews at

Haverford.  Ally is Jewish and is committed to the existence of Israel as a Jewish state.

Ally attends Jewish programs and events on and off campus.  Ally has personally been

affected by antisemitic demonstrations, by posters throughout the Haverford College

campus calling for the destruction of the state of Israel and accusing the state of Israel of

committing genocide.  Ally has been forced to change her routine at Haverford to avoid

being confronted by blood libels directed at the Jewish people.  Ally has been harassed

and insulted by other students and faculty at Haverford College purporting to instruct her

on what constitutes the tenets of her religious commitment and claiming that her

commitment to Israel has nothing to do with her Judaism.  Ally has been shunned by

Haverford students because she has made known her opinion that Israel has the right to

exist as a Jewish state.  Ally has repeatedly beseeched President Raymond and her

Administration to intervene and ensure that the antisemitic animus pervading Haverford

College cease. She and/or her concerns have been repeatedly rebuffed, shunted aside, told

she should deal with the matter herself, and/or ignored by Haverford's leadership. Ally

has been targeted by the antisemitic pro-Hamas members of the Haverford College

community who blamed her position and assertions of facts regarding the history of the

Middle East and the current conflict for the shooting in November 2023 of three Arab

Palestinian students. Ally was also pressured by senior Haverford College administrators

including Dean John McKnight into canceling a pre-approved Antisemitism Awareness

component of a women's basketball game.   For Ally, not a single day goes by when the

rampant antisemitism on Haverford's campus is not at the forefront of her mind.

31.     Student HJSB is currently a senior at Haverford and a member of Jews at Haverford.

HJSB is Jewish and is committed to the existence of Israel as a Jewish state.  In the

immediate aftermath of October 7, as she watched the violent hostility to Israel unfold on

Haverford's campus, HJSB initially remained in her room and then fled campus to her

parents' home, unable to function as a student at Haverford because she found herself

surrounded by fellow students who she had thought were her friends, but who were

initially indifferent to, and then actually celebrating the murder of Jews.  HJSB attends

Jewish programs and events on and off campus and has lost friends and been shunned

because of this attendance, with other Haverford students telling HJSB that she should

not support a Zionist entity on campus. HJSB has personally been affected by antisemitic

demonstrations, by antisemitic posters which have flooded the Haverford College

campus, including flyers on every library table and by huge banners on central points of

the campus which call for the destruction of the state of Israel and accuse the state of Israel of committing genocide.  HJSB has been forced to change her routine at Haverford in order to avoid being confronted by blood libels directed at the Jewish people.  HJSB has agonized over how she can "refute her Jewishness just enough so I don't have a target on my back."  HJSB felt very intimidated voting at the Spring Plenary on the ceasefire resolution, especially because the votes were public and Palestinian flags were being waved everywhere. HJSB did not vote for the ceasefire resolution which exposed HJSB to hatred from those who think anyone supporting the right of Israel to exist are "f*cking Zionists" and "genocide supporters."  In advance of the vote, HJSB was asked repeatedly—in front of others, many of whom responded to her with hostility—to sign the petition in support of the ceasefire resolution, which was intimidating and created a great deal of anxiety. The hostile environment for HJSB is something she thinks about every single day since October 7.  That concern is on her mind whenever she leaves her dorm room and is especially acute in classes, where she fears that she might say something out loud that indicates she has any affiliation towards or sympathy for Israel which would immediately brand her as someone who supports "genocide" by other students and faculty alike.

32.    Student HJSC is currently a Jewish Haverford student and a member of Jews at Haverford.  HJSC is committed to the existence of Israel as a Jewish state.  HJSC attends Jewish programs and events on and off campus and has lost friends and been shunned because of this attendance.  HJSC has personally been affected by antisemitic demonstrations, by posters throughout the Haverford College campus calling for the destruction of the state of Israel and accusing the state of Israel of committing genocide.

HJSC has been forced to change her routine at Haverford in order to avoid being confronted by blood libels directed at the Jewish people. HJSC has been repeatedly insulted by other students and faculty at Haverford College purporting to instruct her on what constitutes the tenets of her religious commitment and claiming that her commitment to Israel has nothing to do with her Judaism. HJSC knows that when Russia invaded Ukraine, no one at Haverford doubted who was the aggressor and who was the victim and Ukrainian students were supported, which is a dramatic difference from the way Jewish Haverford students were treated in the wake of the October 7 Hamas attack. HJSC has been devastated by the sudden and sustained proliferation of Haverford students wearing head and shoulder coverings in a manner like that worn by Hamas terrorists in order to show support for Hamas and to intimidate Jewish students. HJSC believes that not only are Jews not being heard on Haverford's campus, but that instead they are being told—she is being told—"you don't belong here." HJSC has heard Haverford students say that "Jews exaggerate the Holocaust," and that "Jews are white and privileged," as a justification for the constant displays of Jew hatred at Haverford. HJSC has been shunned by numerous Haverford students because HJSC has made known her opinion that Israel has the right to exist as a Jewish state.

33.   Student HJSD is currently a Jewish Haverford student and a member of Jews at Haverford. HJSD is committed to the existence of the state of Israel as a Jewish state. HJSD attends Jewish programs and events on and off campus. HJSD has personally been affected by antisemitic demonstrations, by posters throughout the Haverford College campus calling for the destruction of the state of Israel and accusing the state of Israel of committing genocide. HJSD has been forced to change his routine at Haverford in order

to avoid being confronted by blood libels directed at the Jewish people.  HJSD felt

continually bombarded and harassed by the multitude of emails he received from the

Students Council haranguing him with calls for a ceasefire in the Middle East and

demands that he attend various meetings about voting for a ceasefire. HJSD fears that

were he to allow other Haverford College students to know that he believes in the right of

Israel to exist, they would shun him, as he's seen happen to other Jewish Haverford

students.

34.    Student HJSE is currently a Jewish Haverford College student and a member of Jews at

Haverford.  HJSE is committed to the existence of Israel as a Jewish state.  HJSE attends

Jewish programs and events on and off campus and has lost friends and been shunned

because of this attendance.  HJSE has personally been affected by antisemitic

demonstrations, by posters throughout the Haverford College campus calling for the

destruction of the state of Israel and accusing the state of Israel of committing genocide.

HJSE has been repeatedly insulted by other students and faculty at Haverford College

purporting to instruct her and other Jews on what constitutes the tenets of her religious

commitment and claiming that her commitment to Israel has nothing to do with her

Judaism.  HJSE has been shunned by numerous Haverford students because HJSE has

made known her opinion that Israel has the right to exist as a Jewish state. HJSE was told

by President Wendy Raymond that an event put on by anti-Israel Haverford students

which claimed Israel was "weaponizing" Covid against Palestinians was not antisemitic.

HJSE was in a group of Jewish Haverford students who asked President Raymond what

she thought of the picture a Haverford professor publicly posted and wildly applauded of

a bulldozer smashing through a barrier from Gaza into Israel so that the driver and others

14

could murder, mutilate, and rape Israelis. President Raymond's response was that the post "could be perceived in many ways," and when pressed about what *she* perceived, President Raymond responded to the Jewish students that she "heard people breaking free from their chains." Student HJSE was aghast and felt utterly abandoned when she heard Haverford College's President Wendy Raymond make these statements and also claim that there were peaceful people from Gaza who crossed over into Israel through the destroyed fence on October 7.

### IV.   FACTS

35.   As more fully alleged below, the Administration of Haverford College, through the action and inaction of President Wendy Raymond, Dean John McKnight, Vice President for Institutional Equity and Access Nikki Young, and Jesse Lytle, Chief of Staff to the Haverford College President, some members of the faculty and others, have been deliberately indifferent to, allowed, and indeed fostered and encouraged, the creation of a severe and pervasive hostile antisemitic environment on Haverford's campus.

36.   Many Jewish students at Haverford have been subject to antisemitic intimidation and harassment, and as a result, they fear for their personal and community safety. This hostile environment interferes with the ability of Jewish students to participate in and benefit from the services, activities or educational opportunities offered by the College and for which they paid.

37.   Many Jewish students wonder how they can adequately refute or hide their Judaism just enough so they don't have a target on their back.  Jewish students know that saying anything about the Middle East that is not aggressively pro-Palestinian, and antisemitic, will paint them as "Zionists" and therefore amendable to shunning and hatred.  Were a

student at Haverford to express an opinion in support of Israel to anyone other than a carefully selected group of pre-vetted friends, that student would be accused of being a "f*cking Zionist" and then be blacklisted by a great many other students.

38. To date, the Administration has taken no effective action to: (i) address the environment of antisemitic intimidation and harassment: (ii) hold the perpetrators of antisemitic intimidation accountable for their actions; or (iii) prevent further acts of intimidation from occurring.  Instead, the Administration has remained resolutely and deliberately indifferent to, encouraged, tolerated, not adequately addressed, or ignored the creation of this severe and pervasive antisemitic environment.  In contrast to its emphatic rejection of racist, sexist or speech in derogation of other groups, Haverford's President Wendy Raymond has repeatedly proclaimed that speech attacking or intimidating Jews will not meet with discipline of any kind but will, at best, be addressed with efforts for "restorative justice"—and then not provided even that.

39.  Haverford's deliberate indifference and clearly unreasonable response to anti-Jewish harassment, and its discriminatory application of its policies to exclude Jewish students from their protections, has created an environment in which antisemitic activity has flourished, and if not immediately addressed, will continue to flourish.

### A.  The History of Antisemitism at Haverford

40. Haverford College has long struggled with antisemitism. In the 1930s, Haverford had a quota on the number (three) of students who could be Jewish in each class year. https://haver.blog/2021/05/21/exploring-the-stories-not-told/.  Haverford College had no other quota or limitation on the religious, racial, or ethnic makeup of its student body. Even at a time when *de jure* segregation and discrimination against Black Americans

were a widespread and indeed legal form of bigotry, Haverford viewed only the presence of Jews on its campus and in its student body as a threat justifying the imposition of a numerical quota.

41. The College's continuous struggle with antisemitism has manifested itself over time.  In 2020 during what has become known as the "student strike," numerous student organizations signed on to a petition to show support for the antiracism objectives of the student strike. But when a Jewish student group attempted to sign the petition, the group was forbidden to do so by the student strike leaders who told the Jewish students "*get the f\*ck off the document*," and that the Jewish students should "*f\*cking choke.*"

42. The pro-Israel Jewish student group accorded this treatment was the only student organization that was not allowed to sign the petition.

43. The Administration stood by in silence and took no public action in the face of this obviously antisemitic action, despite numerous requests for help made directly to President Raymond.  Neither, on information and belief, was there any attempt by anyone in the College administration to identify the source of this obvious antisemitism, or to address it, or the people who had manifested it, in any way.

44. Also in 2020, a Chabad-affiliated student group asked to join an ethnic affinity group at Haverford College, which was open to all ethnic groups.  It was refused.

45. This expression of antisemitism is a glaring example of a violation of Haverford's own internal antidiscrimination regulations.  Yet it was a matter of complete indifference to President Raymond and the others in her Administration.

46. Similarly, during the current academic year, a Jewish student attended a meeting at which select students and administration members reviewed Haverford student applicants to work with the College's Office of Admissions to provide tours of the Haverford campus.

17

That student was present when other students rejected the request of more than one

student applicant for the job of tour guide on the ground that the applicants "are

Zionists."

47.   Two Haverford College administration employees were present and witnessed this.

48.   No one said anything to challenge this decision by the students.  Those Jewish students'

applications were rejected.

49.   Haverford's official tolerance, that is, either its official endorsement or, at best mere

refusal to intervene in, acts of antisemitism stands in stark contrast to its response to any

other form of discrimination against any other minority group.

**B. Haverford has Frequently Publicly Judged and Vigorously Condemned Discrimination Against Groups Other Than Jews and This Practice Defines the Culture of Haverford College**

50.   Haverford has a long and proud history of issuing statements condemning violence against minorities even when it occurs off campus, and even far away from the College's campus.   This practice has helped to define the culture of Haverford College.

51.   A collection of some such statements, issued officially by individual departments at Haverford after one such incident, appears here.

52.   The statements linked above in ¶51 and many others like them, were issued by fourteen different academic departments at Haverford, and pledged solidarity with minority students because one or more members of a minority group had been killed.  The departments unilaterally took numerous official steps in response to such events, including adjustments in the academic schedule to allow students to grieve and to recover, and even raising money in support of a charity focused on this issue.

53.    As just one example, here are the steps announced in 2020 by just one academic department at Haverford in response to the death, at the hands of the Philadelphia Police, of a Black Philadelphia man with no relationship to Haverford:

     a.     All classes (synchronous and asynchronous) will be canceled until further notice

     b.     Students participating in the strike will not be subjected to any grade or attendance penalties

     c.     We remain available to meet with students who are interested in continuing work on their theses

d.      we likewise support those who decide to suspend thesis work until the end of the strike

e.      If the strike ends and classes resume in the coming weeks, each professor will touch base in class and consult with students about how to continue forward and finish the remainder of the semester

f.      We will be postponing upcoming events planned with the college

g.      We will be holding a town hall on Monday, November 2nd at 11:00 a.m. EST to create space in the coming week for BIPOC and First Gen anthropology students who would like to reflect, talk together, and strategize

h.      We will send the student demand letter and mutual aid links to our networks and organize within the department and College to respond and engage BIPOC student demands

i.      We encourage members of the anthropology community to support students through the mutual aid mechanism: Venmo@hcstrikefund Learn more on Instagram @bicomutualaid

j.      If there are specific organizing endeavors on which we can collaborate, please let us know

and https://digitalcollections.tricolib.brynmawr.edu/_flysystem/fedora/2023-02/Departmental_strike_statements.pdf

**C. Haverford has Repeatedly and Categorically Refused to Condemn Hamas's Atrocities or any Terrorist Acts Directed Against Jews or Israelis and this Refusal Has Informed and Directed the Treatment of Haverford Jewish Students by Administration, Faculty and Other Students**

54.    Haverford College has repeatedly, officially, refused to condemn Hamas for the atrocities it committed against Jews on October 7, 2023, even though the impact of those atrocities on Jewish students at Haverford was surely as brutal as the impact on students of color when a Black man was killed by the Philadelphia police.  Haverford College made no public statement condemning the brutal violence committed by Hamas on October 7, when over a thousand Jews were murdered, mutilated, burned alive and raped to death, when hundreds were taken hostage, all in explicit and proudly announced violation of international law, videotaped by the perpetrators themselves, so there could be no doubt as to whether these atrocities occurred, or who committed them.

55.    Instead, Haverford Dean McKnight issued a public statement on October 9. That statement took no moral stance on Hamas's actions. Haverford College instead compared the butchery of Jews in Israel by a known terrorist group committed to eradicating the Jewish State and slaughtering all the Jews within it to a "hurricane" or other natural disaster—thereby completely ignoring, and refusing to take a position on, the gross immorality of what was done, by Hamas terrorists in less than two days to these hundreds of Jews.  When a Jewish student leader complained, Dean McKnight responded that "I got emails from all different individuals; I can't make everyone happy."

56.    After another representative of the Jewish community at Haverford explained the pain being experienced by Jewish students as a direct result of the College's silence in the face of the mass murder of Jews on October 7, Dean McKnight ultimately issued a private

statement in an email to that individual and asked that the message be forwarded to students. In other words, Jews who happened to be known to this Jewish leader would receive secondhand a message from Dean McKnight, but no one else on campus would know that the Dean exhibited even a *de minimus* regard for the pain of Jewish Haverford College students, and any students in pain who were not forwarded the message would never receive a note of concern.

57.   No "accommodations" were offered to any Haverford student as a result of the orgy of violence directed at Jews on October 7.  No funds were raised by any faculty department or administrative personnel for the relief of the victims of that violence, or for the many thousands of Jews who were left homeless because Hamas had burned their houses— many with the family members, including infants and the elderly, inside—schools, synagogues, and entire towns to the ground.

### D. Haverford Maintains a Series of Policies on Discrimination, on Expression, on Conduct Relating to Social Media and on the Posting of Posters, but these Policies are not Applied to Jews in the Same Way That They are Applied to, and About, any Other Group

58.   Haverford College maintains a comprehensive policy barring discrimination against any member of the College community on the basis of a series of characteristics, including race, religion, ethnicity, ancestry and national origin:  Its Non-discrimination Statement avers:

Haverford College is committed to providing an employment and educational environment free from all forms of unlawful discrimination because of race, color, sex/gender (including pregnancy, childbirth, related conditions, and lactation), religion, age, national origin, ancestry, citizenship, disability, status as a medical marijuana cardholder, genetic information, gender identity or expression, sexual orientation, current or past membership or service in the U.S. Armed Forces or a state military unit, or any other characteristic protected by law.

22

https://www.haverford.edu/student-life/community-guidelines/policies

59. Haverford also maintains a policy on Expressive Freedom and Responsibility. That

policy provides:

Haverford College has consistently and actively affirmed all students' rights to free
inquiry, assembly, and expression in the broad context of its educational mission. These
rights include the right to expression of dissent through peaceful protest.

https://www.haverford.edu/sites/default/files/Office/Deans/Expressive-Freedom-and-
Responsibility-Policy.pdf.

60. The Haverford College Faculty Handbook (Section III, Subsection C) states:

Haverford College holds that open-minded and free inquiry is essential to a
student's educational development. Thus, the College recognizes the right of all
students to engage in discussion, to exchange thought and opinion, and to speak
or write freely on any subject. […] Finally, the College reaffirms the freedom of
assembly as an essential part of the process of discussion, inquiry, and advocacy.
[…] The freedom to learn, to inquire, to speak, to organize, and to act with
conviction is held by Haverford College to be a cornerstone of education in a free
society.

61. Haverford College also subscribes to the American Association of University Professors'

1970 "Statement on Freedom and Responsibility," which states, in part:

"Membership in the academic community imposes on students…an obligation to

respect the dignity of others, to acknowledge their right to express differing

opinions, and to foster and defend intellectual honesty, freedom of inquiry and

instruction, and free expression…. The expression of dissent and the attempt to

produce change, therefore, may not be carried out in ways that injure individuals

or damage institutional facilities or disrupt the classes of one's teachers or

colleagues. Speakers on campus must not only be protected from violence, but

also be given an opportunity to be heard. Those who seek to call attention to

23

grievances must not do so in ways that significantly impede the functions of the institution." https://www.aaup.org/file/freedom-and-responsibility.pdf.

These stated rights and responsibilities, which are consistent with principles articulated in the Honor Code, must be respected by members of the student community at all times. These policies, however, are not applied to Jewish students, or those who support the right of Israel to exist as a Jewish state.

### 1. Speech Codes for me but not for Thee

62. During the 2020 Plenary conducted under a modified procedure because of Covid, students adopted amendments to the Honor Code that earned Haverford a "red light" rating by FIRE, a civil liberties organization. Currently Haverford is near the bottom of FIRE's rating of college campuses for free speech: it is ranked 208 out of 248—in the bottom twenty percent of ranked American campuses. https://www.thefire.org/research-learn/2024-college-free-speech-rankings

63. In 2023 Haverford earned a "red light" rating for free speech. https://www.thefire.org/research-learn/spotlight-speech-codes-2023  Such a rating is driven by policies on harassment and bullying policies that ban even protected speech—policies, which, as further alleged below, Haverford has and which Haverford enforces in a discriminatory manner.

64. As one Haverford student has explained:

> Students at Haverford have faced intimidation, bullying, and harassment for expressing dissenting views or holding views that differ from the majority—or even a plurality—of the campus community. These incidents have included students incurring removal from extracurricular activities and threats to their

24

physical safety, articles blacklisted from being published in school newspapers, and questions disallowed from being asked to visiting speakers.  Such happenings have stifled the open exchange of ideas and hindered the growth and learning of the community.

https://www.thefire.org/news/sounding-fire-alarm-haverford-college

65.   As a practical matter, at least for students, the speech code in force at Haverford is imposed by the Honor Code.  Rather than understanding that community members should begin with a presumption of equality and mutual respect, the current social code instead begins with the assumption that all people are divided into "marginalized" and "privileged" people. https://honorcouncil.haverford.edu/the-code/.

66.   Marginalized people are effectively exempt from the Social Code: "Therefore, as a community, we recognize that this open dialogue is not always possible, and that the safety of marginalized students should be paramount. Thus, the Code requires discussion that is active, inclusive, responsible, and safe for all students given the omnipresent variables of power and privilege and the imbalances they create." *Id.*

67.   Marginalized people are presumptively believed: "We recognize that for parties harmed by acts of discrimination, microaggression, and harassment as defined below, their experiences of harm should not be silenced on the basis of the confronted party's discomfort. Reckoning with privilege is a difficult process, and discomfort is a necessary element that cannot and should not be avoided."  *Id.*

68.   Remarkably, having the wrong political belief is defined to be a code violation: "We also recognize that a person's political opinions are necessarily intertwined with their values and outlook, and thus influence their practices, which may violate the Honor Code.  As

25

such, students must be respectful of community standards when expressing political opinions. As the Social Honor Code applies to all of our interactions at Haverford, engagement in political discourse falls within its jurisdiction, and political beliefs may not be used to excuse behavior that violates the Code. If we find that our political beliefs perpetuate discrimination, we are obligated to re-evaluate them as we would any of our beliefs that perpetuate discrimination." *Id.*

69.     The long-held confrontation requirement under the code is now optional: "Upon encountering actions, values, or words that we find to be lacking trust, concern, and/or respect and that are thus degrading to ourselves and to others, we may initiate dialogue." But even if a dialogue is initiated, that doesn't mean it's a dialogue between equals; the current Code has already decided who is right and who should shut up, because a "privileged" person cannot be correct: "In these dialogues, confronted students weaponizing the Code's expectation of respect in order to silence and/or invalidate the experiences of harmed parties—including invalidating experiences of harm by claiming discrimination against a privileged identity (e.g., claims of reverse-racism) or refusing to reflect on their actions—is a violation of the Code." *Id.*

70.     In the sorting required by these rules between powerful/bad and powerless/good groups, Jews and Israel have come out at Haverford on the wrong side:  Jews and Israel are deemed powerful and bad and speech by them or supportive of them must therefore yield to speech about powerless and good people, which categories include Palestinians, Arabs, and Muslims.

71.     The result of these facially distorted rules is that at Haverford, even maliciously false speech about Israel and Zionism is governed by the widest possible level of protection,

and so is accorded the full protection guaranteed under the First Amendment—a degree of protection afforded to ugly speech about no other minority group at Haverford.

72.    It is not only the students but even the faculty and administration who are governed by, or at least follow and apply, these distorted rules.  As a result, as more fully alleged below, speech which explicitly applauded Hamas's genocidal murder of Jews on October 7 was praised and rewarded by Haverford's President Raymond.  Haverford has also fully protected the obscenity-laden denunciations of Judaism, and even full-throated glorification and celebration of the mass murder of Jews on October 7, by some faculty members, whereas the celebration of the murder of any other minority would, quite rightly, be met with outrage, and punishment, by Haverford College.

73.    Thus, a categorical blood libel—that Jews intentionally spread disease to kill innocent Palestinians—was recently spread at Haverford and defended by Haverford's spokesperson as protected and even valued speech:

> Haverford supports its community members' rights to expressive freedom, including around political matters. The ability to challenge ideas and understand conflicting views is foundational to our academic mission. We also expect that even the most well-intentioned individuals will make mistakes in these arenas, and even–and especially–in those moments, we aim to provide learning opportunities that will lead to greater empathy, mutual understanding, and constructive citizenship in a world that is struggling to reach peaceful solutions to conflict," said [Christopher] Mills [on behalf of the Haverford administration].

https://delawarevalleyjournal.com/haverford-college-students-hold-anti-israel-event/

74.    This disparity represents overt discrimination by Haverford College against Haverford's Jews who believe that Israel has a right to exist as a Jewish State, in clear violation of Title VI of the Civil Rights Act of 1964 and in clear violation of Haverford's own anti-discrimination policies.

75. Similarly, Haverford has attributed great significance to off-campus speech that is racist or bigoted when such speech is directed to non-Jewish minority groups.  For example, Haverford revoked its offer of admission to a student who had not yet even matriculated at the College because Haverford learned that the student's social media included bigoted postings attacking Black people and gay people.  https://haverfordclerk.com/haverford-rescinds-admission-for-student-who-posted-racist-and-homophobic-material/.

76. But Haverford had an entirely different approach when a march to Bryn Mawr College took place on January 26, 2024, on Lancaster Avenue in Haverford during which Haverford College students and others shouted calls for the elimination of Israel and other antisemitic messages.  When Dean McKnight was later asked by an alumnus why Haverford did nothing to condemn these antisemitic messages when they clearly would be sanctioned if lodged against, for example, LGBTQIA individuals, he had two answers:

    a.    it was off campus and therefor covered by the right to free speech; and

    b.    derogatory speech about LGBTQIA people cannot be compared with speech derogatory of Jews or calling for the slaughter of Israelis. In other words, hateful comments directed at gay people are obviously wrong and bad, while such comments directed at Jews are less so, or not wrong at all, and in any event fully protected by the First Amendment.  And though the First Amendment does not apply at Haverford College, which is a private institution, Dean McKnight made clear that Haverford's policy for hateful speech about Jews is governed by this broad protective principle.

77. Haverford similarly ignored the distinction between on-campus and off-campus speech when it initiated an investigation of a tenured Professor, Barak Mendelsohn, on the basis

28

of social media posts he made on his personal Twitter/X page.  Mendelsohn, who is Jewish and Israeli, was accused by students of various violations of Haverford's speech code in personal tweets, which simply set out Mendelsohn's view on the relationship between attacks on Zionism and attacks on the Jewish people and his disagreement with those whose views differed and who cast him and the Jewish State as the only wrongdoers. The fact that the post was not on a Haverford website, or made through the Haverford email system, and that indeed it had absolutely no official connection to Haverford College other than the fact that Mendelsohn teaches there, was of no moment: the post set forth views that were supportive of Israel, and of Zionism as a Jewish movement and against those who reflexively reject those views.  That was enough to place it within the jurisdiction of Haverford's speech monitors.

78.     At the same time, an anti-Israel professor attacked Haverford students who support Israel, insulting them by calling them "racist genocidaires."  This statement has been left unchallenged on the grounds that such statements are protected as free speech and by academic freedom because they constitute the speaker's own private expression of his views.  The same is true for the statement by another Haverford professor, Gina Velasco, who posted on her Facebook page, "F*ck Israel" and "F*ck Zionism," and who changed her profile picture on Facebook to blame Israel for committing a massacre—just five days after the October 7 Hamas atrocities committed against Israelis and well before the Israel Defense Forces had begun a concerted response to those attacks.



79.     Haverford also permits those promoting outdoor antisemitic rallies on campus to wear

and to insist that attendants wear masks. That insistence is clearly only about evading

recognition and responsibility for their actions and not for health reasons. To suggest that

these "required masks" are to protect against Covid, one need only observe that those

same students and student groups drop the mask "need" for every other kind of event,

inside or outside.  And ever since the waning of the Covid pandemic, masks are not

required, recommended, or even mentioned for any other public gathering at Haverford

College.  Thus, although it is clear that students are wearing masks only to conceal their

identity so they can threaten and intimidate with impunity, Haverford has taken no steps to ensure accountability by forbidding the wearing of masks at these antisemitic events for those who have not credibly made any claims of special medical needs.

80.    Indeed, the wearing of masks at protest events flies against a central and widely heralded Haverford policy that aggrieved Haverford students should (politely) confront the alleged offender so that a thoughtful and peaceful resolution can be reached. When students shouting wildly antisemitic chants and slogans are masked, face-to-face dialogue becomes impossible. And yet the Administration has done nothing to intervene in this situation, even though its vaunted Haverford peaceful and restorative justice framework cannot work without such intervention.

### 2. Haverford Social Media Policy

81.    Haverford College has a social media policy, which provides:

a.  Don't post or allow comments that contain hate speech

b.  Don't post information or comments that would be offensive or in poor taste

c.  Don't post copyrighted, questionably legal content, direct attacks on individuals or groups, or libelous statements

d.  Don't use College-related social media channels to share your personal opinions or positions on controversial issues that impact the College community—keep in mind that you're acting on behalf of the College on an official Haverford social account. If, as individuals or as a group, administrators wish to assert opinions on controversial topics, that should be done from personal pages and not official department/office/team/organization pages that bear the Haverford name and logo.

31

https://www.haverford.edu/sites/default/files/Office/Communications/Haverford-College-Social-Media-Policy-2024.pdf

82.  These instructions are systematically violated on a recurring basis by students who have attacked Jewish students at Haverford who support Israel or who attend religious services, and the institutions at which such services are held, and the people, students and non-students, who help to operate such institutions.  Yet Haverford has taken no action to enforce its social media policy to protest Jewish students from these attacks.

### 3.  Haverford Poster Policy

83.  Haverford College Policy, bars anonymous persons from hanging posters. It provides:

> The posters and other small notices must contain the name of the sponsor(s). An e-mail address where the sponsor can be reached should also appear on the notice. https://www.haverford.edu/student-engagement-leadership/campus-communication-and-advertising

84.  The Administration has repeatedly taken no action, despite express requests that enforce this policy, when anonymous student groups hung posters throughout the campus, calling for a revolution that would culminate in Palestine stretching "from the River to the sea."



85.   In violation of the College's policy on posters, the posters did not identify the person or entity responsible for the poster.

86.   The phrase "from the River to the sea" is a quote from the Hamas Charter calling for the destruction of the State of Israel.

87.   Quoting the Hamas Charter is exactly as antisemitic as hanging a Confederate flag is racist.  Both are symbols of movements devoted exclusively to the subjugation of a specific, victimized, group.

88.   Indeed, Khaled Mashaal, one of the co-founders and the former head of Hamas has clearly stated that the meaning of "from the River to the Sea" is the elimination of Israel as a Jewish state.  "Especially after October 7th, there's a renewal of the dream and hope: Palestine – from the river to the sea, from the north to the south."

https://www.instagram.com/lizzysavetsky/reel/C2ZyQ_8uBFv/

89.   When Haverford College defends the right of its students and faculty to trumpet this phrase and to put up posters with this phrase, they are supporting "the dream and the

hope" created for Hamas by October 7[th]. That is what Jews at Haverford understand

when they see this phrase, and they understand it for good reason: because it's what the

speaker of this phrase says he means when he says it.

90. The White House has recently recognized that quoting Hamas is an attack on Jews *as*

*Jews*: "echoing the rhetoric of terrorist organizations, especially in the wake of the worst

massacre committed against the Jewish people since the Holocaust, is despicable."

https://www.whitehouse.gov/briefing-room/press-briefings/2024/04/23/press-gaggle-by-

deputy-press-secretary-andrew-bates-and-national-security-communications-advisor-

john-kirby-en-route-tampa-fl/.

91. And on November 21, 2023, the United States House of Representatives passed H.Res.

883, a Congressional Resolution "[e]xpressing the sense of the House of Representatives

that the slogan, 'from the river to the sea, Palestine will be free' is antisemitic and its use

must be condemned." https://www.congress.gov/bill/118th-congress/house-

resolution/883. The House declared that "the slogan 'from the river to the sea, Palestine

will be free' is an antisemitic call to arms with the goal of the eradication of the State of

Israel, which is located between the Jordan River and the Mediterranean Sea," and that

"the slogan seeks to deny Jewish people the right to self-determination and calls for the

removal of the Jewish people from their ancestral homeland."

https://www.congress.gov/bill/118th-congress/house-resolution/883/text.

The House recognized that "Hamas, the Palestinian Islamic Jihad, Hezbollah, and other

terrorist organizations and their sympathizers have used and continue to use this slogan as

a rallying cry for action to destroy Israel and exterminate the Jewish people." *Id.* The

House specifically recognized that "this rallying cry can promote violence against the State of Israel and the Jewish community globally." *Id.*

Resolution 883 declared it "the sense of the House of Representatives that

      a.   the slogan, ''from the river to the sea, Palestine will be free,'' is outrightly antisemitic and must be strongly condemned;

      b.   this slogan is divisive and does a disservice to Israelis, Palestinians, and all those in the region who seek peace;

      c.   this slogan rejects calls for peace, stability, and safety in the region;

      d.   this slogan perpetuates hatred against the State of Israel and the Jewish people; and

      e.   anyone who calls for the eradication of Israel and the Jewish people are antisemitic and must always be condemned. *Id.*

92.   Haverford College would not for a moment tolerate a student hanging a Confederate flag on campus and would recognize that doing so promotes intolerable racism.

93.   Although hanging a Confederate flag is protected by the First Amendment—just as many racist statements are protected speech—that fact would not stop Haverford College from preventing the display of Confederate insignia or nooses or any other visual depictions that have become associated with anti-Black animus.

94.   When a Confederate flag was hung at Bryn Mawr College, Haverford College students joined *en masse* in demonstrations that forced the removal of the flag and the issuance of an apology by the students who had displayed it. https://haverfordclerk.com/at-bryn-mawr-demonstration-tri-co-community-stands-against-racism/

95.   In fact, Haverford has refused to send its athletic teams to train in a state because the Confederate flag was on display *somewhere* in that state, though not at the location where

the team would have been.  https://www.haverford.edu/college-communications/news/haverford-students-take-action

96.   While Haverford tolerates the presence of many dozen antisemitic posters put up in violation of its policies, Haverford also tolerates the destruction and removal of posters advertising Jewish community events even when they have nothing to do with Israel.

97.   Thus, for example, on March 29 and 31, two different events for the Jewish community took place on the Haverford campus: a Shabbat dinner and a discussion of Jewish identity. Posters were put up on campus advertising the events.

98.   Many of the posters were torn down almost immediately.  When a Jewish leader and several Jewish students complained to the Haverford Administration and asked that this be investigated and the perpetrators be held to account, the response was that the investigation was "inconclusive," and that there was nothing that Haverford could do, but that in all likelihood "the wind had blown down the posters" (including, apparently, those posted indoors and those with four corners of the poster remaining affixed with adhesive and only the middle content was ripped away).

99.   No member of the Haverford Administration publicly acknowledged the intentional destruction of the posters and condemned this blatantly antisemitic act.  Instead, President Raymond issued a public statement on April 9 stating that, *if* there had been a "a targeted removal of any of these materials on the basis of their promotion of Jewish activities," that "would be a clear case of antisemitism."

https://www.haverford.edu/president/news/more-inclusive-learning-community.

100.   In fact, just days prior, on April 5, 2024, a Haverford student had posted on his pseudonymous Twitter/X page an obscenity-laced statement that he was one of the

students who tore down the posters for the two events: "i be tearing down chabad posters and eating them like f*ckin fruit rollups."



101.    As far as Plaintiffs are aware, this Haverford student, whose identity—Harrison Lennertz—was and is known to Haverford College, has received no punishment or even been notified that the hateful actions he celebrated engaging in are being investigated as a violation of Haverford policies and "a clear case of antisemitism." He remains on campus, having been photographed as recently as April 14, protesting against the showing on campus of a documentary, Supernova, which describes and depicts the horrors committed by Hamas against Israelis who were attending a music and dance festival in southern Israel on October 7, 2023.

### E.  Haverford Since October 7

102.   Haverford's response to the Hamas massacre in Israel on October 7, 2023, must be assessed against this historical backdrop of antisemitism and the Administration's refusal to address it, as well as the College's deeply sympathetic response to other minorities when violence is threatened against them—solicitude which Haverford's Jews had every right to expect would be extended to them as well in their hour of pain. But it was not.

103.   In response to Hamas' unprovoked attack, murder, mutilation, and rape—including death by rape—and kidnapping of innocent Israelis, the Administration did not condemn Hamas even though a great many other attacks on people from other ethnic groups had been the subject of official Haverford College condemnation.

104.   Rather, on Monday, Oct. 9th (two days after the genocidal antisemitic Hamas terrorist attack on Israel), Dean McKnight and Vice President Nikki Young sent an e-mail on behalf of the Administration to the Haverford student body which compared natural disasters (i.e., earthquakes, hurricanes, and wildfires) to the "outbreak of war in Israel and Gaza," with no mention of the truth of what occurred on Oct. 7th, a heinous act of antisemitic terrorism committed by the Hamas terrorist group (as designated by the U.S. and other governments).

105.   Haverford's equating these atrocities to a natural disaster—for which no human being is responsible, and for which no moral judgment is therefore appropriate or even possible—constituted Haverford's refusal to morally condemn the mass murder of Jews. President Raymond approved this email in advance and the Administration has never retracted it.

106.   On or about October 11th, Haverford College Professor Tarik Aougab expressed jubilation and support for the genocidal terrorists who slaughtered hundreds of innocent

Jews with a post on Twitter/X stating, "Let your rage drive your unequivocal and firm support for the Palestinian resistance."



107. Professor Aougab also reposted a "tweet" which says "[w]e should never have to apologize for celebrating these scenes of an imprisoned people breaking free from their chains. This was a historic moment to be recorded in the history books." The "tweet" included a picture of Hamas terrorists in bulldozers breaking through the fence at the Israel/Gaza border on their way to commit their depraved acts of antisemitic genocide.



108.    Academic freedom and freedom of speech are core American values, but just as yelling

out "Fire!" in a crowded movie theater exceeds those protections, glorifying and telling

others to glorify hideous torture, mutilations, and slaughter of innocents requires a

corrective response—especially given that Haverford College responded decisively and

with punitive consequences to negative social media posts about other minority groups

which stopped short of calling for or glorifying grotesque murders by terrorists.

109.    Speech encouraging or praising the mass slaughter of any other minority group would

never be tolerated on Haverford's campus.  Anyone engaging in such speech, including

tenured faculty, would be disciplined or even summarily removed.

110.   Any doubt whatsoever about Professor Aougab's propensity for supporting terrorism and

Jew hatred is removed by the fact that he is active in the Just Mathematics Collective, an

antisemitic group that glorifies terrorism and hunts and maps Jews.



111.   The antisemitic nature of the Mapping Project, with which Professor Aougab is

associated, is so clear that the project has been disavowed even by the leadership of the

Movement for Boycott, Divestment and Sanctions against Israel.

https://www.timesofisrael.com/bds-movement-disavows-boston-project-mapping-jewish-groups/

112.   Although the Haverford College administration has frequently called out injustice

inflicted on other minority groups; it had nothing public to say about the moral quality of

Hamas's massacre of Jews.  Thus, on October 12th, President Wendy Raymond spoke

impartially about the "certainty of more devastation to come for Israelis and Palestinians

alike" without stating the truth that the Hamas terrorist attack was the actual

commencement of war by Hamas (the governing authority in Gaza) against Israel.

113.   This is the equivalent of speaking neutrally about a "struggle" between George Floyd and

the police who murdered him, or the many other instances of police violence against

people of color which Haverford has repeatedly and public condemned.  For the Jews, Haverford displayed careful neutrality about depraved, intentional violence done to Jews that Haverford has never displayed for attacks on any other minority group.

### F.  Ally's Teach-In

114.   The statements and omissions of the Administration's Oct. 9th and Oct. 12th communications made it clear to Haverford students and faculty what was already clear from the Administration's inaction during the 2020 student strike: that antisemitism is and would continue to be tolerated (and as later observed, even praised and therefore encouraged) without fear of response by the Administration or consequences for those who engage in antisemitic speech and conduct.

115.    In response, on the evening of October 12th, Ally Landau requested that President Raymond issue a communication to the Haverford student body condemning antisemitism and the Hamas terror attacks.

116.   President Raymond refused to publicly condemn Hamas, and indeed, since October 7, she has continued to fail to condemn Hamas. When, during an earlier conversation, Ally's father, Jeffrey Landau, asked why she refused to condemn Hamas, President Raymond told him that she "didn't think she had to tell people what Hamas is."

117.   Ally was stunned and outraged by President Raymond's refusal to explain what actually happened on October 7.  Ally stated that she would explain this herself to the College community, and President Raymond assented.  And so, the college student was left to be the responsible grown-up, given the abdication of that role by Haverford College's President Raymond.

118.   By refusing to take any steps to address antisemitism on Haverford's campus herself, and instead condoning Ally's brave determination to do it on her own, Haverford College's President Raymond was effectively attempting to assign to Ally President Raymond's own statutory duty to ensure that Haverford College not be a hostile environment for Jewish students.  This attempted assignment is a wholecloth failure by President Raymond to fulfill the entirely *non*delegable duty imposed upon this and all college presidents by Title VI of the Civil Rights Act of 1964.

119.   Ally therefore prepared her own presentation to deliver to the student body. This presentation took place on November 1, 2023. Before Ally walked into the room scheduled for her presentation, several students from the avowedly and wildly anti-Israel organization known as Students for Justice in Palestine ("SJP") hung posters proclaiming various Hamas slogans, such as "From the River to the Sea Palestine Will Be Free."

120.   Once Ally entered the room to set up for her presentation, the SJP students hung similar posters around the outer door to the room, signaling to Jewish students who planned to attend that they would encounter intimidation and harassment inside. And indeed, nearly if not all Jewish students who arrived to hear Ally speak turned away and didn't enter the room because of the hostile posters.

121.   Not a single member of the College administration attended Ally's presentation during which she was attacked and interrupted throughout by the hostile students present.  A friendly staff member who was present later told Ally's parents that she had been concerned for Ally's safety.

**G.  A Student is Shot in Vermont by a Hamas Supporter, The Jews at
Haverford are Blamed and Haverford's President Does Nothing**

122.    On November 25, 2023, a Haverford student, Kinnan Abdalhamid, was shot and injured
in Vermont, while walking along with two other young men.  All three young men come
from the Middle East, are native speakers of Arabic, and at least two were wearing
keffiyahs at the time of the shooting.[2]

123.    Abhalhamid and his companions were assumed to have been victims of anti-Arab and
anti-Muslim hatred.

124.    Haverford College's response to the shooting was immediate, intense, and broad.  A
statement was issued by President Raymond on Sunday, November 26, 2023,
condemning the crime.  https://www.haverford.edu/president/news/haverford-student-
hospitalized-following-shooting-vermont.

125.    The next day the President issued another, much longer statement, identifying the crime
as a hate crime and denouncing it as such, and making available extensive resources for
counseling and emotional support.  https://www.haverford.edu/college-
communications/news/caring-one-another-following-weekend-violence.

126.    A student vigil was held on November 27, 2023, held in response to the shooting of
Abhalhamid and his companions.  Haverford's Nikki Young to attend, and participate
enthusiastically in, this vigil, stands in stark contrast to the complete absence of any
Haverford College administrators from Ally's teach-in presentation.  Leaders of the
Haverford Jewish community and pro-Israel students also attended this vigil in solidarity

---

[2] The keffiyah is a black and white checkered scarf adopted by Yasser Arafat when Arafat was head of
the Palestine Liberation Organization, which engaged in violent resistance against the Jewish State.
Keffiyahs are now frequently worn by supporters of such resistance.

with the injured student and the Haverford Muslim community.  Nonetheless, at the vigil, Vice President Young expressed sympathy for Palestinians struggling against what she recklessly termed a "genocide committed" by Israel. This was apparently in reference to the casualties incurred in urban combat in the Gaza Strip—even though those casualty numbers (even those claimed by Hamas) are at a level commonly encountered when Western militaries constrained by international law have engaged in urban combat with Islamist fighters who routinely violate the law of war by erasing the fundamental law of war distinction between combatant and noncombatant.

127.    After Vice President Young's hostile comments, Jewish students and leaders left the vigil and later filed bias reports against Young and notified other members of the Administration, but no action was taken. Vice President Young is the person who oversees and has ultimate control over all bias reports.

128.    Ally, as a vocal and proud Jewish leader, exemplified the Jewish presence at Haverford College in large part because she led the teach-in presentation referenced above at ¶¶ 117-120. Because she spoke out in support of Israel's right to exist as a Jewish state, pro-Israel students—and Ally in particular—were later explicitly charged with personal responsibility for the attack on Abhalhamid in a Vermont town.

129.    The person who shot Abhalhamid was a supporter of Hamas and had posted on his social media attacking Israel's right to exist and to defend itself. By December 6, 2023, it was publicly reported that Jason Eason, the accused shooter, had posted messages on social media attacking Israel and supporting Hamas:

"In an October 17 post on X responding to a different article, Eaton wrote that "the notion that Hamas is 'evil' for defending their state from occupation is absurd. They are owed a state.  Pay up.""

https://www.sevendaysvt.com/news/driven-by-hate-man-charged-in-burlington-shooting-was-a-volunteer-with-a-troubled-personal-life-39673363.

130. Nonetheless, because Ally had publicly stated the pro-Israel position at a campus event and in a campus-wide email, her fellow Haverfordians claimed in a Grievances Document they shared with the entire Haverford College community, that pro-Israel students and Ally in particular bore personal responsibility for the shooting of their fellow Haverford College student. Worse: Haverford's President Wendy Raymond, to whom the document containing this unfounded accusation against Ally was formally presented by its authors, has never publicly done or said anything suggesting she disagreed with the accusation, that it lacked a factual basis, or that the accusation was a violation of any rule governing speech at Haverford College.

131. Rather than trying to make peace among her divided student body by calling their attention to the fact that the shooting of Abdalhamid was indeed a tragedy, but that he was not targeted because of his race or religion, President Raymond has consistently ignored this fact. Instead, the College has continued to focus on the racial aspects of a horrible and hateful crime, and Abdalhamid is presented as the object of anti-Muslim, anti-Arab and anti-Palestinian hatred when in fact it is clear from the shooter's own words that these were not his motivations.

132. Among the forms of support offered in the wake of Abhalhamid's shooting was what Haverford's President explicitly denominated as "Islamic Grief Counseling" as well as separate, apparently non-Islamic, psychological counseling, and various other forms of emotional support—including the vigil held regarding the incident referenced above at ¶¶ 120-21, as well as numerous other meetings between the College's students and its senior Administration, and the President's own action to "reach out today with my heart and

soul full of care, love and support for our beloved Palestinian, Muslim and Arab students."

133. No "Jewish" or "Israeli" grief counseling was offered by Haverford College in the wake of the mass slaughter of Jews perpetrated by Hamas on October 7, even though several Haverford students had relatives who were either killed or taken hostage, or whose families lived within the area attacked, and even though many Jewish and Israeli students were both stunned and left desolate by that attack on their co-religionists and fellow countrymen.

134. Haverford's President did not on October 8—nor has she since then—reach[ed] out" with her "heart and soul full of care, love and support for our beloved" Jewish and Israeli students and faculty.

135. Rather, when Jewish students have approached Raymond about problems they were experiencing right there *on Haverford's campus*—rather than in Vermont—from the hostility of, and attacks by, their fellow Haverford students and Haverford faculty, President Raymond has instructed the Jewish students to seek relief exclusively from the student body—i.e. from the very people and institutions which were inflicting the harm the Jews were seeking to mitigate.

136. Thus, for example, on December 12, 2023, a Jewish parent wrote to Haverford's President, forwarding an email from her son—a Haverford student—who described the sense of "betrayal" he felt by his peers, the isolation and demonization he felt as a Jew and a supporter of Israel.

137. President Raymond's response offered absolutely nothing in the way of care, love, attention, or any interest in having the adults who run Haverford College provide relief of any kind to Haverford's Jews.  Instead, Raymond instructed: "Given your son's

47

experience, if he feels that he experienced activity counter to the Code, I would encourage him to consider whether he wishes to use the Code's various processes as a pathway toward reconciliation."  In other words, President Raymond thought it reasonable to and did so instruct Jewish Haverford students to ask the people who had themselves violated the Honor Code to judge themselves and their political allies and friends as the one source of relief for the aggrieved Jewish students.

### H. Plenary at Haverford

138.   At Haverford, the annual student Plenary plays a pivotal and sacrosanct role in social and academic life at the College. It is the event in which the Student Body gathers to, among other things, discuss and vote to ratify the Honor Code. It is the time when all Haverford students are asked to gather as a community. It should be a safe space.

139.   Haverford's public statements about Plenary, such as this one https://www.instagram.com/reel/C5Tz6rYJw_d/?igsh=ZXowMXBrMDJzdmtw portray Plenary as a communal event at which all members of the Haverford community come together respectfully to share ideas and speak convivially with one another. Plenary holds a hallowed position for Haverford students and alumni, one for which reverence regarding the procedural requirements loom larger in memory than do most of the substantive actions taken at individual Plenaries, and the fact of Plenary, if not each individual one that took place during students' years on campus, remain as a central memory for Haverford alumni.

140.   The reality is that the two regularly-scheduled and one emergency Plenary held at Haverford College during the 2023-24 academic year have been hate fests with a monomaniacal focus on one issue:  Demands that the State of Israel be forbidden to

exercise self-defense in the wake of the most grotesque attacks on Jews since the
Holocaust, against an enemy that insists it will continue to inflict the same kind of
massacres against the Jewish State "again and again" until Israel ceases to exist as a
Jewish state. Indeed, the Spring Plenary was scheduled for the Jewish holiday of Purim (a
holiday in which the Jews of the world's then-largest empire survived a planned genocide
only because the emperor gave them permission to defend themselves). Jewish students
asked if it could be moved. They were refused.

141.    Currently at Haverford College and particularly at its Plenaries, any student who does not
publicly trumpet his or her hatred for that State automatically becomes not only a pariah
but is targeted as a "f*cking Zionist" against whom no slander or assault is sufficiently
bad. As a result, the majority of Jewish students at Haverford during this past academic
year experienced Plenary as a rally for enemies of their people and for them personally, at
which the glorification and advancement of that enmity was the central topic of
discussion. In fact, one Haverford senior decided to cut himself off from the essential
Haverford experience altogether and did not attend a single Plenary during the 2023-2024
academic year because the emotional toll would be too great.

## I.   Fall Plenary 2023

142.    The Haverford College Fall Plenary took place on November 5, 2023, less than a month
after the Hamas massacre in southern Israel. When the Student Council sent an email to
the Student Body notifying the student community of the time and date of Plenary, it
also gratuitously affirmed their support for students aligned with the SJP  Plenary
Agenda, and thus against the Jewish students who did not agree with that organization's

antisemitic vendetta.  This created an environment of intimidation and harassment at Plenary for Jewish students.

143.    On information and belief, students planning the first Plenary of the year secretly coordinated with SJP members so that SJP could present a wildly biased account of the armed conflict just then unfolding between Israel and Hamas, vociferously condemning Israel, mischaracterizing Israel's efforts at self-defense and demanding that Israel immediately cease its effort to defeat Hamas: a ceasefire was the only "humane" action to be supported. Anything other than support for a full and immediate ceasefire, Haverford students were told then, and told repeatedly thereafter, meant support for genocide.

144.    The basis for alleging that the SJP students and the Students Council leadership had arranged in advance to surreptitiously prepare for a one-sided discussion of the Middle East conflict is that while there was nothing in the official and public Plenary information to indicate in advance of the Fall Plenary that there would be any discussion of the Middle East, somehow the SJP students knew this would be a part of Plenary, and for this reason many members of that group signed up in advance to speak during the public comments segment of Plenary, and that the SJP members also arrived at the Fall Plenary with a Powerpoint presentation laying out their antisemitic vitriol, which Plenary was equipped for and ready to present and did present.

145.    Amongst the anti-Israel, pro-Palestinian statements made by SJP members at the Fall Plenary, E.S. said:

-    "The Israeli government is committing genocide against the people of Gaza";
-    "we've seen an extreme escalation of the ongoing apartheid Israel has imposed on Palestinians for the past 75 years."

    A.K. proclaimed:

- "Anti-Zionism is the opposition of an oppressive government that has occupied Palestine for the past 75 years. They have taken our rights, they have pitted us against each other and made us hate each other. Being an antizionist does not mean that you are anti semitic. It's very important to not tie anti zionism to antisemitism. When they are tied together, studies have shown that antisemitism has increased worldwide. This is because people start to think that the linking of Jewish people to a Jewish state means that all Jewish people support Israel. That is not the message we are trying to send as SJP. Anyone experiencing antisemitism should speak to someone in power";
- "Next I want to talk about the phrase "from the river of the sea, Palestine will be free". This is not an anti semitic phrase. …. many zionist organizations are trying to tie antisemitism to anti zionism. Opposing an oppressive government is not anti semitic" ;

    M.Y.B. said:

- "By now we've all seen the horrific scenes coming from Gaza. Hospitals, bakeries, schools, refugee camps, northern Gaza all left in ruin. I unequivocally denounce this massacre. But let me be clear: When I denounce the Israeli government, I speak only about the people in positions of power…. I will always denounce antisemitism and fascism where I see it.
- But what I see in Gaza is the cruel collective punishment placed onto the Palestinians who for decades have been upended from their homes and forcibly displaced …. We see a coordinated effort by the corporate establishment to paint the entire pro-Palestine movement as broadly antisemitic. I won't hold back my punches when I say this is no different to those who chant 'THE GREAT REPLACEMENT" upon any semblance of anti-racism. It's this weaponization of identity politics that boils my blood."
    https://docs.google.com/document/d/1kpa757cTV6qFk6uoQ0IfPCoF2cCw3mHxfQp6UseX5Is/edit#heading=h.d90o8tmi9dji

146.   BiCo SJP (Haverford college Bryn Mawr college are parties to a consortium which allows students at either school to take classes, eat, live, and participate fully at the other college.) also announced their demands on Haverford College at the Fall Plenary. Those demands included transparency about all financial investments in Israel; divestment from Israeli academic institutions; cutting ties with Birthright; pressuring Senator John Fetterman and Representative Mary Jo Scanlon to support a ceasefire; paying for a

speaker series or art installation on the campus to educate the community, about Gaza and the provision of both "academic leniency and material support for Palestinian students with family impacted by the war and who are experiencing collective trauma."

147.  Haverford's Jewish community was blindsided by the one-sided and mistruth-laden diatribe about the unfolding conflict in the Middle East.  Several knowledgeable Jewish students sought the opportunity to speak against the wild claims and misinformation presented by the anti-Israel students.  The SJP students spoke beyond their allotted time and the Students' Council leadership decided that the time for public comment had ended before a single Jewish anti-ceasefire student was permitted to speak. The reason given for silencing the Jewish students was that they, unlike the SJP pro-Hamas, pro-ceasefire students, had not signed up in advance to speak.

148.  After importuning by a Jewish student, Dean John McKnight sent a text to the Students Council leadership suggesting that they reconsider and allow the Jewish students to speak, but this note was ignored, and the Administration made no further efforts to ensure that the public comments section offered a balance of opinions and information on one of the most controversial and explosive topics circuiting the globe. President Wendy Raymond was present throughout the event, witnessed the decision to bar the Jews from speaking, and did nothing.

149.  The demoralized Jewish students were aghast that the Students' Council leadership had acted to deny them the opportunity to speak, and had seemed to conspire with the antisemitic, pro-Hamas students to sneak in a heavily fraught topic to Plenary without giving fair notice to Haverford's Jewish community which they knew would be opposed to a one-sided harangue about the Middle East conflict. But they were even more dismayed that the leadership of their college's Administration had allowed the hallowed

tradition of Plenary to be hijacked for such a wildly political and antisemitic action, without doing any more than sending a note, and sitting quietly when the note was ignored.

150.   President Wendy Raymond and Dean McKnight were present for the entire Plenary session.  They witnessed the orchestrated ceasefire discussion; witnessed the SJP students speaking beyond their allotted time without being effectively stopped; witnessed the Jewish students who opposed the tenor and content of the discussion being barred from speaking at all.  As it turned out, Dean McKnight's flaccid attempt to intervene via a text sent to the Students' Council leadership, while Plenary was being conducted, was—not surprisingly—not even seen by the Council leadership until Plenary had concluded.

151.   But what College President Raymond did was worse than nothing:  when the Plenary concluded, President Raymond publicly praised it as a "great success."



152.   The rules governing Plenary were also violated in that the purpose of Plenary is for students to debate and decide issues relating to how the college is run. It is not designed as a referendum on political issues that have no impact on governance of the College. This is most clear in that Plenary has no jurisdiction for holding referenda on issues bearing on the religious commitments of some Haverford students—and thus becoming a forum for the denunciation of those commitments.

153.   Yet that is exactly what occurred at all of the Plenaries during the 2023-2024 academic year.

**J.  Email Plea on Behalf of Silenced Jewish Students**

154.   In response to being silenced at Plenary and in the face of the Administration's inaction and President Raymond's praise for the blatant acts of harassment and intimidation of Jewish students, on November 8, 2024, Ally sent a letter "In the name of many concerned Jewish students at Haverford and Bryn Mawr" to the entire Haverford community using Haverford's all-college email system. Ally did so on behalf of the many concerned Jewish students because they were so fearful of having their own names attached to anything that branded them as supportive of the Jewish State. That letter is attached hereto as Exhibit A.

155.   Ally not only had express permission from Dean McKnight to use the all-college email system for this purpose, but it was Dean McKnight himself who pressed "send" to transport Ally's letter on behalf of Haverford's silenced Jewish students to the entire Haverford community.

156.   That letter was an effort to respond to the SJP's otherwise unanswered attack on the Jewish State at Plenary, and it defended Israel's right to exist and to its self-determination and self-defense.

157.   Even this effort was turned against the Jewish members of the Haverford community when Ally was publicly pilloried by students for daring to use the College's all-campus email service.

158.   Emboldened by the Administration's inaction, on or about November 27, 2023, antisemitic students at Haverford College published what is entitled the "Haverford Grievances Document," which was an antisemitic screed shared with the entire Haverford community.  The document is attached hereto as Exhibit B.

159.    This Grievances Document included two direct attacks on Ally Landau, which purported

        to be based on Ally's own email to the Haverford community—a message which

        threatened no-one and attacked no-one.  The existence of the attacks on Ally in this mass

        communication by antisemitic students was known to the Administration, which

        nonetheless failed to take action to protect Ally. Ultimately, a worried member of the

        Haverford Community contacted Ally's parents, Jeff and Michele Landau, on November

        30, and informed them of the potential danger to Ally created by the appearance of her

        name in the Grievances Document.

160.    The Haverford Grievances Document laid blame on Haverford College and specifically

        on one of its students who was identified by name—Ally Landau—for the Arab students

        being shot in Vermont over the 2023 Thanksgiving vacation.

161.    In response to this accusation, Michele and Jeff Landau called President Raymond's

        office to find out what Haverford would do to protect their daughter.  The Landaus made

        this call in shock over the display of utter indifference by the Administration to the

        wellbeing of a Jewish student.  It is inconceivable that Haverford's response would have

        been as phlegmatic if a similar accusation had been made against a student from a

        different minority group.  The fact that the College failed even to notify the Landaus

        about the threat posed to their daughter's safety is itself an outrage.

162.    When the Landaus spoke with President Raymond, they insisted that the college

        president take action to protect their daughter. During this conversation, President

        Raymond refused to identify any action she would take on Ally's behalf, and initially

        refused to take any at all. The only thing the Haverford College president grudgingly

        agreed to do was that she and her Administration would attempt to remove Ally's name

        from the circulating Google Doc version of the Grievances Document.

163.    President Raymond specifically warned the Landaus that she would only engage in dialogue with those individuals responsible for the document—she clearly knew who they were—but repeatedly asserted that Haverford College believes in "restorative justice" and not "punitive action." At least one member of the College Administration acknowledged that the Grievances Document contained "elements . . . reasonably read as anti-semitic."  Notwithstanding this, Haverford's President Raymond not only thanked the writers of the Grievances Document for engaging with her and the College Administration, but she also praised the Grievances Document inself as "dialogue" that Raymond found "open, honest thoughtful and constructive."  See Wendy Raymond letter of December 3, 2023, to "student writers, Maria and Jorge," attached hereto as Exhibit C.

164.    President Raymond's letter responded carefully and respectfully to each topic in the Grievances Document, promising responses within 24 hours as well as a series of meetings, scheduled within a day or two, as the students had demanded, to discuss each Grievance topic.  President Raymond's letter to the students who wrote the document said nothing about antisemitism or falsely accusing a fellow student, and indeed nothing negative at all about any aspect of the Grievances Document.

165.    The one action taken by the Haverford Administration to protect Ally after she had been denounced as an accessory to attempted murder of a well-known student from a favored minority group, is that Ally's name was ultimately removed from one version of the online Grievances Document—and this action was taken only after Ally's parents insisted repeatedly that this be done.  The identification by name of Ally Landau still remains in the PDF version of the Grievances Document which had already been distributed by Haverford students to most of the College's student body. No correction was ever demanded by the Administration, much less issued.

166.    The Administration made no statement, campus-wide or otherwise, to correct, or to mitigate the effect, of the initial communication, or even to suggest that Ally in fact bore no responsibility for the attack on her fellow student.

167.    After the Landaus had remonstrated with President Raymond, she spoke with Ally. But the only thing President Raymond was willing to offer was the feeble suggestion that Ally might want to avail herself of the College's mental health counseling services. Ally found the suggestion that she was in need of mental health services, rather than that her fellow students were in need of discipline, to be profoundly insulting.

168.    The Grievances Document states explicitly that its authors view *any* speech supporting Israel's right to exist as a Jewish state as an attack on Palestinian students, or those who support such students, and that such speech cannot be tolerated on Haverford's campus.

169.    President Raymond proffered absolutely no criticism for any part of the document, including its demand that Haverford not permit or facilitate the expression of any view about Israel with which the document's antisemitic authors disagree.

170.    Rather than condemning this accusation, President Raymond claimed that Ally's statement that SJP members had "hijack[ed]" the Plenary was morally equivalent to SJP's calls for the extermination of the Jewish State: "From the River to the Sea."

171.    As alleged, supra ¶86, "From the River to the Sea" is a call for the destruction of the State of Israel and the genocide of the Jewish people. President Raymond did not explain why "hijacking" is a term that has any racial connotation, or why it suggests the same level of racial vituperation as does a phrase that calls for the elimination of the Jewish state and all the Jews within it.

172.    Hijacking a meeting refers to one group taking control and dominating a meeting (which is what occurred at the Plenary meeting) and is not a discriminatory phrase. Comparing

these two phrases and deeming them equivalent is blatantly antisemitic, but more importantly, it sent a clear message from the Administration to the student body that it will do more than tolerate, it will sanitize hate speech—but only when it is antisemitic.

173.    In her enthusiasm to lavish praise on the authors of the Grievances Document, President Raymond had no interest in calming the antisemitic Haverford students who believed that the shooting was caused by support for Israel, or by supporters of Israel such as Ally Landau and her fellow Jewish students at Haverford.  As a result, she said nothing publicly to suggest that Ally was not responsible for this violence.

### K.  The Sit-In at Founders Hall

174.    On December 5, 2023, Haverford students occupied the space surrounding, and took over the Founders Hall building for more than a week. Founders Hall is the main administrative office on the Haverford College campus. It is located on the main quadrangle, is adjacent to the library, and is on the path to Haverford's dining hall. In other words, it is centrally located on campus, and is a site which almost all students have to pass through nearly every day.



175.   The students who took over Founders Hall and its surroundings hung banners outside the building, and daily conducted antisemitic chants that were intended to, and had the effect of, intimidating and harassing Jewish students.  Jewish students were forced to endure this harassment on a daily basis.  Their only alternatives were to take lengthy detours around the middle of campus, hide in their dormitory rooms, or flee campus.

176.   Mathematics professor Tarik Aougab was invited to, and did, present a public talk at Founders Hall during the Sit-in, charging that Israel's creation was an exercise in white supremacy and charging the Jewish state with genocide and apartheid.  Because Founders Hall is at the center of the campus, Jewish students were daily forced to listen to declamations such as this, as well as to chants quoting from the Hamas Charter, and derisive comments about Jews and the Jewish state, as they traversed the campus on their way to and from classes or meals.

177. Such daily attacks transformed the educational experience of the Jewish students and made their presence on campus a source of dread, which could be endured only at the price of constant public denunciation of their ethnic, religious and ancestral commitments by students and faculty.

178. President Raymond publicly commended the antisemitic activities of the "Sit-in." She praised the Sit-in itself as "a recent example of peaceful protest," and promised that Haverford College would take "no punitive action" against the participating students..

179. President Raymond publicly issued this praise even though she acknowledged explicitly to the Landaus that the Sit-in violated multiple Haverford rules.  When Mr. Landau challenged her on how she could allow conduct in clear violation of the College's rules and which—by the way—was incredibly disruptive and painful to Haverford's Jewish students, President Raymond answered that she feared that if she took action to stop it, even worse behavior by the students would result.

180. President Raymond's entire satisfaction with the Sit-in continued until the students— outraged that a week of protest had not forced the College to submit to their demands that they direct Israel to agree to a ceasefire and that Haverford College divests itself entirely from Israel—placed stuffed garbage bags mimicking body bags outside President Raymond's office. That, for Haverford's Administration, was a step too far.

181. Dean McKnight ultimately put an end to the Sit-in, which he decided had created a "hostile work environment" because the staff of the College felt threatened by the students' continued presence in the building (which has no classrooms) and by their use of mock body bags to protest what they claimed were the deaths caused by the Israel Defense Forces action in Gaza.  https://haverfordclerk.com/opinion-with-regards-to-protest-administration-has-failed-haverford/

182.   Here yet again Haverford demonstrated its complete indifference to hostility directed at Jewish students.  When protest activity upset Haverford staff, the administration denounced it as creating a "hostile work environment" and they put a stop to it.  When the same conduct, by the same "protesters" had the same impact on Haverford's Jews, it was blessed as protected expressive activity, and the Jews' suffering was of no consequence.

### L.  Cancelation of the Antisemitism Awareness Event

183.   Ally Landau sought and obtained permission from Vice President Nikki Young in November 2023 to dedicate a home women's basketball game to Antisemitism Awareness.

184.   The College has dedicated games to a a variety of causes, including a game to promote awareness about diabetes.

185.   After speaking with Vice President Young, Ally met with the Assistant Director of Athletics Jason Rash to look at the athletic calendar.  Rash told Ally that February 6, 2024, was available, and the Antisemitism Awareness Game was scheduled for that date. Approximately a month before the game was to take place, Ally reached out to all concerned to confirm everything was set.  She was not told at that time that there was any problem with the concept of the game or its intended execution.

186.   But less than a week before the game was to take place, Ally was summoned to a meeting with Dean John McKnight and the Athletic Director Danielle Lynch. When Ally arrived at the meeting, she was shocked to hear from these College Administrators that there was a problem.

187.   The problem, Ally was told, was that an Antisemitism Awareness basketball game might prove too antagonistic to the pro-Palestinian students on campus. Ally was told by Dean McKnight that the College might not be able to control the anticipated mob of antisemites from storming the basketball court and refusing to leave. Were that to happen, Ally was informed, the Haverford women's basketball team would have to forfeit the game, as required by the NCAA rules. Ally was shocked when she heard this.

188.   Ally understood that the college leadership was telling her that the team's loss would be entirely her fault and it would be selfish of her to cost her teammates a win. Ally Landau is a strong and proud young woman, but it is impossible to ignore the power imbalance in that meeting—high level College administrators bearing down on one student, and not one of them offering what any reasonable campus official should have promised: that *of course* the college would ensure the presence of sufficient security to ensure that a brute mob would not cost the Haverford team a loss.  The game went on, but there was no mention of Antisemitism Awareness.

189.   Dean McKnight, President Raymond and Chief of Staff Jesse Lytle subsequently claimed to complaining parents and alumni that Ally Landau decided on her own to cancel the Antisemitism Awareness component of the game, and that Dean McKnight had offered to support the team if she chose to go forward with it.  This is a lie.

190.   Mr. Jeffrey Landau, Ally's father, spoke to Dean McKnight on February 6, 2024, and asked him why the Antisemitism Awareness component of the game had been canceled. Dean McKnight told Mr. Landau that Ally never had approval for the event.  Mr. Landau responded that this was incorrect, and that Vice President Young had not only granted approval, but that the Antisemitism Awareness game had been approved for the February

6 date.  Dean McKnight then said that Haverford Vice President Young had given only "general approval."  When Mr. Landau asked Dean McKnight "what is the difference between 'general approval' and 'approval,'" the Dean did not respond.

191.   Mr. Landau told Dean McKnight that it was clear to him that the Dean had pressured Ally to cancel the event.  Dean McKnight answered that "maybe the pressure was coming from you [Jeff Landau] and the Chabad Rabbi"—a title he pronounced with clear disdain. Mr. Landau instructed Dean McKnight to cease conversations with his daughter.  Dean McKnight answered: "as Dean of the College I can talk to any student whenever I want to."

192.   It is unimaginable that this exchange, culminating with this clear display of contempt, would have taken place between any Haverford College administrator and the parent of any student from any minority group other than Jews.

193.   When Mr. Landau asked Dean McKnight what he and President Raymond were going to do to protect Jewish students from ongoing abuse, McKnight's only answer was that [Mr. Landau] had "no idea how much heartache [McKnight] endured for allowing the Jewish students to use the all-campus server to send their email after the Fall Plenary." Haverford College Dean McKnight considered himself the suffering victim.

## M.  Emergency Plenary

194.   In the second use of the Plenary system to intimidate Jewish supporters of Israel at Haverford, a second, "emergency" Plenary was held, devoted entirely to efforts to adopt a resolution condemning Israel for fighting against Hamas, and demanding that Israel cease doing so immediately.

195. This emergency Plenary was convened, and conducted, in a series of clear violations of the Haverford rules governing Plenaries and the rules the students had themselves put in place for the governance of Plenary proceedings.

196. No effort was made by any member of the Haverford College administration to enforce those rules, to ensure that the Plenary would be conducted in compliance with them.

197. The Haverford Constitution mandates the physical presence in the same room at Plenary of a quorum of students, with carefully defined relaxations of that requirement for students with disabilities or those with claustrophobia. The rules specify that if a quorum is lost the meeting must be suspended or ended. Rule 4..02(g)(i).

198. The rules further provide that, simultaneously with the requirement that a quorum be physically present, only students who are physically present may vote.  Rule 402(g)(iv).

199. In clear violation of this rule the Emergency Plenary was held over four days, starting on February 29 and ending on March 3, during which voting took place during three of the days.

200. Indeed, in an email exchange on March 4, 2024, between Ally Landau and Jorge Paz Reyes & Maria Reyes Pacheco, Students' Council Co-Presidents, the latter two admitted that the Plenary rules had not been followed.

201. In fact, the violations were so obvious that the co-Presidents knew about them before Ally called them to their attention:  "To be frank," they began their admission to Ally, we "were expecting this email."  They then continued for over a dozen paragraphs to admit/explain away their acknowledged rule violations.

202. These rules were modified solely because the leaders of Students Council hoped to use them to cause the adoption of a resolution calling for Israel to immediately cease its war against Hamas, before Hamas is defeated.

203.   Haverford's Administration was put on notice of these violations no later than February 25, 2024, by a letter to President Raymond from Haverford alumnus Bryan C. Hathorn. That letter is attached hereto as Exhibit D.  It, and its warnings, were completely ignored by Haverford College.

204.   In clear violation of Plenary rules, the voting deadline was extended in an attempt to reach quorum. However, the resolution did not pass as quorum was not reached due to the refusal of Jewish students to participate.

205.   At a staff meeting later in March 2024, President Raymond and Dean McKnight effusively praised the efforts of the Students' Council to get the resolution passed. Dean McKnight pointed out that the resolution did not pass due to the lack of quorum, and also stated that they did not know the views of the students who did not participate since they did not vote. Dean McKnight made this statement despite the fact that Ally had explicitly told him, in a meeting with others present including VP Young, that many Jewish students opposed the antisemitic nature of the resolution and were deliberately not participating so that quorum would not be reached. Dean McKnight was clearly disappointed that the Jewish student leaders chose this strategy. During her comments at the meeting, President Raymond indicated that if the resolution had passed, she would have signed it.

206.   A staff member (uncomfortable speaking in an open setting) submitted an anonymous question asking if President Raymond meant to say that she would sign it, and President Raymond answered "Yes."

### N.  Spring Plenary

207.    After the failure of the Ceasefire Resolution at the Emergency Plenary, a plan was

devised to re-present the same resolution at the Spring Plenary.  Students Council

representatives stated that they needed to "focus on getting … signatures" for the re-

presented resolution.  As with the prior resolution for the emergency plenary, there was

significant bullying and harassment to obtain signatures.

208.    The path into the building where this Plenary took place was lined with Palestinian flags.

A student stood at the entrance and offered every person who entered a Palestinian flag,

thus forcing entrants to either accept the flag or to be seen publicly refusing it –something

that would lead to attacks, shunning and worse.



209.    The Spring Plenary was conducted, and ultimately the resolution was passed.  However,

Jewish students experiencing bullying and intense pressure. In the wake of Plenary, on

April 9, 2024, the President of the College wrote to the community to highlight that

students—particularly Jewish students—"have felt fearful, silenced, or a protective need to self-censor."  Indeed, numerous students felt pressured into voting "for" the resolution against their conscience because votes were required to be public.

### O.  Haverford's President Appears at a Jewish Event and Insults the Jews

210.    On March 31, 2024, President Wendy Raymond attended an event, called "How do you Jew," hosted by a Jewish student group, at which numerous students shared their accounts of how they live their lives as Jews. Several Jewish Haverford community members spoke about their experiences as Jews on, and following, October 7.

211.    At this event, President Raymond was asked what statement would, in her mind, qualify as antisemitic. She answered that a "blood libel"  would meet that definition.

212.    At the conclusion of presentations at this event, President Raymond was asked by several student attendees whether the post by Tarik Auogab, referenced above at ¶ 106-107, qualified as antisemitic. President Raymond answered that his statement "could be perceived in many ways."  Asked how she perceived it, she answered "I hear people breaking free from their chains." In other words, President Wendy Raymond had completely imbibed and embraced the wildly antisemitic, vile glorification of the murderous rampage and unimaginable mass rapes of Israeli women that Haverford's Professor Aougab praised following October 7. President Raymond then proceeded to tell these Jewish students that there were peaceful people from Gaza who invaded Israel with Hamas on October 7.  This was another lie, and it was told to Jewish Haverford students by the president of their college at an event at which these students revealed the pain and

torment they had been experiencing on their college campus since October 7. The
magnitude of this insult cannot be overstated.

**P.  Haverford Students and Faculty use the Podia Granted them by
Haverford College to Libel Israel, Zionism, and Anyone Who
Supports Israel or Zionism**

213.    During the week of March 25 - 28, Haverford students presented a series of wildly
antisemitic lectures and other events.



214.    On March 27, students presented the conspiracy theory that the state of Israel has
intentionally infected the residents of Gaza with Covid. They hosted an event titled
"Mass Death on all Fronts: Israel's weaponization of Covid against Palestinians."  This
claim, for which no respectable evidence exists, has exactly the same intellectual or
evidentiary merit as the medieval blood libels that sought to hold the Jews responsible for
the spread of the bubonic plague, or for claims that Jews murder Christian children so
they can use their blood to make matzah for Passover.  Such wild and false accusations,

and false demonization of an entire people, have led in the past, in places like Eastern Europe and elsewhere, to violence against Jews in the form of pogroms. The same kind of blood libels have ratcheted up the kind of mob mentality and mob violence being witnessed on college campuses today.

215.   Spreading any of these absurd and fact-free accusations against the Jewish state is antisemitic.  Such claims have absolutely no place on the campus of an institution that claims to provide a serious education to thoughtful people. Even by President Raymond's definition, see *supra* at ¶211, such an accusation is antisemitic.

216.   When confronted with the obvious antisemitism of this event, Dean McKnight suggested to the Weaponization of Covid's promoters that they change the name of the event, but he saw no need to change the substance of what was to be said there.



217.    At another of these antisemitic events, the claim was presented that it is the official policy

of the State of Israel to attempt to maim Palestinians in order to subjugate them.  The title

of this event, held on March 25, was "No Disability Justice Without a Free Palestine."



Again, there is no evidence that such an evil scheme exists.  People who claim to be

academics, governed by academic standards of evidence for the evaluation of truth

claims, cannot possibly advance such obviously antisemitic conspiracy theories, which

have the same intellectual merit as the Protocols of the Elders of Zion.  Yet Haverford

College, which claims to be a serious academic institution, did nothing to prevent the

propagation, by its own faculty, of such hateful mendacity.

218.    As alleged above at ¶¶106-110, Professor Aougab, who is a professor of Mathematics at

Haverford, has used his podium as a teacher to glorify Hamas's murder of Jews on

October 7, and to insist that the people who carried out these murders be left armed and in control of the Gaza Strip.

219.   In February, Prof. Auogab distributed the standards that had to be met before he would agree to write a letter of recommendation for any of his Haverford students. Along with what he required students to have or do, he also explained what he would not do. He wrote that he would not provide any recommendations for students seeking to study either in Israel or about anything related to Judaism. Had any professors laid out such conditions for writing recommendations that barred any other religion or tenet of any other religion, that professor would be under disciplinary review immediately and removed promptly thereafter.

220.   Prof. Auogab referred to Jewish Haverford students who oppose his antisemitic views and support the State of Israel as "racist genocidaires."…. No Jewish student who is committed to Israel in any way could possibly expect to be treated as anything other than a criminal by this professor.

221.   Prof. Auogab continues to be employed by Haverford College and continues to teach Haverford students.

222.   On November 26, 2023, Haverford College professor Gina Velasco posted (https://www.facebook.com/mr.peabodycat) a message which included the expressions "F*ck Israel" and "F*ck Zionism." She remains an associate professor at Haverford, and Director of Gender and Sexuality Studies.

223.   The Students for Justice in Palestine Instagram account attached the Statement from Haverford College Faculty for Justice in Palestine ("FJP") that references the "Israeli state's genocidal violence against Gaza," when in fact Hamas committed—and proclaimed it was committing and promised to continue to commit antisemitic genocidal

terrorist attacks against Israel, and Hamas which initiated a war against the Jewish state. FJP's statement is clearly antisemitic.

224.   As alleged *supra* at ¶126, Vice President Nikki Young spoke at a vigil after the three Palestinian college students were shot in Vermont. She publicly accused Israel of committing genocide, thereby implying that there was some connection between Israel and the shooting of those Palestinian students.

225.   Other educational institutions have taken actions against faculty members using antisemitic rhetoric, but the Administration of Haverford College has taken no action against these faculty members, even though these faculty members are clearly teaching students to adopt hate-filled antisemitic views, and despite the effect such statements and actions by those teachers have on their Jewish students who are, like every other college student in America, entitled to an educational environment free of harassment and bullying.

## Q.  The "Fords' Forum"

226.   In response to the large volume of complaints from Jewish students, parents, and alumni, President Raymond and Board Chair Beever initiated a new "Fords Forum: Virtual Event Series." There was no acknowledgement that there was a need to affirmatively address the antisemitism problem, and the forum was described as a "candid discussion of the most relevant issues facing our Haverford community." But all parties knew that the Forum was a response to the ongoing complaints of antisemitism.

227.   Although it was advertised as an "open dialogue," only the Haverford Administration was allowed to speak at the March 2024 Forum. All other "participants" could only submit a single question in advance, with a limited number of words, and the

Administration decided which questions to answer. President Raymond's Chief of Staff Jesse Lytle served as the moderator for the forum, and he acknowledged, after being prodded by the audience, that many of the questions posed related to frustration with the antisemitism statements and actions by staff members—clearly referring to Professor Auogab and other members of the Faculty for Justice in Palestine.

228.   In response, Chair Beever repeatedly referred to his days as a student at Haverford in the early 1970s. He pointed out that he took a class with a political science professor who held certain views on the Vietnam War with which he did not necessarily agree. The analogy and messaging was quite clear. Since Chair Beever had to take a class with a professor with political views which differed from his own, Jewish students should not object to taking classes with professors who express blatantly antisemitic hate speech, who denounce the students themselves as "racist genocidaires," announce that their view of the students' religious commitments is "F*ck Zionism," and who refuse to assist in Jewish students' education if they wish to pursue it at an institution in a country to which the professor is hostile, or wish to pursue studies about their own religion.

229.   The most Chair Beever was willing to say was that "some behavior is not Haverfordian," and that "campus climate" was a concern. He also repeatedly stated that he knew he was not going to make "you" (presumably referring to Jewish parents and alumni on the call) happy, and he was not even trying to do so. His refusal to condemn the antisemitic rhetoric of Haverford staff members and students could not have been clearer.

230.   Chief of Staff Lytle asked President Raymond how she would respond to the "question" posed at the Congressional hearings by Representative Elise Stefanik to the presidents of Harvard, Penn, and MIT. The question, of course, is does calling for the genocide of Jews

violate your school's rules on bullying and harassment? President Raymond responded that "genocide is unacceptable," deliberately evading the intent of the question.

231. Several references were made during this forum to the Haverford Honor Code, concerns about its "inconsistent use," and the Administration's insistence that Jewish students should utilize the Code as the sole tool for remedying the problems they face. The Confrontation section of the Honor Code states that "Confrontation, in the Haverford sense, refers to initiating a dialogue with a community member about a potential violation of the Honor Code with the goal of reaching a common understanding by means of respectful communication."

232. The effect of this policy is that students encountering antisemitism from their fellow students must use this mechanism, and not expect the Administration to do anything to address the matter. Several students who have explicitly brought complaints of antisemitic behavior have heard this response from President Raymond, despite the fact that the Honor Code also says that "Harmed parties are not required to confront their peers."

### R.  Screening of Supernova: the Music Festival Massacre

233. On April 14, Haverford's Political Science Department, under the leadership of Professor Barak Mendelsohn—who, as alleged above at ¶77, remains under investigation by Haverford College for public statements made on his personal social media page in support of Zionism and the state of Israel—and other individual offices within Haverford College, presented a film about the October 7, 2023 Nova Festival Massacre—the slaughter, by Hamas, of hundreds of young Israelis while they were attending a concert

celebrating peace. The Nova documentary event was open to the public, though all those who wished to attend were required to register in advance.

234.   Signs and banners were prohibited at this event—thus demonstrating that, when it wished to do so, Haverford College knew that it was empowered to limit the time, place and manner of speech so as to prevent the disruption of other speech.  So far as is known to Plaintiffs, this is the sole instance in which Haverford College has ever deployed time, place and manner limitations to protect the speech of any person or entity that is in any way supportive of Israel, Zionism, or Jews.  The fact that this protection was announced regarding this, and only this, instance may be attributable to the fact that members of the public, and not just Haverford students, were invited to the screening.

235.   While posters were absent, protestors objecting to the screening of the film carried signs and stood in formation, forcing all those who came to see the documentary to walk through a phalanx of protestors displaying the same hateful rhetoric that appeared on the posters that the College had banned.

236.   Haverford's chorus of antisemitic students protested the showing of the film.  Needless to say, no such protests against an event mourning the murder of George Floyd or a member of any other minority group would have been tolerated at Haverford College.

237.   One of the protesters who carried a sign, in violation of Haverford's stated policy, was Harrison Lennertz, the same student who posted an obscenity-laced boast that he had torn down posters for a Jewish event. His presence at the screening and his brazen violation of the ban on signs at the documentary screening reveals that Lennertz either received no discipline or counseling from the College—although students and alumni informed the

Administration of the post and the student's identity—or that the violation he boasted that he committed was understood to be of no consequence.



238.   After the documentary screening ended, the Haverford protesters demanded an apology from President Raymond for her having the temerity to invite "Zionists" to campus.

239.   Numerous Jewish students at Haverford *are* Zionists.  One of these students wrote to President Raymond asking why students were allowed to demand an apology for her inviting people who shared this student's beliefs to the College's campus—and why Raymond did not respond to this demand by explaining to the students who had issued it that they had an obligation, under Haverford's policies, to engage respectfully with their Zionist fellow students. In fact, of course, Raymond did nothing of the kind, as Haverford's policies requiring respectful dialogue and engagement do not apply to Jews in the same way that they apply to all other students, even all other minorities.

240.   Thus, even after having been asked to do so, President Raymond did not rebuke the students who demanded this "apology," and neither did she take any steps to explain to these students why their issuance of this demand was wrong, given that some of their

fellow-students shared the belief these students were so categorically denouncing—and demanding that the belief be banished from campus.  Neither did President Raymond answer the Jewish student's question.

## S.   The Encampments

241.   In the weeks immediately prior to the filing of this Complaint, Haverford's campus, like that of a number of other college and university campuses across the United States, was taken over by encampments of students, and other, non-students, who occupied buildings or college greens and stated their intention to remain in place until various "demands" were met by the respective institutions at which the encampments were taking place.

https://docs.google.com/document/d/18JA1Fi7SeVNvjdL2R97miuh-7mhyXNS3C4jLK4HUdJs/edit

242.   Haverford's encampment which consisted of tents, banners, and the declaration of a "Liberated Zone," was identified by Haverford student leaders as being conducted "in solidarity with" the one at Columbia University.

243.   Like many other encampments set up on college campuses around the country—all, on information and belief, choreographed together—Columbia's encampment was characterized by aggressively hostile behavior and explicitly antisemitic verbal attacks, including the chanting of phrases such as "Death to the Jews"; "Long live Hamas;" and "Globalize the Intifada"; as well as "Yehudim, Yehudim [i.e., "Jews, Jews]," "all you do is colonize," "Go back to Poland" and "go back to Europe."

https://www.nytimes.com/2024/04/21/nyregion/columbia-protests-antisemitism.html

244.   The Haverford encampment itself featured posters quoting Hamas to advocate for the destruction of the Jewish state, and chants calling for the destruction of the State of Israel.

245.   The Haverford encampment barred access to Founders Hall, which Haverford College
       describes as "the centerpiece of its campus."
       https://www.haverford.edu/libraries/news/many-faces-founders-hall  The demonstrators
       were present, imposing this blockage, for at least three days, remaining on the campus 24
       hours a day during that period.

246.   Approximately 60-80 students who were part of the encampment also gathered at the
       Haverford dining hall before, during and after a meeting of the College's Board of
       Managers.  During that meeting the students screamed continuously at the Board of
       Managers that the Jewish homeland was an evil presence on the planet and action should
       be taken to dismantle it.

247.   Haverford's Jewish students had to witness and endure this outrage while concluding
       their academic semester and preparing for final exams.

248.   Haverford College leadership did absolutely nothing to limit in any way the overt
       hostility manifested by these activities—though of course, if such hostility had been
       displayed in chants directed at any minority group other than Jews, the response of the
       Administration would have been swift and clear, removing and punishing the students
       displaying such hostility and disrespect. Haverford's tent city then decamped to Merion
       Green at its sister school Bryn Mawr College, where it continues to this day, the volume
       and vituperation steadily increasing. Upon information and belief, Haverford College
       students and faculty have been and are continuing to participate in the Bicollege
       encampment.

249.   In the Spring, Ally noted that Vice President Young had declared May to be Asian
       American/Pacific Islander Month—a month dedicated to honoring Asian American and

Pacific Islanders.  Ally wrote to Vice President Young and informed her that May is also Jewish American Heritage Month and requested that Young make a similar announcement about this as well.  Young has never responded to this request.

>    **T.   Haverford's Leadership has Resolutely Refused to Change Direction on Campus Antisemitism Even After Jewish Students, Parents, Alumni, and Faculty, as well as Organizations Representing the Local Jewish Community Repeatedly Called this Problem to the Attention of President Raymond and Other Haverford Administration Leaders**

250.   Since the Administration's completely unsympathetic initial response to Hamas's October 7 attack on Jews and the Jewish state, and in the wake of growing public awareness about the unending series of attacks on Jews at Haverford, numerous Jewish alumni, students, parents, and faculty have repeatedly approached President Raymond and informed her:

   a.   Jewish students are afraid to reveal that

   >    i.   they support Israel's right to exist as a Jewish state;

   >    ii.   they attend programs and events at Jewish spaces on and off campus;

   >    iii.   they have been on a Birthright trip to Israel or intend to go;

   >    iv.   they speak Hebrew.

   b.   These fears are well-grounded and shared by essentially all Jewish students who believe the State of Israel has a right to exist as a Jewish state or who are affiliated with any organization that protects Jews who hold this belief.

   c.   These fears are caused by relentless social media, face-to-face and other attacks, from their fellow Haverford students and from faculty.

   d.   President Raymond has simultaneously taken the positions that:

e.   The College doesn't know the extent of these problems and can't address these problems because Jewish students aren't reporting them. (In fact, however, the claim that Jewish students are not reporting bias incidents is false.)

f.   The reality is that Jewish students are submitting reports, as they had been directed to do by the administration, both directly to President Raymond via email, and through a "bias and harassment form" which is completed online.

g.   Jewish students are "self-censoring" (President Raymond's term);

h.   Jewish students should deal with these attacks by reporting them to the Honor Council which is a student-run body—thereby directing the Jewish students to seek relief from antisemitism from their antisemitic classmates;

i.   Haverford is being charged with antisemitism only because a small number of Jews are fomenting ill will against the College.  For example, an email from Jesse Lytle, chief of staff to President Raymond, to Jewish leaders at Haverford, attached hereto as Exhibit E, conveys Mr. Lytle's contentions that

    i.   This small number of Jews includes the leaders of Hillel and Chabad on the Haverford campus—the only two organizations whose mission is to provide places for worship and safe assembly for Haverford's Jewish students.

    ii.   The small number of Jews fomenting ill will also include the leadership of Jewish Federation of Greater Philadelphia, which is a non-denominational umbrella organization representing the entire Jewish community of Southeastern Pennsylvania.

    iii.   The effort of these leaders to cause Haverford to address its antisemitism problem by communicating with the Jewish and non-Jewish community

81

"prompts the question of intent." Mr. Lytle's email did not explain what "question of intent" is "prompt[ed]" by the efforts of the Jewish community to defend their constituency.

251.   Jewish students at Haverford are acutely aware that, solely because of their Jewish identities, Haverford views and treats them as second-class citizens in the Haverford community, undeserving of the protections that Haverford affords non-Jewish students. Because of Haverford's persistent refusals to comply with its obligations to expunge discrimination and harassment, Jewish students are deprived of the benefits that non-Jewish students enjoy, including, but not limited to, the ability to fully participate in the educational opportunities for which they enrolled at Haverford College;  physical protection; emotional support; a sense of inclusion and belonging; participation in educational, extracurricular, and College-sanctioned social activities; the ability to freely express their religious, ethnic and ancestral identity in class, written coursework, and on campus; and their right to express their support for and attachment to Israel, their ancestral homeland, where many have friends and family.

252.   Jewish students at Haverford justifiably fear the harassment, discrimination, and intimidation they face, on any given day, from professors and Haverford leadership—who are supposed to teach and guide them—and from their fellow students, all of whom are required to treat them with respect and dignity pursuant to Haverford's policies. As a result of the Administration's deliberate indifference to its hostile educational environment, Jewish students are often unable to focus, study, or perform their course work to the best of their ability, thereby severely impairing their ability to take full advantage of their Haverford education.

253.   Jewish faculty members have indicated that they feel they could be putting their jobs at risk if they confront President Raymond or other Administration leadership on the topic of rampant antisemitism.

254.   Haverford's deliberate indifference to, and indeed enabling of, antisemitism on campus constitutes an egregious violation of Title VI of the Civil Rights Act of 1964 which can only be remedied with institution-wide, far-reaching, and concrete remedial measures to address the severe and pervasive antisemitic environment on Haverford and allow Jewish students to take full advantage of their Haverford education.

255.   All Jews at Haverford who share a commitment to the existence of Israel as a Jewish state have this experience every day, at the hands of not just one immature and bigoted teaching assistant, but at the hands of far too many of their classmates, of tenured faculty members, and apparently the administrative leadership of the College.

## COUNT I TITLE VI OF
## THE CIVIL RIGHTS ACT
## OF 1964 42 U.S.C. § 2000d
## et seq.

256.  Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs.

257.  Defendant receives financial assistance from the U.S. Department of Education and is therefore subject to suit under Title VI of the Civil Rights Act of 1964.

258.  Discrimination against Jews is prohibited under Title VI of the Civil Rights Act of 1964, as reflected in the written policies of the Department of Education's Office for Civil Rights ("OCR"). See e.g., U.S. Dep't of Educ., OCR Dear Colleague Letter: Addressing Discrimination Against Jewish Students (May 25, 2023), https://www2.ed.gov/about/offices/list/ocr/docs/antisemitismdcl. pdf; U.S. Dep't of Educ., OCR-000127, Questions and Answers on Executive Order 13,899 (Jan. 19, 2021), https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism- 20210119.pdf; U.S. Dep't of Educ., OCR-00107, Dear Colleague Letter: Combatting Discrimination Against Jewish Students (2017), https://www2.ed.gov/about/offices/list/ocr/docs/jewish-factsheet-201701.pdf; Letter from Thomas Perez, Asst. Att. Gen., Civ. Rts. Div., U.S. Dep't of Justice to Russlyn Ali, Asst. Sec'y for Civ. Rts., OCR, U.S. Dep't of Educ. Re: Title VI and Coverage of Religiously Identifiable Groups (Sept. 8, 2010), https://www.justice.gov/sites/default/files/crt/legacy/2011/05/04/090810 AAG Perez Letter to Ed OCR Title%20VI and Religiously Identifiable Groups.pdf; U.S. Dep't of Educ., OCR Dear Colleague Letter: Religious Discrimination (Sept. 23, 2004), https://www2.ed.gov/about/offices/list/ocr/religious-rights2004.html.

259.  Attacks on students committed to Zionism is recognized by the OCR as antisemitic.

260.    Thus, for example, even before the dramatic surge in on-campus attacks on Jews
committed to Israel that followed Hamas's October 7, 2023 attack, OCR found the
presence of "antisemitic harassment" at the University of Vermont ("UVM") when a
single teaching assistant stated publicly

    a.   "its [sic] good and funny" "for me, a TA, to not give Zionists credit for
participation"" and to give the students for whom she was a teaching assistant "-5
points for going on birthright," "-10 points for posting a pic with a tank in the
Golan heights," and "-2 point just cuz I hate u r vibe in general"

    b.    "why do so many Zionists work for the writing center[?]"

    c.    "I get a the indelible [sic] surge [sic] t cyber bully" when receiving "posts from
UVM Zionist Instagram accounts";

    d.    "serotonin rush of bullying Zionists on the public domain"

    e.    "Both sides discourse," and the statement "my family livs in tel aviv" should be
"politically unthinkable, worthy of private and public condemnation, [and]
likened to historical and contemporary segregationist movements."

Exhibit F.

261.    At UVM students affected by this one teaching assistant's crude antisemitism produced
submitted

        statements [in which ] Jewish students shared with him such as: a Jewish student
        "was upset [and] feared for her safety" as a result of vulgar social media posts;
        another Jewish student felt scare and unsafe due to residence hall neighbors who
        were  "all posting very antisemitic posts on their social media accounts" and had
        been physically aggressive in the past"; another Jewish student was "strongly

considering transferring to a campus that is safe for Jewish students because of

the[se] incidents"; another Jewish student was "frustrated, scared and upset with

the things their friends were  posting on social media" and "felt alone and targeted

for her . . . identity'" and another Jewish student who "is Israeli" had begun to

"fear to share where her family is from."

Exhibit F at 11.

262.    OCR found that these statements by one teaching assistant on a campus with over 11,500

students constituted UVM's illegally treating "individuals differently on the basis of

national origin in the context of an educational program or activity."

263.    OCR found that proof of these facts would constitute a demonstration that UVM had

"allowed a hostile environment for some Jewish students to persist at the University."

264.    On November 7, 2023, OCR issued a new Dear Colleague Letter, reminding schools that

receive federal financial assistance that they have a

responsibility to address discrimination against Jewish, Muslim, Sikh, Hindu,

Christian, and Buddhist students, or those of another religious group, when the

discrimination involves racial, ethnic, or ancestral slurs or stereotypes; when the

discrimination is based on a student's skin color, physical features, or style of

dress that reflects both ethnic and religious traditions; and when the

discrimination is based on where a student came from or is perceived to have

come from….

Harassing conduct can be verbal or physical and need not be directed at a

particular individual.

U.S. Dep't of Educ., OCR Dear Colleague Letter: Shared Ancestry or Ethnic Characteristics

(Nov. 7, 2023), https://www2.ed.gov/about/offices/list/ocr/letters/colleague-202311-

discrimination-harassment-shared-ancestry.pdf.

265.  OCR further explains that "the following type of harassment creates a hostile

environment: unwelcome conduct based on shared ancestry or ethnic characteristics that,

based on the totality of circumstances, is subjectively and objectively offensive and is so

severe or pervasive that it limits or denies a person's ability to participate in or benefit

from the recipient's education program or activity." *Id.* And it repeats its longstanding

admonition that "[s]chools must take immediate and effective action to respond to

harassment that creates a hostile environment." *Id.*

266.  Defendant's discriminatory application of its nondiscrimination policy and willful failure

to enforce its nondiscrimination policy discriminates against Jews by:

267.  Defendants' discriminatory application of its policy and failure to enforce its

nondiscrimination policy has created an environment that is hostile towards Jews,

including the Jewish students who are members of the Plaintiff association.

268.  The hostility towards Jewish members of the Haverford community is severe enough that

it interferes with these students' ability to participate in the programs and activities of the

school.

269.  As described in the allegations above, these students cannot fully participate in the

intellectual life on the Haverford campus because in expressing their opinions, they run a

very high risk of retaliatory targeting, and therefore expend tremendous energy

suppressing their views. That energy is not expended by others who are therefore

unimpaired in focusing their full attention on their education and on expressing themselves in the course of their education.

## COUNT II
## BREACH OF CONTRACT

270.  Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs.

271.  Defendants' policies governing discrimination, the scope of expressive freedom on campus, the posting of posters, and the use of social media are official, governing policies of Haverford College which form terms of the contract binding the College and each of its enrolled students.

272.  Defendant has breached its contract with Plaintiffs by failing to apply these policies to Plaintiffs, and to speech and conduct relating to Plaintiffs, in the same way that such policies are applied to all other students at Haverford College.

273.  Defendant has failed to apply these policies to and on behalf of the Plaintiffs in the same way that it applies them to other students because the Plaintiffs are Jews.

274.  As a proximate result of the aforesaid breaches, plaintiff suffered damages.

275.  All conditions precedent for a breach of contract claim have been met.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray that this Court order the following relief:

276.    A writ of mandate permanently requiring Defendant to enforce all of its Policies, including those on discrimination, on expressive freedom, on the posting of posters, and on the use of social media, on an even-handed basis, ensuring that Jewish members of the Haverford community are protected, with respect to their physical safety and otherwise, from discrimination on the basis of their Jewish identity, including those for whom Zionism is an integral part of that identity.

277.    An injunction preliminarily and permanently mandating that Defendant take action to end the hostile environment on campus by (i) communicating to the entire Haverford community that Haverford will condemn, investigate, and punish any conduct that harasses members of the Jewish community, or others, on the basis of their religion, and ethnic or ancestral background; (ii) providing education about antisemitism which includes the hostile treatment of Jews who believe in the centrality of Israel to Judaism, by, amongst other ways, conducting mandatory training for students, administrators, staff and faculty; (iii) instituting strict review and approval of policies to ensure that the administration does not conduct, or finance, programs that deny equal protection to Jewish members of the Haverford community including those for whom Zionism is an integral part of their identity; and (iv) disciplinary measures—including the termination of, deans, administrators, professors, and other employees responsible for antisemitic discrimination and abuse—whether because they engage in it or permit it.

278.    A declaratory judgment that the failure by Defendant to enforce its policies to protect Jewish members of the Haverford community has violated Plaintiff's rights under (i)

Title VI of the 1964 Civil Rights Act, 42 U.S.C. § 2000d et seq., and (ii) Plaintiffs' rights pursuant to their contract with Haverford College.

279. The appointment of a Special Master to oversee and enforce Haverford's compliance with Title VI for a period of five years after the entry of judgment in this matter.

280. Compensatory, consequential, and punitive damages in amounts to be determined at trial.

281. Plaintiff's reasonable attorneys' fees pursuant to 42 U.S.C. § 1988.

282. Any other relief which this Court may deem just and proper.

DATED: May 13, 2024                 Respectfully submitted,

Jerome M. Marcus, PA Attorney ID 50708
Lori Lowenthal Marcus, PA Attorney ID 5338
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA. 19066
Voice: 610.880.0100
FAX:   610.664.1559