# Exhibit Cover Page

**EXHIBIT NUMBER \_\_\_\_\_**

From: **Allyson Landau** <alandau@haverford.edu>
Date: Wed, Nov 8, 2023 at 10:24 PM
Subject: Silenced Jewish Voices
To: <hc-allstudents@haverford.edu>

Dear fellow Haverfordians,

We are writing with a plea for you to listen to a voice you did *not* hear at Plenary: that of a large representation of Haverford's Jewish community. We are in pain. We are grieving the loss of Israeli lives and for Palestinian civilians in Gaza who are caught in the conflict. We have been silenced and threatened. But we will not keep quiet.

As many of you witnessed, Students for Justice in Palestine (SJP) misused the "community comment" time at Plenary to make a lengthy one-sided appeal to the student body and list their "demands" of the administration. We were intentionally and wrongly denied an opportunity to respond at Plenary, we offer this letter in dissent.

We object to SJP and Students' Council hijacking Plenary to push their one-sided anti-Israel agenda. This did not relate to a resolution, and we the Jewish students at Haverford were not afforded an opportunity to respond or engage in dialogue. The planning and coordination to present just one side is plain when looking at the Students' Council email circulating the Plenary packet on Oct. 26:

Students' Council is intended to represent the entire student body. Clearly, it has failed its core mission. But we will not sit still, we will not be silenced and we will not allow only one side's agenda and rhetoric be heard.

Let us be clear: Jews are not a monolith. We do not all agree on all of the details of how to navigate the current war or the greater geopolitical situation in the Middle East. However, the overwhelming majority of Jews agree on Israel's right to exist. *See* https://www.pewresearch.org/religion/2021/05/11/u-s-jews-connections-with-and-attitudes-toward-israel/. After all, Israel is the only Jewish state in the world. Jewish pluralism does not negate that consensus view, nor does it license transparent attempts to appropriate the Jewish voice in favor of a radical, fringe minority. The few Jews who oppose the Jewish right to self-determination are the fringe exception, not the rule. We reject SJP's efforts to tokenize them for the proposition that anti-Zionism is not a cover for antisemitism. All too often it is, and it is here.

Nor is it remotely acceptable that those Jews on campus who support the Jewish right to self-determination (which is the vast majority) have been intimidated and silenced. Institutions of higher education are intended to foster discussion and critical thinking. Students from all perspectives should be invited to engage in conversation; yet rather than showing up and discussing with other students, SJP avoids dialogue and instead lectures at a captive audience to avoid the accountability of responding to those who disagree.

While SJP disclaims outright Jew-hatred, SJP's platform is fundamentally antisemitic. In fact, SJP has already been expelled from university and college campuses for just this reason. *See as an example* https://www.bostonherald.com/2023/11/07/brandeis-university-bans-students-

for-justice-in-palestine-campus-chapter-following-sjp-support-for-hamas/. Israel already exists, and the only way to undo that is through mass genocide or expulsion of Jews. It's one thing to advocate for a solution that accommodates both Palestinian and Jewish interests. It is entirely different to advocate against Jews' right to self-determination and self-defense.

The Jewish people have been subjected to centuries of oppression and attempted genocide, And Hamas's stated objective is no different: to exterminate the Jewish people. That terrible goal was fully on display during the October 7th attacks. **This is what Hamas and others mean by "From the river to the sea."** As the ADL explains, this cry "is an antisemitic charge denying the Jewish right to self-determination, including through the removal of Jews from their ancestral homeland." https://www.adl.org/resources/backgrounder/allegation-river- sea-palestine-will-be-free.

This slogan is loaded, hateful and unacceptable (just as are other obvious forms of hate speech aimed at the Black, Asian and Hispanic communities) and it is no excuse that the speaker says they believe "it means something else". Does the SJP expect us to believe that repeating this statement over and over again at Plenary does not announce to the Jewish members of our community, "you have no place here?" Certainly this is how it was meant, and this is how we hear it. But we belong, we will not leave and we will not sit by silently.

If SJP really does wish in good faith to achieve understanding and peace with the Jewish people—in Israel, America, or anywhere else—they cannot ignore these truths. Instead, they must unequivocally condemn the brutal slaughter of innocent Jewish men, women, and children by Hamas-led terrorists on October 7. You cannot claim the mantle of friendship while whitewashing this modern-day holocaust. We wait for that unequivocal condemnation, but it has not yet come.

We urge you to bring back the Haverfordian tradition of critical thinking and questioning. Please do not get your "facts" from Social Media – we have amazing professors who shouldn't need public safety to deliver their lectures on this topic. **Please be thoughtful before you (re)post on Instagram or join protests that are centered around demands and slogans that either _intentionally_ or _effectively_ intimidate our community.** We can be better as a community than shout anti-dialogue and hateful speech.

**We extend an opportunity for further learning and dialogue to the Haverford community. We will be hosting "Voices of Jewish History," composed of Jews from across the diaspora. We invite students to attend in good faith in hopes to foster a meaningful conversation, to hear what we were not permitted to say at Plenary and to hear from Jews for whom the conflict is tangible, not theoretical.  Please use this link to RSVP: https://forms.gle/4HgQMbNp1Jf1rSx5A**

*In the name of many concerned Jewish students at Haverford and Bryn Mawr\*,*
Ally Landau '24

\* Many students are behind this letter. Unfortunately, because of the current climate, they fear for their safety and of further intimidation. We are hopeful that we will soon all embrace a more inclusive and respectful community.