# Exhibit Cover Page

**EXHIBIT NUMBER \_\_\_\_\_**

From: **Jesse Lytle** <jlytle@haverford.edu>
Date: Wed, Apr 3, 2024 at 3:42 PM
Subject: Re: Dinner invitation for Thursday, April 4
To: Holtzman, Jason <jholtzman@jewishphilly.org>
Cc: Joan Wankmiller <jwankmil@haverford.edu>, Michael Balaban <mbalaban@jewishphilly.org>, Eli Gurevitz <eli@trichabad.org>, Jeremy Winaker <jwinaker@phillyhillel.org>, Goretsky, Andrew <agoretsky@adl.org>, president <president@haverford.edu>

Dear Jason, and friends,

For those of you I haven't met, I'm Wendy's chief of staff. We look forward to hearing your suggestions for an alternative time; Joan will continue to work with you on it.

In the meantime, we are aware that in addition to the recent public media pressure the Federation has sought to exert on the College, your organization last week mobilized an email campaign among its membership toward Haverford and even provided scripted messages. We recognize clearly the tension between academic and expressive freedom and the concerns you've raised--which are being navigated at universities and colleges nationwide--and we look forward to further dialogue about them. Simultaneously, your decision to present one dimension of our campus dynamics to your membership and encourage individuals to pressure the College prompts the question of intent. We remain hopeful that we are coming together for productive conversation with open hearts.

Sincerely,
Jesse Lytle