IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:24-cv-02044-GAM |
| v. | : | |
| | : | |
| THE CORPORATION OF | : | |
| HAVERFORD COLLEGE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION REGARDING PLAINTIFFS' RESPONSE
TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

The undersigned counsel for Plaintiff and Defendant hereby stipulate that Plaintiff will have until and including August 12, 2024 to respond to Defendant's Motion to Dismiss the Complaint.

July 26, 2024                                             THE DEBORAH PROJECT

/s/
_____
Jerome M. Marcus PA Attorney ID 50708
Lori Lowenthal Marcus Attorney ID 53388
P.O. Box 212
Merion Station, PA 19066
Voice: 610 880 0100
jmarcus@deborahproject.org
lorilowenthalmarcus@deborahproject.org
*Counsel for Plaintiff Jews at Haverford*


                                                          SAUL EWING LLP

/s/
_____
Joshua W.B. Richards PA Attorney ID 204315
Levi R. Schy PA Attorney ID 329199
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA. 19102
Voice: 215.972.7737 (Richards)
         215.972.7803 (Schy)
Joshua.Richards@saul.com
Levi.Schy@saul.com
*Attorneys for The Corporation of Haverford College*

IT IS SO ORDERED, this \_\_\_ day of _____, 2024.

_____
Hon. Gerald A. McHugh
United States District Judge