IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:24-cv-02044-GAM |
| v. | : | |
| | : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : | |
| | : | |
| Defendant. | : | |

**AUGUST 23, 2024 STIPULATION REGARDING PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

The undersigned counsel for Plaintiff and Defendant hereby stipulate that Plaintiff will have until and including September 9, 2024 to respond to Defendant's Motion to Dismiss the Complaint.

August 23, 2024                                              THE DEBORAH PROJECT

/s/
_____
Jerome M. Marcus PA Attorney ID 50708
Lori Lowenthal Marcus Attorney ID 53388
P.O. Box 212
Merion Station, PA 19066
Voice: 610 880 0100
jmarcus@deborahproject.org
lorilowenthalmarcus@deborahproject.org
*Counsel for Plaintiff Jews at Haverford*

SAUL EWING LLP

/s/
_____
Joshua W.B. Richards PA Attorney ID 204315
Levi R. Schy PA Attorney ID 329199
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA. 19102
Voice: 215.972.7737 (Richards)
            215.972.7803 (Schy)
Joshua.Richards@saul.com
Levi.Schy@saul.com
*Attorneys for The Corporation of Haverford College*

IT IS SO ORDERED, this 26th day of August, 2024.

/s/ Gerald Austin McHugh
Hon. Gerald A. McHugh
United States District Judge