# Exhibit Cover Page

**EXHIBIT NUMBER** F _____

# Pair-Share

Why did you choose Haverford?

# Student Activism at Haverford

Created by Customs Committee '24-'25, in conversation with HC Students for Peace, BiCo Students for Justice in Palestine, Haverford Jewish Student Union, and Jewish & Palestinian voices on campus. The committee sought to consult a diverse pool of beliefs.
This session is meant to maintain institutional memory

## Purpose of this session

- Connect Haverford's history of activism with current organizing
- Recognize individual privileges and responsibilities
- Recognize when student governance and trust is violated and criticize/hold systems of power accountable
- Understand the power students have, as individuals and a collective, to bring change to the Haverford community and beyond
- Centering understanding and receptivity when approaching difficult conversations, especially with diverse perspectives

The Haverford student body values the diversity of identities, backgrounds, experiences, and beliefs of our community. We honor disagreement and seek to engage in dialogue so that we may better understand one another.

# Trigger Warning

This presentation contains non-graphic mentions of anti-Black police violence; gun violence against students; Islamophobia; antisemitism; anti-Arab, anti-Palestinian, and anti-Israeli rhetoric; weaponization and mistreatment of marginalized students and communities.

The slides prior to these mentions contain a red octagon in their bottom right-hand corner. **Please treat yourself and others with care during this session.**

## Understanding Privilege

- Everybody at Haverford holds privilege, including simply attending this school. Some have more privileges than others
- Privilege is: the absence of a particular challenge
  - This can include benefitting from certain social/political structures

*Having privilege does NOT mean the total absence of challenges, hard work, or oppression – it only means the absence of certain challenge(s) due to certain structures of power*

- Rather than privilege stemming from certain identity, it's the powers that grant that privilege [Source](#)
- Recognizing our own privilege helps us better understand ourselves and others

## Student Agency at Haverford

- Student Agency – Student leadership and involvement in campus decision making
  - Reflected in the Customs program, Student's Council, the Honor Code, Plenary, student organizations, and student activism
- Most schools do not allow students to hold this much power
  - **This is a privilege!!!**
  - Every Haverford student has a responsibility to uphold the community's and their own values, to the extent they are capable
- Students use their agency at Haverford to mobilize other students and advocate for the changes that they want to see. In activism spaces, this is referred to as organizing.

# Privilege in Activism

- Activist movements are predominantly led by historically marginalized communities
  - These communities also face repercus It is important to understand where action reaches a limit that is harmful to oneself vs. simply being inconvenienced.

*Privilege allows individuals to choose whether or not to engage with activism because they are not **directly** affected. People who do not have certain privileges may have no choice but to engage in activism to preserve their livelihood. (ex. Philadelphia's Chinatown)*

- People in power often condition their support of activism to it not being disruptive to daily lives – this is called tone policing
  - Activist movements that generate change are often highly disruptive because they're challenging power structures (Apollo Academic Surveys)
  - Haverford's Anti-Discrimination, Harassment, and Bias Policy states that peaceful protest does not violate college policies

## Accountability in Activism

- Holding yourself accountable is key
- Be considerate and conscious when holding others accountable — everyone has different circumstances
- Everyone has a responsibility to act but only to the extent that their physical and mental abilities allow them to
  - People with physical and/or mental disabilities navigate activism with diverse capacities and needs.
- International, First Generation/Low Income (FGLI), BIPOC, etc. students face different and more extreme risks and challenges if threatened with retaliation to activism

## Centering Humanity in Activism

*"Without an ethic of love shaping the direction of our political vision and our radical aspirations, we are often seduced, in one way or the other, into continued allegiance to systems of domination—imperialism, sexism, racism, classism."*

*bell hooks, "Love as the Practice of Freedom"*

# Haverford's History of Student Activism



Haverford Minorities Coalition Hunger Strike, 1977.
Taken by Claudia Ojeda Rexach



Spring 2005 Student Unionization Movement.
Honor Council Records



Haverford Strike for Racial Justice, 2020.
Taken by Maxwell Cox

## The 2020 Strike

- [The 2020 student strike](#) happened as a result of a buildup of harm and injustice done to Black people, and people of color in general, in and surrounding Haverford's community and a lack of support from administration regarding these issues

**We want to highlight and recognize that the strike directly gave students the power to organize and work to address student concerns**

- Almost every student who was present at Haverford during the 2020 strike has graduated
- The [2020 strike](#) reinvigorated the student commitment to challenge those in positions of power, and mobilize to create change on campus and beyond

We'll now be moving onto to talking about student activism on campus last year. Our peers have direct connections to Palestine and Israel, and it's important that we understand our own predispositions, language we use, and how we approach these conversations.

## Combating Harmful Rhetoric 1

- Anti-Palestinian racism is a form of anti-Arab racism against Palestinians and silences, excludes, erases, stereotypes, defames or dehumanizes Palestinians or their narratives, sometimes manifested through physical violence.
- Failure to acknowledge Palestinians as an Indigenous people with a collective identity, belonging, and rights in relation to occupied and historic Palestine
- Erasing the human rights and equal dignity and worth of Palestinians
- Excluding or pressuring others to exclude Palestinian perspectives
  Source

# Combating Harmful Rhetoric 2

- While anti-Palestinian racism is often conflated with Islamophobia, *the two forms of discrimination are distinct:*
  - Islamophobia targets people for being Muslim and their religious beliefs
  - Anti-Palestinian sentiment targets people because of their (Palestinian) identity or because they support Palestinian rights.
- The dehumanization of Palestinians as primitive or terroristic, for example, perpetuates racist tropes about not just Arabs but also about Muslims more broadly.
- Assumptions about Palestinian identity may be false and harmful
  - Political beliefs, affiliations, religion, etc.
- A Palestinian student created a document that addresses common misconceptions regarding Palestinians and Pro-Palestinian views

# Combating Harmful Rhetoric 3

- Those holding Palestinian and/or Jewish identities can become commonly misunderstood (or have their personal beliefs assumed), which manifests harm. Source
  - Ex. Assuming that Palestinians are connected to Hamas or that Jews are connected to Israel
- Anti-Palestinian, Anti-Arab, Islamophobic, and antisemitic language can be explicit, but also coded
  - Ex. "Barbaric" to describe Arabs, implying that Arabs are uncivilized; "[Jewish people] run the world/media/etc.", implying a stereotype that Jews are greedy
- Antisemitism is discrimination, prejudice, hostility or violence against Jews (or Jewish institutions) because they are Jewish (Jerusalem Declaration).
- Jewishness should not be denied based on appearance—Jewish people can be all shapes, sizes, and colors.

# Combating HarmfuI Rhetoric 4

**Antisemitism includes**:

- Making sweeping generalizations about Jewish people.
- Invoking bigoted tropes and depictions of Jewish people.
- Vandalizing synagogues and other places of worship.
- Denying the Jewish identities of nonwhite, non-Israeli, interfaith, or multicultural Jews
- Categorizing Jewish people's views as a monolith (e.g. all Jews support genocide and/or settler colonialism; all Jews oppose Israel; all Israeli people support the Israeli government). Jewish people come from a range of backgrounds and have a variety of political beliefs, including about Palestine and Israel. It is not antisemitic to criticize the state of Israel just as it is not Anti-Palestinian to criticize Hamas.
- "Holding Jews collectively responsible for Israel's conduct or treating Jews, simply because they are Jewish, as agents of Israel" (Jerusalem Declaration).
- "Requiring people, because they are Jewish, publicly to condemn [or support] Israel or Zionism" (Jerusalem Declaration).

# 2023-24 Activism at Haverford



*Fall 23 Founders Hall sit-in, Photo by Ellie Esterowitz (left)*



*Bryn Mawr People's College for the Liberation of Palestine, Photo from the SFP Instagram Story (left)*

*Haverford Encampment during the Spring 24 Board of Manager's Weekend, Photo by Harrison West (right)*



*Demonstrations at Haverford's Class of '24 Graduation, Photo by Lindsay Reckson (right)*



# 2023-24 Activism at Haverford



*Banner hung on Founders hall, Photo by Deyana Abdelhady '27*



Open letter published in
The Bi-Co News



*Community vigil held following the hate crime against a Palestinian student at Haverford, (Washingon Post)*

*Vigil held by Chabad, following October 7th*

**Jigsaw Activity**

Look at important documents, emails, etc. and from the past year of events and activism at Haverford. Read your section and then summarize and share what you read.

As you read, consider:
- What kind of source is this?
- Who are the stakeholders?
- What are their goals?
- What actions were taken?
- What was the relationship between the students and Senior Staff/others in power?

## Contextualize the documents you just read

Haverford's student body has been engaged in protests, sit-ins, and dialogues since Israel's declaration of war in October.

The jigsaw activity's documents highlight some major events from the 23-24 school year. You will now be able to see the partial timeline of events on Haverford's campus and where these documents fall.

# Call to Action for a National Walkout in support of Palestine, Oct 25, 2023



**This email does not represent the voices of all Jewish students.**

# Plenary Community Comments, Nov 5, 2023

Hello, I am a junior. I am a Palestinian and I was raised in the West Bank in Palestine . This message is important for anyone experiencing anti semitism, if you are speak to a professor, speak to a dean, speak to SJP. There has been some conversation circling about anti zionism versus antisemitism. Anti Zionism is the opposition of an oppressive government that has occupied Palestine for the past 75 years. They have taken our rights, they have pitted us against each other and made us hate each other. Being an antizionist does not mean that you are anti semitic. It's very important to not tie anti zionism to antisemitism. When they are tied together, studies have shown that antisemitism has increased worldwide. This is because people start to think that the linking of Jewish people to a Jewish state means that all Jewish people support Israel. That is not the message we are trying to send as SJP. Anyone experiencing antisemitism should speak to someone in power.

Next I want to talk about the phrase "from the river of the sea, Palestine will be free". This is not an anti semitic phrase. Palestinians and Jewish people have lived together peacefully. I have many Jewish friends as well who are Palestinian. Palestinians include Jewish people, and Muslims and Christians. My friend's dad who peacefully advocated for Palestinian rights was imprisoned for a year and many zionist organizations are trying to tie antisemitism to anti zionism. Opposing an oppressive government is not anti semitic. If I opposed an oppressive government in China that has oppressed many Chinese people, that is not the same as saying I hate Chinese people.

# Call to Action and Reactions to a Student Protest, Nov 5, 2023



Wed, Nov 8, 9:42 PM

We expect there to be some disturbing noise on campus tomorrow.
First, the Chabad House will be OPEN ALL DAY from 9:20am till MIDNIGHT with fresh NY Bagels and lox + snacks.
From 1 to 2 there will be a casual and optional learning session, "BLT: Bagels, Lox and Torah" for anyone interested.
ALL DAY just hang out, do your work, play board games, or just be in a warm home.
*Babka Bake at 8:15pm*

President Wendy Raymond's Email on Antisemitism and Islamophobia on Campus November 8, 2023



[hc-students-broadcast] Supporting each other and standing against antisemitism and Islamophobia   Inbox ×

**President Wendy Raymond** <president@haverford.edu>                    Nov 8, 2023, 6:58 PM
to hc-faculty-broadcast, hc-staff-broadcast, hc-students-broadcast ▾

Friends,

This is a heart- and soul-wrenching time for many of us at Haverford and for Fords across the world.

Today I reach out to state unequivocally that antisemitism is not and will not be tolerated at Haverford. I write this to you in multiple contexts. The scourge of antisemitism is acutely on the rise on other college and university campuses and elsewhere in the U.S. Many among our Jewish students, staff, and faculty feel afraid and intensely vulnerable because of the war, antisemitism on other campuses, their concern that they will experience antisemitic acts here, and tensions on our own campus these past weeks. And tomorrow and Friday, November 9 and 10, mark the 85th anniversary of Kristallnacht.

I also reach out to state unequivocally that Islamophobia, racism, and other forms of hate-based discrimination are not and will not be tolerated at Haverford. Many among our Palestinian, Muslim, and Arab students feel an eroding sense of belonging, as well as fear, despondency, and desperation as the war continues. Some of these students and their supporters have chosen to organize events and demonstrations on campus with the intent of raising awareness. My colleagues and I have been working with students to invite respectful dialogue with peers, faculty, staff, and one another.

Members of our community have worked hard and well, together and individually, to offer all manner of support and care to students and one another. During these first four weeks of war in Gaza, we have focused our attention on direct support and care for Jewish, Muslim, Palestinian, Israeli, Arab, and other students most directly and indirectly impacted. That focus of care, concern, and support continues, and I thank all those who have dedicated their attention to this.

Haverford's values of peace, justice, and seeing the light in every person undergird our daily and enduring mission to provide an incomparable liberal arts education. The College's Quaker-rooted commitment to peace is an inherent condemnation of all acts of violence. This commitment is also a call to recognize those whose families, neighbors, and communities have experienced unspeakable violence and must live with and through the ravages of war. May Haverford's values invite us into a community of empathy and care.

Sincerely,
Wendy

...
**Wendy Raymond**
President

# Email concerning representation of student voices, Nov 9, 2023



**This email does not represent the voices of all Jewish students.**
**The full email is not shown for the sake of space.**

Dean John McKnight's Email Clarifying Use of hc-allstudents,
November 9, 2023



Summary of Student Council Meeting Minutes, Nov 12, 2023

StuCo Co-Presidents Maria and Jorge addressed this email, particularly the "intentionally and wrongly denied" statement, during their 11/12/23 StuCo Meeting (starts on page 4).

- They address that the student had opportunities to make community comments during Plenary.
- Dean McKnight messaged the StuCo presidents to reopen community comments, however they did not see this in time.
- Before Dean McKnight approved the email, the Students' Council Executive Board and their staff supervisors both affirmed that it did not pass the hc-all policy

# Email From President Wendy Raymond, November 26, 2023



Bi-Co Mutual Aid Fundraiser for Survivors of a Anti-Palestinian Hate Crime,
Late November, 2023



Hi everyone!

We're Bi-Co students who volunteer our time to this group and its mission of doing mutual aid throughout the Bi-Co.

Earlier today, we posted a fundraiser for a Bi-Co community member. The fundraiser was later taken down at the request of the community member's family.

We said we would update you all when we had more information, so we're happy to share that the funds raised are able to and will be distributed as promised!

Thank you for your trust and support today and everyday.

Nothing but love,
BCMA<3

Bi-Co Mutual Aid

Email from President Wendy Raymond, November 24, 2023



## Solidarity Statement, November 28th, 2023

### Statement of Solidarity – Haverford Students

On Monday, November 27 from 8:00 PM until 2:00 AM, members of the Student Council and the community came together to hear each other's concerns and frustrations regarding the administration's response to the act of violence faced by one of our community members this past weekend. This meeting resulted in a list of demands to be presented for senior staff and the board of managers at Haverford to acknowledge. This list of demands will be presented by StuCo's Co-Presidents Jorge Paz Reyes and Maria Reyes Pacheco to the Haverford Board of Managers and Senior Staff, including President Wendy Raymond and Vice President Jesse Lytle. We believe that agreeing to the needs listed below is not to align oneself with a political stance, but instead to ensure basic human respect and decency for all members of our community, particularly our friends who are most directly impacted by this violence.

Statement

Beginning of the Sit-In For Peace at Founders Hall
December 6, 2023



# Email from President Wendy Raymond, December 8, 2023



**[hc-students-broadcast] Update on: Working through challenging times, together** Inbox ×

**President Wendy Raymond** <president@haverford.edu>
to hc-students-broadcast

Fri, Dec 8, 2023, 4:07 PM

Friends:

Thank you to all of you who have taken time to reach out, share a meal, or engage me at the DC, on a sidewalk, or at Wawa with Wendy. As you know, last week a group of students shared with me an open letter with a list of concerns and desired actions focusing on how we can best and better support Palestinian, Muslim, and Arab students during the war in Gaza. Since then, groups of student writers have been in direct dialogue with a number of faculty and staff colleagues and me in order to learn together where we have common ground, ways forward about specific topics, areas for further discussion, and areas where common ground remains elusive. Those conversations are ongoing even while a group of students continues to 'sit-in' in Founders.

I continue to hear from many students, faculty, and staff a wide range of views, including solidarity, questions, and concerns about various of the requests put forward. In a diverse community like ours, I expect that we will not all be of the same mind about many issues, including these. I have been heartened to see so many fellow community members engage with each other with empathic queries and with respect, so that we can gain mutual understanding even when we have points of disagreement.

I wish you all the best in the last week of this semester's classes and finals.

Sincerely,
Wendy

—
**Wendy Raymond**
President

## Student Responses to Senior Staff Demanding End of Sit-In
December 12, 2023



As promised, we will keep you in the loop of any updates and we have an **IMPORTANT** one:

**We were told that the sit-in MUST end tonight by 9PM** despite the on-going support we've been receiving from the student body.
We appreciate everyone who has expressed solidarity so far and are calling all of you to

**SHOW UP**

**FOUNDERS**
NOW

**UPDATES**

They said **NO** to calling a ceasefire. We **refuse** to accept this response. We can **no longer** call ourselves a Quaker institution if we cannot stand by our Quaker values and call for a ceasefire. We demand the Tri-Co Presidents, who claim to espouse Quaker values, to call for an **immediate and permanent ceasefire** in Palestine. This is why the sit-in is **necessary.** The administration has historically overlooked student demands such as the strike of 2020. **SHOW UP TO FOUNDERS NOW!**

@hcstudentsforpeace

# Email from President Wendy Raymond, December 13, 2023



**[hc-students-broadcast] Further update: Working through challenging times, together**  Inbox ×

**President Wendy Raymond** <president@haverford.edu>
to hc-staff-broadcast, hc-students-broadcast, hc-faculty-broadcast ▾

Wed, Dec 13, 2023, 8:34 AM

Friends:

We have long supported Haverford community members' rights to expressive freedom and peaceful protest. Equally, we work to foster an environment in which every student, faculty, and staff member is able to learn, work, and live productively, unimpeded by fear or harassment.

This week's sit-in in Founders Hall by students is a recent example of peaceful protest. Throughout, we have supported the organizing students' right to peaceful protest, and students, staff, and faculty have simultaneously engaged in dialogue to identify areas of common ground centered on Haverford's educational mission.

However, actions by the protesting students over the weekend and yesterday escalated the situation, materially impeding the abilities of fellow students to pursue their studies and the abilities of staff and faculty to conduct their work. Because of this, we convened a lengthy discussion last night with student writers and sent a subsequent email summarizing our discussion. In both the meeting and the email, we informed student organizers that they must discontinue actions that impede student learning and the functions of the College, which include the sit-in inside Founders Hall. Should organizing students decide not to proceed with this de-escalation, we will ask them to take accountability through restorative – not punitive – action toward rebuilding trust.

We expressed to the organizers last night our continuing interest in working together in a number of concrete ways – and ways yet to be imagined – all in the spirit of advancing peace and education, and students indicated their interest in that. This collaborative endeavor across our learning community will be based on restoring mutual trust consistent with Haverford's educational mission.

Let's work together.

In community,
Wendy Raymond, president
John McKnight, dean of the College

--
**Wendy Raymond**
President

# End of Sit-In Statement, December 18, 2023

1

**END OF SIT-IN STATEMENT**

After weeks of inadequate action to protect Palestinian students on campus and call for a ceasefire, Haverford Students for Peace (SFP) continued our peaceful protest of the administration via the sit-in. Midday on Tuesday, we escalated our peaceful protest to remind the administration of the genocide occuring. We placed pillow-stuffed sheets resembling body bags, meant to represent the Palestinian bodies that were murdered by the IOF, in front of President Raymond's office. This action was intended to urge President Raymond to take action in line with Haverford's Quaker values and call for a ceasefire.

2

Following the escalated action, in a meeting with Haverford administration on Tuesday evening, SFP organizers were threatened with disciplinary action if we did not end our sit-in. We were originally told that we could not stay in Founders Hall past 9pm, which was then extended to midnight. In defiance of our administration's efforts to suppress student organizing, 50 students proceeded to sleep in Founders Hall on Tuesday night, and hundreds participated in a rally at 8:30am the next morning. It was not until the rally was already underway that President Raymond sent a schoolwide email explicitly stating that the disciplinary action threatened would not be punitive. We ended the rally by delivering over 500 letters written by community members to President Raymond urging her to release a statement supporting a ceasefire. We ended the sit-in to refocus our energy and to apply pressure on President Raymond through other means. Although the sit-in is over, our organizing has just begun.

Swipe next →

3

We are so proud of the week-long sit-in rooted in community care. In addition to serving as a protest, the sit-in provided a place where so many students who have not felt safe on this campus were heard and seen. Organizers read on-the-ground updates from Gaza each day, students grieved together, and faculty hosted teach-ins about Palestine. Clubs brought food, staff shared resources, and students from all backgrounds rotated through the space, coming to Founders Hall for parts of the day, night, or both.

4

We appreciate your continued solidarity, from participating in the sit-in to showing up to our rally. We will continue organizing throughout the break and next semester, and will update the community and reach out for support.

In solidarity,
Haverford Students for Peace

# Ceasefire Resolution Presented at Emergency Plenary and Spring Plenary, February 19 and March 24, 2024

## Resolution #3: Ceasefire Resolution

Presented by: Haverford Muslim Students' Association Board,  Haverford Jewish Student Union Board,  and Bi-Co. Jewish Voice for Peace Board

As the presenting organizations of this Resolution, we seek to drive forward its popularity garnered during the Emergency Plenary and present it during Spring Plenary. We hear the importance of an immediate and permanent ceasefire as lives continue to be uprooted and lost, and we cannot ignore so much pain. Furthermore, we believe that as a student body, we have the collective influence to stand for values of anti-militarism, care, and peace which our community shares. **The hope is that this common ground unifies us as a student body to continue advocating for the causes that matter and improving the world we live in for generations to come.**

@hav_concernedjewishstudents Call to Abstain from Emergency Plenary Voting, February 26, 2024









**O2**

**ISOLATE** MEMBERS OF OUR COMMUNITY BY IGNORING THE PERSPECTIVES, EXPERIENCES, AND TRAUMAS OF AN ENTIRE POPULATION ON CAMPUS.

**O3**

PUT HAVERFORD COLLEGE ON THE **WRONG SIDE OF HISTORY** BY FAILING TO ACKNOWLEDGE THE ROLE AND ATROCITIES OF A GENOCIDAL TERRORIST ORGANIZATION - INCLUDING RAPE, KIDNAPPING, AND MURDER.

**O4**

**DIVIDE** OUR COMMUNITY BY FORCING US TO CHOOSE SIDES IN A CONFLICT IN WHICH BOTH PEOPLES DESERVE DIGNITY, SAFETY, FREEDOM, RESPECT.

WE NEED YOUR HELP TO PROMOTE DIALOGUE AND UNITY....

**ABSTAIN** FROM THIS VOTE.

# Emergency Plenary Ceasefire Resolution Voting Results, March 5, 2024.



**Haverford College's Total Student Body**
Results on Ceasefire Resolution Vote

Against 2.5%
Abstained 6.5%
93
36
386 — Did not partcipate 27.0%
914 — Supports 64.0%

Total Students: 1429



Yes: 914 votes ; No: 36 votes (3.5%) ; No Vote: 93

Do you support the passing of the Ceasefire Resolution?
1,043 responses

87.6%
8.9%

● Yes
● No
● No vote ( a conscious decision not to vote)

# President Wendy Raymond's Response to Spring Plenary Resolutions, April 18, 2024.

**Resolution #3: Ceasefire Resolution**

I accept this resolution, with one clarification.

- Clarification: In accepting this resolution, I certify that the Students' Association has adopted its own values statement related to the Israel-Gaza war, as it is empowered to do within our shared governance system. I recognize that my acceptance of this resolution might be misinterpreted as the College's or my alignment with one or more of the positions adopted by the Students' Association within this resolution. There is no such College alignment or presidential alignment with the resolution; the resolution is limited to the Students' Association. Among the statement's components, the statement asks parties, including the College, to stand for a specific set of values. In keeping with my prior position on behalf of the College–that I would not and will not call for a ceasefire in Haverford's name–I do not commit Haverford or any parts of Haverford to taking any specific action or making public commentary in response to this resolution.

Sincerely,

Wendy Raymond

# The Deborah Project's Lawsuit against Haverford College, May 14, 2024.



### JEWS AT HAVERFORD SUE HAVERFORD COLLEGE

May 14, 2024          CONTACT: LoriLowenthalMarcus@DeborahProject.Org  610.742.5226

Jewish students at Haverford College have sued in federal court in Philadelphia charging the school with maintaining — and even supporting — a hostile environment for Jews. The lawsuit also charges that Haverford breached its contract with the plaintiffs by failing to follow its own written policies, thereby preventing Jewish students from being able to fully engage in the educational opportunities for which they pay tuition. The students are represented by The Deborah Project, a public interest law firm that defends the civil rights of Jews in education.

**Even though the lawsuit says "Jewish students at Haverford college," this does not represent the voice of all Jewish students.**



# Haverford is not isolated. We are connected with other colleges and the world.

**As your leaders on student government, we, the undersigned, call on you as our college community and administration to join us in fighting for justice for the students of Barnard College, Columbia University and college students across the United States,** and by doing so, support and uphold all students' rights for self-advocacy, peaceful protest, academic freedom, free speech, and physical and emotional safety within their campuses. We stand with the students of each of our colleges to exercise their rights to peaceful advocacy. **We will not let the actions of the Barnard and Columbia administration, nor the college administrations of schools across the United States, go unaccounted for.**

Sincerely signed,
Barnard College Student Government Association (2023–2024)
Wellesley College Government Cabinet (2023–2024)
Vassar Student Association Senate (2023–2024)
Haverford College Students' Council (2023–2024)
Bard College Student Government (2023–2024)
Williams College Williams Student Union (Spring 2024)
Smith College Student Government Association (2024–2025)
New York University Student Government Assembly (2023–2024)
Pomona College Associated Students of Pomona College Senate (2023–2024)
UC Berkeley's Associated Students (ASUC) External Affairs VP, Alex Edgar
Pitzer College Student Senate (2023–2024)
Stony Brook University Undergraduate Student Government Executive Council (2023–2024)
President | Sarah Lawrence Class of 2026 |  Syd Walter (2023–2024)
President | Cornell Student Assembly (2023–2024), Patrick Kuehl
Executive Vice President | Cornell Student Assembly (2023–2024), Claire Ting

Source: April 26, 2024 email to students by Students' Council Co-Presidents

# Moving Forward

Our student agency and voice in Haverford's governance is too often taken for granted. This disrespects the activism and emotional labor done by students to fight for the privileges we currently have at Haverford. Much of the student power we are able to exert now is a direct result of the efforts of student organizing in 2020. The privileges we experience at Haverford exist NOT because they have been given to us benevolently, but because students have continually maintained and expanded them through our own efforts.

You may see others engaged in struggle, organizing, and activism around a variety of issues and you may have the option to walk by or opt out. In those times, please pause, remember the ways that students have built coalitions and practice solidarity to make Haverford better for you, and identify ways you are capable of supporting your peers.

While bringing change, you'll learn that the College, at times, disavows action and responsibility under the guise of "supporting student leadership." Identify people and spaces at the College that truly support you and advocate for you. Hold the College accountable for expanding resources and support for students.

## Centering Humanity in Activism

*"Working within community, whether it be sharing a project with another person, or with a larger group, we are able to experience joy in struggle. That joy needs to be documented. For if we only focus on the pain, the difficulties which are surely real in any process of transformation, we only show a partial picture."*

*bell hooks,* *"Love as the Practice of Freedom"*

Snowball Prompts (pick one!):

1) What privileges do you hold in the context of activism on campus? How does your privilege influence your engagement with (student) activist movements?
2) How comfortable do you feel standing up for others or disrupting harmful conduct when you see it? What can you do to gain comfortability with supporting activist movements for your peers?
3) As you find people with whom you share values, how will you continue to seek out dialogue with people whose views differ from yours?