# Exhibit Cover Page

**EXHIBIT NUMBER** G_____

# Arm Yourselves with Knowledge - For The Pen is Mightier than the Sword

The aim of this document is to provide knowledge about the Palestine-Israel conflict from trusted and reliable sources. The document serves as a powerful tool to counter and prevent the spread of misinformation, arming readers with the knowledge that proves the pen is mightier than the sword. In particular, section two equips you with a deck full of aces, enabling you to effectively address and challenge any Zionist talking points. This is a work in progress and will be continuously refined as new information becomes available and in response to reader feedback. Your suggestions, constructive criticisms, and contributions are invaluable for the document's evolution and enhancement. Please respond here. Additionally, it is advisable to download the Google document promptly, as there is a likelihood of its removal following increased public attention or recognition.

**This document is structured in three sections:**

- **Section 1** presents basic historical facts about Palestine.
- **Section 2** provides evidence-based responses to common zionist talking points.
- **Section 3** provides credible sources that support pro-Palestinian viewpoints.

Each section is supported by sourced claims, highlighted in bold for quick recognition. Direct quotes from these sources, provided beneath the hyperlinks, reinforce accuracy and transparency, facilitating critical and informed engagement with the material.

## Section One - The Basic Facts Regarding Palestine

**The Timeline:**

People have lived in the region of Palestine for millennia, with archaeological evidence of human remains dating to the Paleolithic Period. Prior to the twentieth century, Christians, Jews and Muslims lived peacefully together for hundreds if not thousands of years. The first movie made in Palestine in 1896 shows people of different religions praying together. In its exploration of the history of the question of Palestine, the UN notes that: "The origins of the Palestine problem as an international issue, however, lie in events occurring towards the end of the First World War." The modern history of the "question of Palestine" will be briefly summarized here. Beginning in the late 19th century, Theodor Herzl, the founder of Zionism and a secular Jew, argued that a sovereign state was essential for Jewish safety and prosperity. For centuries, the religious community of Jews across Europe were subject to social, political and economic discrimination and persecution. Zionists initially considered various locations for the establishment of a Jewish national homeland, including Uganda and Argentina. Ultimately, Palestine was chosen, partly due to its historical and religious significance to Judaism. In an effort to encourage European Jewish immigration to Palestine, the Zionist movement adopted the slogan "a land without a people for a people without a land." This phrase misleadingly suggested that there were no people in the land of Palestine, making it a perfect national homeland for the stateless Jews of Europe. However, this disregarded the existing Palestinian population, including Jews, Muslims, and Christians, who lived continuously on the land for centuries. In its early years, the Zionist Organization tied the vision of Jewish freedom to the project of European colonization, creating organizations including the Jewish Colonial

Trust (1898) and the Colonization Commission (1898) whose purpose was to plan, finance, and supervise the process of colonization.

In 1917, the British Government issued the "Balfour Declaration" in which they announced support for the establishment of a "national home for the Jewish people" in Palestine, which was then a part of the Ottoman Empire with a small Jewish population. Three years later, the League of Nations placed Palestine under British administration. This decision was made without the consent of the Palestinian people. Initially, the gradual arrival of Jewish emigres to Palestine was well received. However, in the 1920s and 1930s, unrestricted immigration put a strain on the local population. The friction between the burgeoning immigrant population and indigenous Palestinians escalated, leading to violent conflicts over land and resources. Jewish paramilitary groups, including Haganah and Irgun, demanded the cessation of the mandate and the formation of an independent Jewish state. In early 1947, the British referred the administration of the Mandate of Palestine to the newly formed United Nations. On November 29, 1947, the UN General Assembly voted in favor of a partition plan to solve the "Palestinian question." The plan divided Palestine into a Jewish state (56% of the land) and an Arab state (44% of the land), with Jerusalem as an international zone. Arab states in the UN rejected the plan and warned that it would jeopardize the lives of Jews in Muslim majority countries. Paradoxically, the creation of Israel, which was meant to provide Jews with a safe haven after the Holocaust and centuries of Christian European antisemitism, increased social and political pressure on Jews in the surrounding Arab states. On May 14, 1948, the British departed from Palestine without creating any lasting political institutions. The next day, the region plunged into war. What the Israelis calls the "War of Independence" resulted in what Palestinians remember as Nakba, the displacement of over 750,000 Palestinians creating an enduring refugee crisis. Palestinians today do not have sovereignty over the land assigned to them by the UN in 1947.

## Shrinking Palestine and Expanding Israel, 1948-1967

In the twenty years after the UN partition plan, and following a series of successive wars, Israel's territorial control expanded to occupy all of Palestine. As the website Visualizing Palestine documents, the twentieth century was defined by an expanding Israel and a shrinking Palestine. By the end of Israel's "War of Independence" in 1949, Israel had expanded to occupy 77% of the total territory designated by the UN for 2 states in 1947. Less than twenty years later, after the Six-Day War, the state of Israel expanded its control over 100% of that territory. In the years since, Israel has built illegal Jewish settlements in the occupied territories in violation the Geneva Conventions, which prohibit occupying powers from transferring civilian populations into territories taken by military force.

## Settler Colonialism, Apartheid, and Ethnic Cleansing in Israel

In the early twentieth century, Zionists hitched their goals to the destiny of the British Empire. The Zionist project in Israel represents an unusual historical example of settler colonialism. Settler colonialism is a form of colonialism that seeks to claim foreign land and populate it with settlers. Examples of settler colonies in the British Empire include Australia, South Africa, and the thirteen colonies that became the United States. Settler colonies seek to replace indigenous people with settlers and have as their goal the elimination of the native. Settler colonies are genocidal. From the moment of independence, Israeli leaders explicitly expressed their goal to eliminate the Palestinian people. In 1949, David Ben-Gurion, the first prime minister of Israel, remarked, "We must do everything to ensure they [the Palestinians] never return ... The old will die and the young will forget." Less than 20 years later, Israeli Prime Minster Levi Eshkol wrote, "Perhaps if we don't give them enough water they won't have a choice, because the orchards will yellow and wither." Eshkol's goal, in his own words, was "emptying out Gaza." In September 2023, Israeli Prime Minister Benjamin Netanyahu presented a map to the UN that showed the West Bank and Gaza as part of Israel, which effectively disappeared Palestine and its people. For over fifty years, human rights experts have defined Israel's strategies of elimination, including its policies and practices of extrajudicial killing, maiming, excessive use of force, repression, discrimination, dispossession, displacement, isolation,

arbitrary detention and movement restrictions as apartheid. Israel's discriminatory treatment of Palestinians are part of a system designed to privilege Jewish Israelis at the expense of Palestinians and are grave violations of international law.

## Palestinian Struggle for Independence, 1948-2023

For decades, Palestinians have resisted Israeli oppression and occupation. In 1987, after twenty years of Israeli military occupation, a spontaneous popular uprising erupted in the West Bank and the Gaza Strip. During what is called the first intifada, Palestinians protested through demonstrations, boycotts, and strikes. The Israeli responded with overwhelming military force to these largely peaceful protests. The Israeli government policy of breaking the bones of protestors resulted in over 1000 Palestinian fatalities and serious injuries to 130,000 Palestinians. In September 1993, Israeli and Palestinian representatives signed a peace deal known as the Oslo Accords. The peace process was short-lived and in November 1995, Israeli Prime Minister Rabin was assassinated by Yigal Amir, an Israeli who opposed the Oslo Accords on religious grounds. In Israel's May 1996 elections, Likud Party candidate Binyamin Netanyahu won. The Likud Party historically opposed Palestinian statehood and withdrawal from the occupied territories. In fact, over two decades, Netanyahu has played a central role in the failure of the Oslo peace process and the two-state solution that it's predicated on. In 2001, Netanyahu boasted to a group of Israeli settlers that: "I de facto put an end to the Oslo Accords." The Israeli settlement of occupied territories continued throughout the 1990s. In September 2000, a second intifada was triggered when Likud Party candidate Ariel Sharon visited the Temple Mount to promote Israeli sovereignty over the site. The second intifada was more violent than the first as Israeli forces launched a full scale war on Palestinians in the Occupied Territories. In November, Hamas and Islamic Jihad began conducting suicide bombings and armed operations from the occupied territories. The Israeli authorities responded by building a barrier wall to physically separate and secure Israel from the occupied West Bank. In 2004, the International Court of Justice found the wall to be "contrary to international law." After Hamas won a popular election in 2006, the Israeli government withdrew from Gaza and placed the region under a land, sea, and air blockade. The blockade has limited the movement of people, goods, and services in and out of Gaza and has contributed to a severe humanitarian crisis that continues to crush the Palestinian people.

## - Section 1, Part II: Additional Sources to Reinforce the Timeline -
-

## Palestine was Occupied - Existence Before 1948:

- Like many other regions, this country has existed under the rule of various empires for many years. Often, Zionists attempt to confuse this historical fact with the absence of an established country, erroneously conflating the empire's control over the region as if the country were merely an extension of the empire's name. However, as the sources below illustrate, this interpretation does not hold true to the actual historical context.

https://www.un.org/unispal/history2/origins-and-evolution-of-the-palestine-problem/ - ranging from 1917-2000, 5-part study.

https://www.un.org/unispal/history2/origins-and-evolution-of-the-palestine-problem/part-i-1917-1947/

"The origins of the Palestine problem as an international issue, however, lie in events occurring towards

the end of the First World War." "In principle, the Mandate was meant to be in the nature of a transitory phase until Palestine attained the status of a fully independent nation."

"The indigenous people of Palestine, whose forefathers had inhabited the land for virtually the two preceding millennia felt this design to be a violation of their natural and inalienable rights."

"The partition plan did not bring peace to Palestine, and the prevailing violence spread into a Middle East war halted only by United Nations action. One of the two States envisaged in the partition plan proclaimed its independence as Israel and, in a series of successive wars, its territorial control expanded to occupy all of Palestine."



*1759 - Map of Palestine - Jewish Virtual Library -*
https://www.jewishvirtuallibrary.org/map-of-the-holy-land-1759

https://www.un.org/unispal/history/

"Palestine was among former Ottoman territories placed under UK administration by the League of Nations in 1922. All of these territories eventually became fully independent States, except Palestine, where in addition to "the rendering of administrative assistance and advice" the British Mandate incorporated the "Balfour Declaration" of 1917, expressing support for "the establishment in Palestine of a national home for the Jewish people". During the Mandate, from 1922 to 1947, large-scale Jewish immigration, mainly from Eastern Europe took place, the numbers swelling in the 1930s with the Nazi persecution.

https://www.britannica.com/place/Palestine/History

The Paleolithic Period (Old Stone Age) in Palestine was first fully examined by the British archaeologist Dorothy Garrod in her excavations of caves on the slopes of Mount Carmel in 1929–34. The finds showed

that at that stage Palestine was culturally linked with Europe, and human remains were recovered showing that the inhabitants were of the same group as the Neanderthal inhabitants of Europe.

https://www.britannica.com/place/Palestine/Palestine-and-the-Palestinians-1948-67

The violent birth of Israel led to a major displacement of the Arab population, who either were driven out by Zionist military forces before May 15, 1948, or by the Israeli army after that date or fled for fear of violence by these forces.

https://promisedlandmuseum.org/peaceful-palestine/ - Good for Primary Source Evidence.

**Harmonious Coexistence - Palestinians of Jewish, Muslim, and Christian Heritage Through History:**





*Palestinian Jews, Muslims, and Christians* - *Ottoman Brothers* - *Stanford University Press 2011* -
https://www.degruyter.com/document/doi/10.1515/9780804776783/html



*Palestinian Jews* - *The Jewish encyclopedia* - https://wellcomecollection.org/works/ydc7ruy7/items

https://www.tandfonline.com/doi/full/10.1080/13530194.2016.1138642

The linguistic plurality of Jerusalem, like that of Rome, was obvious to many European travelers, pilgrims and tourists, hosted in different Catholic French, Italian and German hospices, where they also found a monolingual environment. Arabic remained the everyday language of contact, while the elites, since the mid-nineteenth century, had adopted the semi-official languages of the Catholic hierarchy, Italian and French. The Catholic community had an active (for the elites) or more passive (for the poor Catholics)

knowledge of several languages, along with formal language teaching.

https://www.jewishvirtuallibrary.org/jewish-refugees-from-arab-countries

In 1945, roughly 1 million Jews lived peacefully in the various Arab states of the Middle East, many of them in communities that had existed for thousands of years. After the Arabs rejected the United Nations decision to partition Palestine and create a Jewish state, however, the Jews of the Arab lands became targets of their own governments' anti-Zionist fervor. As Egypt's delegate to the UN in 1947 chillingly told the General Assembly: "The lives of one million Jews in Muslim countries will be jeopardized by partition." The dire warning quickly became the brutal reality.

**The Legacy of Non-Violent Resistance in Palestine:**

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7348434/

For 13 years, the Gaza Strip has been under a land, sea, and air blockade, imposed on top of a decades-long Israeli military occupation and with an enormous cost in terms of human suffering.1 The blockade has limited the movement of people, goods, and services in and out of Gaza and has contributed to a chronic humanitarian crisis entailing a lack of sufficient electricity, sanitation, and health services for Palestinians in the Strip.2 Israel has intentionally calibrated its occupation and blockade measures to maintain Gaza.

"The protests, which included chanting and mass movement toward the separation fence between the Gaza Strip and Israel, were faced by tear gas and live sniper fire from Israeli security forces." "Land Day commemorates the protests of Galilean Palestinians against the appropriation of their land by the Israeli state in 1976, an event that led to the killing of six protestors and the injury of dozens of others."

"Despite engaging in a weekly mass protest stretching for two years now, and recognition from the UN that Israel's response to the GMR may include numerous war crimes or crimes against humanity, the situation for Palestinians in Gaza has not improved."

https://www.unrwa.org/content/first-intifada

A spontaneous popular uprising in the West Bank and the Gaza Strip, after more than 20 years of military occupation, begins. Now known as the first intifada, it is marked by demonstrations, boycotts, tax resistance, strikes and largely unarmed protests; the response is severe and harsh. UNRWA established an emergency fund to coordinate its response; in 1990, this was merged with a similar fund for Lebanon, operating since 1982, to form the Extraordinary Measures for Lebanon and the Occupied Territories (EMLOT).

https://history.state.gov/milestones/1993-2000/oslo#:~:text=Israel%20accepted%20the%20PLO%20as,over%20a%20five%2Dyear%20period.

In November 1995, Rabin was assassinated by Yigal Amir, an Israeli who opposed the Oslo Accords on religious grounds. Rabin's murder was followed by a string of terrorist attacks by Hamas, which

undermined support for the Labor Party in Israel's May 1996 elections. New Prime Minister Binyamin Netanyahu hailed from the Likud Party, which had historically opposed Palestinian statehood and withdrawal from the occupied territories.

**Zionist Leaders - A Historical Absence of Peaceful Intentions:**



*Sources for the Image Above:*

- https://atlasoftheconflict.com/wp/
- https://www.btselem.org/download/201411_btselem_map_of_wb_eng.pdf
- https://www.badil.org/en/al-majdal/item/1055-land-ownership-in-palestine/israel-1920-200
- https://www.btselem.org/download/201007_by_hook_and_by_crook_eng.pdf
- https://www.washingtonpost.com/politics/2021/05/28/dueling-histories-debate-over-historic-palestine/

https://mondoweiss.net/2017/11/liberal-contemplating-genocide/ - Statements from Israeli officials acknowledging intentions of genocide and ethnic cleansing.

1. Levi Eshkol, Israeli Prime Minister in 1967: "Perhaps if we don't give them enough water they won't have a choice, because the orchards will yellow and wither."
2. Levi Eshkol on Palestinians: "I want them all to go, even if they go to the moon."
3. Eshkol on Gaza in 1967: "Precisely because of the suffocation and imprisonment there, maybe the Arabs will move from the Gaza Strip."
4. Eshkol on encouraging Arab emigration: "We should deal with this issue quietly, calmly and covertly, and we should work on finding a way for them to emigrate to other countries and not just over the Jordan [River]."
5. Theodor Herzl, from his 1895 diary: "We shall try to spirit the penniless population across the border by procuring employment for it in the transit countries, while denying it employment in

our country. The property owners will come over to our side. Both the process of expropriation and the removal of the poor must be carried out discreetly and circumspectly."

6. Moshe Dayan, Israeli Defense Minister: "By allowing these Arabs to seek and find work in foreign countries, there's a greater chance that they'll want to migrate to those countries later."

https://www.ohchr.org/sites/default/files/Documents/Issues/Truth/CallLegacyColonialism/CSO/Al-Haq-Annex-3.pdf

The instruments of systematic colonization were also promptly readied. The 'Jewish Colonial Trust' (1898), the 'Colonization Commission' (1898), the 'Jewish National Fund' (1901), and the 'Palestine Office' (1908) were among the first institutions established by the Zionist Organisation. Their joint purpose was to plan, finance, and supervise the process of colonization, and to ensure that it would not meet the same fate which the earlier experiment of haphazard colonization had met.

https://www.theguardian.com/world/2006/may/12/israel1

"We must do everything to ensure they [the Palestinians] never return ... The old will die and the young will forget," said David Ben-Gurion, the founder of Israel, in 1949.

https://www.timesofisrael.com/liveblog_entry/netanyahu-brandishes-map-of-israel-that-includes-west-bank-and-gaza-at-un-speech/

Palestinian Ambassador to Germany Laith Arafeh calls out Prime Minister Benjamin Netanyahu for brandishing a map of the Middle East in his UNGA speech that showed the West Bank and Gaza as part of Israel."No greater insult to every foundational principle of the United Nations than seeing Netanyahu display before the UNGA a 'map of Israel' that straddles the entire land from the river to the sea, negating Palestine and its people, then attempting to spin the audience with rhetoric about 'peace' in the region, all the while entrenching the longest ongoing belligerent occupation in today's world," - Remember no Hamas in the West Bank.

https://www.britannica.com/place/Israel/The-second-intifada

Palestinians erupted in violence following a visit by Likud leader Sharon to the Temple Mount in September to promote Israeli sovereignty over the site.

https://www.jstor.org/stable/48600046?seq=1

There is no room for compromise on this point! The Zionist enterprise so far, in terms of preparing the ground and paving the way for the creation of the Hebrew state in the Land of Israel, has been fine and good in its own time, and could do without "land buying," but this will not bring about the State of Israel. That must come all at once, in the manner of the Redemption, and there is no way besides transferring the Arabs from here to the neighboring countries, to transfer them all. Except perhaps for Bethlehem, Nazareth, and Old Jerusalem we must not leave a single village, not a single tribe. And the transfer must be directed to Iraq, to Syria, and even to Transjordan.

https://imeu.org/article/netanyahu-putting-an-end-to-the-oslo-accords-the-two-state-solution

For more than two decades, Benjamin Netanyahu has played a central role in the failure of the US-sponsored Oslo negotiations process and the two-state solution that it's predicated on. As he boasted to a group of Israeli settlers in a candid moment caught on video in 2001 following his first term as prime minister (1996-1999): "I de facto put an end to the Oslo Accords."

https://mondoweiss.net/2017/11/liberal-contemplating-genocide/

"Perhaps if we don't give them enough water they won't have a choice, because the orchards will yellow and wither." That is what Israeli Prime Minister Levi Eshkol said in 1967 about Gaza, as revealed in newly declassified documents from the time. Ofer Aderet of Haaretz reported about this today.

https://www.aljazeera.com/news/liveblog/2024/1/18/israels-war-on-gaza-live-medicine-arrives-for-captives-palestinians?update=2630983

Netanyahu says that Israel must "maintain security control over all territory west of the Jordan River", despite US talk of "working toward a two-state solution".Israeli attacks continue in Gaza, with a particular focus on the south of the enclave, as a communications blackout enters its seventh day - January 2o24

https://theintercept.com/2023/11/28/israel-palestine-history-peace/

The Palestinians, according to this narrative, prefer holding onto a dream of destroying Israel. This is not quite 180 degrees the opposite of reality, but close. In the actual world outside of high-level American political rhetoric, Israel could have had peace at many times in the past 75 years.

https://www.middleeastmonitor.com/20190714-profile-ghassan-kanafani-1936-1972/

**Israel - A Manifestation of Settler Colonialism, Apartheid, and Ethnic Cleansing:**

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9790962/

Race myths about Palestinians conform to the "logic of elimination" integral to settler colonialism, predicated on the dispossession and removal of the Indigenous people from the land. Racialized legal categorizations of Palestinians are deployed in strategies of elimination that include policies and practices of extrajudicial killing, maiming, and excessive use of force; displacement, dispossession, isolation, and containment; and arbitrary detention and movement restrictions.

https://www.ohchr.org/sites/default/files/Documents/Issues/Truth/CallLegacyColonialism/CSO/Al-Haq-Annex-1.pdf

Zionist settler colonialism, as its historical precedents suggest, is fundamentally based on the operative logic of "eliminating the native" and failing to utterly marginalize and "minoritize" him. The vibrant Palestinian presence in the land, the everyday resistance to the colonial order, and the robust Palestinian adherence to their rights all stand as structural obstacles to the ultimate realization of the

"Zionist dream."

https://www.amnesty.org/en/latest/campaigns/2022/02/israels-system-of-apartheid/
https://www.ohchr.org/en/press-releases/2022/03/israels-55-year-occupation-palestinian-territory-apartheid-un-human-rights

Israel's 55-year occupation of Palestinian Territory is apartheid – UN human rights expert.

https://www.hrw.org/report/2021/04/27/threshold-crossed/israeli-authorities-and-crimes-apartheid-and-persecution

On the basis of its research, Human Rights Watch concludes that the Israeli government has demonstrated an intent to maintain the domination of Jewish Israelis over Palestinians across Israel and the OPT. In the OPT, including East Jerusalem, that intent has been coupled with systematic oppression of Palestinians and inhumane acts committed against them. When these three elements occur together, they amount to the crime of apartheid.

https://www.hrw.org/report/2010/12/19/separate-and-unequal/israels-discriminatory-treatment-palestinians-occupied

Israel's Discriminatory Treatment of Palestinians in the Occupied Palestinian Territories

https://www.jstor.org/stable/48600046?seq=3

Zionism seeks to exclude the Arab Palestinians on the basis that they are the absolute 'other' but may tolerate some of them as long as they remain as second-class citizens and a docile minority. However, the Palestinians are all permanently threatened by ethnic cleansing whenever the opportunity presents itself, whereas the Mizrahim in comparison, even the under- privileged among them, are fortunate to be members of the dominant oppressor community.

https://press.un.org/en/2023/sc15424.doc.htm

The United States opposes the advancement of settlements and urges Israel to refrain from those actions, she said, emphasizing it undermines "the geographic viability of a two-State solution, exacerbates tensions and further harms trust between the two parties."

https://press.un.org/en/2022/sc14836.doc.htm

"Israel's settlement expansion continues to fuel violence in the Occupied Palestinian Territory, further entrenching the occupation and undermining the right of Palestinians to self-determination and independent statehood,".

https://winstonchurchill.org/publications/finest-hour/finest-hour-196/churchills-official-visit-to-palestine-1921/

Churchill's official trips as Colonial Secretary to accomplish Lloyd George's directives included a memorable eight-day visit to Palestine in 1921.

## Section Two - Deconstructing Zionist Narratives - Evidence-Based Rebuttals

The primary objective of this section is to provide thoroughly researched and well-sourced counterarguments to common Zionist talking points, many of which are bolstered by media misinformation and deceptive narratives from the IDF. It is crucial to highlight that tyrannical states often find their roots and continued existence in a foundation of falsehoods and deception.

It's imperative to approach the Israel-Palestine discourse with profound understanding and empathy. Many individuals who are Zionists are not necessarily acting from malice but are often misinformed by mainstream media narratives. They genuinely care about human lives and the wellbeing of people on both sides of the conflict. As pro-Palestinian advocates, the most effective way to reach out is by engaging them with compassion, emphasizing the roots of the issue — settler colonialism and the actions of the far-right Israeli government that operate contrary to the values of humanity and morality. Treating these individuals with empathy and respect is crucial. We must remember that they, like all of us, are human beings, with emotions, fears, and hopes.  The true culprits are not the everyday people who may be misinformed. Rather, they are certain powers in the West, including select members of institutions like the US Congress. These individuals invest in the armament industry right before conflicts, capitalizing on the bloodshed for financial gain. As Jews, Muslims, and Christians, we share stories of generational struggles and violence. Our collective history is intertwined with tales of endurance, faith, and hope. It's vital to unite against the true perpetrators, ensuring that our shared legacy is one of peace, understanding, and collaborative growth.

Delving into each rebuttal and its related references bolsters the foundation for crafting compelling counter-points to pro-Zionist narratives, with each rebuttal reinforcing and being reinforced by the others. The authors of this paper foresee a shift in perspective, where Zionism, which the UN once attempted to classify as racism but was thwarted by powerful Zionist influences, will be equated with racism. **This paper does not endorse Hamas or its methods.** Instead, it focuses on the historical and political landscape, acknowledging that the rise of Hamas is a result of complex issues, including settler colonialism and apartheid. The primary aim is to encourage understanding and peace, steering clear of supporting the tactics or ideology of any particular group.

### Do you Condemn Hamas? - Rebuttal:

Despite longstanding efforts for peace, as highlighted by Nelson Mandela (*see Section Three*),  and further detailed in *Section One,* which covers *The Legacy of Non-Violent Resistance in Palestine, Zionist Leaders - A Historical Absence of Peaceful Intentions,* and *Israel - A Manifestation of Settler Colonialism and Apartheid.* These peaceful endeavors were confronted with the ethnic cleansing as well as the mass-imprisonment of Palestinian peacemakers and intellectuals. Although the actions of Hamas are

condemned, it's crucial to understand that such developments didn't emerge in a historical vacuum. The steadfast denial of peace overtures by far-right governments, coupled with the <u>continuous settlement expansion in the West Bank,</u> a region independent of Hamas, has fueled the discord in the region. The sources outlined reveal a recurring theme throughout history: indigenous groups, when resisting colonial oppression peacefully, often encountered violent reprisals.

Consider the situation in Gaza, often referred to as the world's largest open-air prison. The Israeli blockade, deemed illegal by international experts, has severely restricted the flow of essential supplies, including food, water, medicine, and building materials such as wood. This restriction has dramatically exacerbated the already dire conditions. The gravity of the situation was underscored by the UN's warning that Gaza might become uninhabitable by 2020, a situation that highlighted the acute and palpable desperation of its residents, and one that can only have worsened since then. The underlying intent of the blockade seems all the more insidious when reflecting on past statements such as that of Israeli Prime Minister Levi Eshkol in 1967, who implied that restricting water supplies could drive the indigenous Palestinian population out of the region, stating, "Perhaps if we don't give them enough water they won't have a choice, because the orchards will yellow and wither." This insight into Israeli policy-making from before the establishment of Hamas reveals a longstanding approach that, when reviewed in the context of the rest of this paper, suggests a deliberate strategy aimed at the displacement and ethnic cleansing of the Palestinian people. Under such dire circumstances, where peaceful resistance is met with intensified oppression, these populations often find themselves with limited avenues for liberation.

Furthermore, it's been documented that *Israel knowingly played a role in the creation and funding of Hamas* — this point is further examined in *Section Three*. This context is essential when considering the complex dynamics of the region, particularly in assessing claims that Israel has frequently sought peace while Palestine has consistently rejected it, a topic critically evaluated in the following rebuttals. Even in a hypothetical scenario where every Palestinian, whether in Gaza or the West Bank, was united behind Hamas and ready to sacrifice their lives for their cause, Israel, as the occupying power, retains the responsibility to avoid harming unarmed civilians. It must be emphasized that all parties are duty-bound to protect non-combatants - as emphasized by The Geneva Conventions of 1949. Moreover, the international community, through instruments like the United Nations General Assembly Resolution 2625, recognizes the right to self-determination and, under certain conditions, the indigenous population's right to armed struggle against colonial and foreign occupation. It's worth noting that since Israel's inception, it has been in violation of international law, most notably during the Nakba of 1948, actions that directly contravene Article 49 of the Fourth Geneva Convention regarding the prohibition against an Occupying Power deporting or transferring parts of its own civilian population into the territory it occupies. This view is not only held by respected international human rights organizations but is also echoed within Israel itself. Israeli Knesset (Parliament) member MK Odeh was recently expelled from the Knesset for condemning Israel's invasion of Jenin - in the West Bank, a region without Hamas's governance - and asserted the Palestinian right to armed resistance. He stated, 'Every action has a reaction. These are the rules of nature. There's a reaction to the occupation, so there will be resistance. Resisting against occupation is legal. Occupation is illegal. Long live Jenin! Long live the Palestinian people! Long live their resistance! Shame on you! Take me down! But the Palestinian people will continue to fight!' He further criticized the occupation, saying, 'People killed in Jenin. People wounded in Tel Aviv. A killed soldier. All of their blood

is because of your damned occupation. Occupation blinds you. Power blinds you. You are not only acting like occupiers, you are acting like idiots.' This highlights the internal and external criticisms of Israel's actions and policies concerning the occupied territories.

It's crucial to understand that adherence to international law and human rights norms is critical for maintaining geographical stability and preventing human tragedies, as detailed in numerous international legal analyses and human rights reports. The Council on Foreign Relations' report on the global human rights regime supports this view, emphasizing the integral role of these norms in global peace and security efforts. It highlights the catastrophic consequences of normalizing violations of these principles, as seen in tragedies like genocides and widespread violence in regions such as the Congo and Sudan, and underscores the need for all states, including Israel, to commit to these standards.

*References:*

- https://www.ohchr.org/en/press-releases/2023/10/israeloccupied-palestinian-territory-un-experts-deplore-attacks-civilians
- "We also strongly condemn Israel's indiscriminate military attacks against the already exhausted Palestinian people of Gaza, comprising over 2.3 million people, nearly half of whom are children. They have lived under unlawful blockade for 16 years, and already gone through five major brutal wars, which remain unaccounted for" … The experts reminded the international community of its responsibilities to address the root causes of the current conflict, including the 56-year-old occupation and the annexation pursued by Israel. They urged the international community to identify viable paths to prevent further violations of international law, human suffering, and bloodshed.
- https://www.middleeasteye.net/news/nelson-mandela-30-years-palestine
- "Choose peace rather than confrontation. Except in cases where we cannot get, where we cannot proceed, or we cannot move forward. Then if the only alternative is violence, we will use violence." - Nelson Mandela
- human-rights-in-the-opt-tells-third-committee-press-release-excerpts/
- The World Bank described Gaza's economy in free fall, contracting by 6 per cent during the first quarter of 2018. In fact, the United Nations has stated that Gaza may well be unlivable by 2020: safe drinking water has almost disappeared, the economy is cratering and "the state of unlive-ability is upon us", he said, urging the international community to insist that all parties bring an immediate end to this disaster.
- https://mondoweiss.net/2017/11/liberal-contemplating-genocide/
- "Perhaps if we don't give them enough water they won't have a choice, because the orchards will yellow and wither." That is what Israeli Prime Minister Levi Eshkol said in 1967 about Gaza, as revealed in newly declassified documents from the time. Ofer Aderet of Haaretz reported about this today.
- https://ihl-databases.icrc.org/en/ihl-treaties/gciv-1949/article-49
- Individual or mass forcible transfers, as well as deportations of protected persons from occupied territory to the territory of the Occupying Power or to that of any other country, occupied or not, are prohibited, regardless of their motive.
- https://www.un.org/unispal/document/gaza-unliveable-un-special-rapporteur-for-the-situation-of
- Besides this appalling language that dehumanizes the Palestinian people, especially those who have been unlawfully "imprisoned" in Gaza for 16 years, we condemn the withholding of essential supplies such as food, water, electricity and medicines.
- https://news.un.org/en/story/2021/11/1104792
- Israel settlement expansion 'tramples' on human rights law, experts contend.
- https://www.middleeastmonitor.com/20190714-profile-ghassan-kanafani-1936-1972/
- https://www.politifact.com/article/2023/oct/19/explaining-a-deleted-x-post-that-said-israel-is-re/
- https://www.icrc.org/en/doc/war-and-law/treaties-customary-law/geneva-conventions/overview-geneva-conventions.htm
- https://www.dci.plo.ps/en/article/22328/July-14,-2023---Middle-East-Monitor-MK-Odeh-expelle

d-from-Knesset-for-condemning-Israel-invasion-of-Jenin
- https://www.reuters.com/article/us-un-gaza-rights-idUSTRE78C59R20110913/
- https://www.npr.org/2023/10/21/1206104009/sudan-war
- https://www.democracynow.org/2023/11/10/headlines/7_million_people_in_the_democratic_republic_of_the_congo_are_now_displaced
- https://www.cfr.org/report/global-human-rights-regime

**Hamas Tunnels and Human Shields as a Justification for Bombing Hospitals, Schools, Churches, and Civilians- Rebuttal:**

Why would Israel bomb historic churches, hospitals, and schools and then lie about it, only to be discovered by investigations later? Especially if they claim to have proof that there are Hamas bases underneath? Moreover, why would Hamas hide beneath those hospitals, schools, mosques, and churches when Israel has repeatedly bombed them anyway? They are Muslim, so why would they want mosques bombed? And they are humans who need medical care, especially during times of war, so why would they want hospitals to be bombed? Many claims don't add up, *especially considering the well-documented instances of the Israeli government's lies - Section Three.* The legitimacy of Hamas's tunnels and the use of purported human shields by the Israeli government are questioned by <u>Al Jazeera and The New York Times investigations,</u> which found no evidence of such tunnels, particularly under hospitals like Sheikh Hamad bin Khalifa Al Thani and Al-Shifa. Additionally, the Israeli military's claims are disputed due to the use of <u>fabricated 'human shield' videos by Israeli officials,</u> coupled with statements that label nearly all Gazan civilians as hostile, ignoring the area's political diversity. <u>Ironically, there is stronger and more substantial evidence of the IDF using civilians as human shields than there is for Hamas doing so.</u> Numerous <u>videos and reports online corroborate this,</u> highlighting it as a recurring experience for Palestinians. Furthermore, since Hamas was elected in 2006, a whole new generation has emerged, whose voices are not represented.

These points find support in statements made by Israeli military officials in power, who have characterized the conflict as a <u>"struggle between the children of light and the children of darkness, between humanity and the law of the jungle,"</u> as stated by the Israeli Prime Minister Benjamin Netanyahu, and <u>"the children of Gaza brought it upon themselves"</u> according to Israeli Knesset member Meirav Ben-Ari. Furthermore, Israeli Knesset member Ariel Kallner stated, <u>"right now one goal: Nakba, a Nakba that will overshadow the Nakba of '48, Nakba in Gaza and Nakba for anyone who dares to join,"</u> a view shared by GOP representative Brian Mast who stated <u>"there are very few innocent Palestinian citizens."</u> This is especially contradictory when a <u>Washington Institute for Near East Policy (WINEP) survey</u> found that a majority of Gazans (70%) supported a proposal for the PA to send "officials and security officers to Gaza to take over the administration there, with Hamas giving up separate armed units," including 47% who strongly agreed. Nor is this a new perspective; the proposal has enjoyed majority support in Gaza since it was first polled by The Washington Institute in 2014. This also contradicts the IDF's justification for the <u>illegal Gaza blockade,</u> as mentioned in the *'Do You Condemn Hamas?' rebuttal above.*

The irony of Israeli officials <u>admitting to bombing a hospital on social media,</u> followed by the deletion of the post, underscores serious concerns about the protection of civilians and medical facilities in conflict zones under international law. This is exacerbated by <u>Israel's majority control over the Rafah border,</u>

essentially trapping 2.3 million Palestinians in Gaza. The admission by <u>IDF spokesperson Rear Admiral Daniel Hagari, regarding the deployment of 'thousands of tonnes of munitions' in Gaza, aimed at 'maximum damage' rather than specifically targeting Hamas,</u> suggests a strategy of broad destruction, deliberately leading to mass-murder. The international community now questions whether Prime Minister Benjamin Netanyahu will fulfill his promise to 'flatten' Gaza, risking further civilian harm, or choose re-occupation. These events raise critical issues about civilian safety, ethical warfare conduct, and the responsibilities under international humanitarian law.

*References:*

- https://www.youtube.com/watch?v=lhNGimPNygs - This point is further substantiated by statements from Israel, indicating <u>a lack of interest in negotiations for the recovery of hostages.</u> Moreover, this stance is bolstered by first-hand accounts from released hostages. They report <u>fair treatment from Hamas,</u> contrasting sharply with Israel's apparent indifference towards negotiations, hinting at an effort by Israel to shape a particular narrative. Significantly, <u>a considerable number of these hostages (and thier families) have openly criticized the Israeli government for its indiscriminate bombing in Palestinian areas,</u> a strategy they argue led to unnecessary casualties among the Israeli hostages instead of ensuring their safe recovery - good use of primary sources  - VIDEO.

- https://www.youtube.com/watch?v=RoLEWS5sz4M - IDF using human shields - good use of primary sources - VIDEO.

- https://www.cnn.com/2023/10/24/middleeast/israel-hostages-freed-lifshitz-cooper-intl-hnk/index.html

- "They were very generous to us, very kind. They kept us clean," Lifshitz said. "They took care of every detail. There are a lot of women and they know about feminine hygiene and they took care of everything there."

- https://www.timesofisrael.com/liveblog_entry/israeli-families-of-gaza-hostages-accuse-government-of-abandoning-their-loved-ones/

- The spokesman of the families of missing Israelis feared held captive in Gaza slams the government for abandoning the hostages after it says it will not engage in negotiations.

- https://thehill.com/homenews/house/4288268-brian-mast-innocent-palestinian-civilians/

- GOP lawmaker contends 'there are very few innocent Palestinian citizens'

- https://www.independent.co.uk/news/world/middle-east/gaza-protests-latest-idf-condemned-edited-video-angel-of-mercy-medic-razan-al-najjar-a8389611.html

- Israeli army edits video of Palestinian medic its troops shot dead to misleadingly show she was 'human shield for Hamas'

- https://www.nytimes.com/2023/10/24/world/middleeast/gaza-hospital-israel-hamas-video.html

- But a detailed visual analysis by The New York Times concludes that the video clip — taken from an Al Jazeera television camera livestreaming on the night of Oct. 17 — shows something else. The missile seen in the video is most likely not what caused the explosion at the hospital. It actually detonated in the sky roughly two miles away, The Times found, and is an unrelated aspect of the fighting that unfolded over the Israeli-Gaza border that night.

- https://www.un.org/unispal/document/auto-insert-184801/

- Calls upon all States to implement fully and faithfully all the resolutions of the United Nations regarding the exercise of the right to self-determination and independence by peoples under colonial and foreign domination … Reaffirms the legitimacy of the struggle of peoples for independence, territorial integrity, national unity and liberation from colonial domination, apartheid and foreign occupation by all available

means, including armed struggle.
- https://press.un.org/en/2023/sc15473.doc.htm
- Civilians in Gaza Must Not Be Collectively Punished for Atrocities Committed by Hamas, Speakers Tell Security Council, Urging Ceasefire
- https://www.amnesty.org/en/latest/news/2023/10/israel-opt-israel-must-lift-illegal-and-inhumane-blockade-on-gaza-as-power-plant-runs-out-of-fuel/#:~:text=The%20collective%20punishment%20of%20Gaza%E2%80%99s,International%E2%80%99s%20Secretary%20General%20Agn%C3%A8s%20Callamard
- https://www.aljazeera.com/news/2023/10/20/what-have-open-source-videos-revealed-about-the-gaza-hospital-explosion
- https://www.washingtoninstitute.org/policy-analysis/polls-show-majority-gazans-were-against-breaking-ceasefire-hamas-and-hezbollah#:~:text=Overall%2C%2057%25%20of%20Gazans%20express,view%20of%20Fatah%20(64%25).
- https://english.almayadeen.net/news/politics/israelis-obstructed-release-of-12-foreign-captives--abu-obei
- https://www.reuters.com/article/us-un-gaza-rights-idUSTRE78C59R20110913/
- https://www.cbsnews.com/news/un-report-accuses-israeli-forces-of-using-palestinian-children-as-human-shields-abusing-children-in-custody/
- https://www.middleeasteye.net/news/israel-palestine-gaza-egypt-rafah-crossing-who-controls
- https://www.theguardian.com/world/2023/oct/10/right-now-it-is-one-day-at-a-time-life-on-israels-frontline-with-gaza
- https://www.aljazeera.com/news/2023/11/8/investigation-disproves-israel-claim-of-hamas-tunnel-under-gaza-hospital

**The Jewish Community Needs a Safe Place Against Anti-Semitism - Rebuttal:**

Western Jews have historically been the primary recipients of protection and safety, which prompts critical reflection on the dire situations faced by others. Among them are Palestinian refugees expelled by Israel, who make up a substantial segment enduring severe living conditions. This situation calls into question the equity of humanitarian efforts. Likewise, the experiences of discrimination faced by Yemeni, Sephardic, Ethiopian, and Mizrahi Jews further complicate the narrative around who is deemed worthy of sanctuary. This is exemplified by Israel's non-consensual administration of birth control to Ethiopian Jews, a clear example of eugenics. The issue extends to Western Jews with the most access to birthright trips, whose ethnic connections to the land may be questioned, especially when such privileges play a role in the marginalization of indigenous groups. The protection narrative also fails to encompass progressive Jews in Israel who oppose apartheid and colonization, and who face opposition from their own government for their beliefs. In the broader context, Christians and Muslims evicted by Israel face a reality of displacement and deprivation. Their struggles for identity, citizenship, and sustenance highlight the selective nature of the protection offered and underscore the need for a more inclusive approach to address the rights and needs of all displaced and marginalized communities.

In the intricate landscape of the Israeli-Palestinian conflict, the intensifying tensions driven by Israel's ongoing occupation and expansion onto Palestinian lands have stark repercussions for all Jews, especially those advocating for Palestinian human rights. A recent tragic event in the Israeli-Palestinian conflict involved the IDF accidentally killing three Israeli hostages, highlighting issues of misidentification and excessive force. In this incident, the hostages, shirtless and carrying a white cloth on a stick – a symbol of

truce – approached an IDF position. Despite their clear non-combatant signal, an IDF soldier, "feeling threatened," opened fire, instantly murdering two hostages and injuring a third, who then fled back into the building. This incident, along with others like, Incidents such as the fatal shooting near Ra'anana, where an Israeli Defense Forces soldier tragically mistook an arab Jewish man for a Palestinian, and a similar episode in Jerusalem, where heightened tensions led to the murder of another Jewish individual under the same misconception, lay bare the deeply ingrained systemic issues within Israel's political landscape. These events, coupled with a scuffle resulting in the death of a Jewish Israeli citizen at the hands of Israeli soldiers, accentuate a reality of oppression and institutional racism. They starkly contradict the proclaimed values of safety and sanctuary that underpin the state's creation, highlighting a paradox where actions meant to protect often lead to tragic errors and perpetuate the cycle of violence and mistrust. Such incidents not only exacerbate the tensions but also betray a fundamental disconnect between Israel's actions and the ethical principles it claims to uphold, casting a shadow on the narrative of Jewish unity and safety within the state.

Prior to the establishment of Israel in 1948, regions in the East, including Palestine, were often more of a safe haven for Jewish individuals of various backgrounds. However, Israel's formation, ironically intended as a refuge, led to countless conflicts, severely escalating anti-Semitism, and causing significant civilian casualties, particularly in areas with historical Jewish communities - *See Pro-Palestinians and Concerns of Anti-Semitism - Rebuttal.* This situation is exacerbated by Israel's internal and external policies, which have raised safety concerns for all its citizens, especially non-European Jews facing systematic discrimination - *See Given that Arabs are a Part of the Israeli Population, Israel is not Racist - Rebuttal.* Instances where Israeli soldiers have mistakenly killed Jews perceived as Palestinian attackers sharply contrast with Israel's founding ideals and reflect a problematic fusion of Zionism with Jewish identity. This conflation not only disrupts Jewish-Muslim harmony but also contradicts the persecution prevention Israel was meant to uphold. The ongoing expansion and military actions of Israel, including the tragic incident on October seventh where IDF helicopter fire at a music festival led to the deaths of hundreds of Israeli civilians, underline the government's contentious role in regional dynamics. These actions, coupled with *Israel's support of Hamas* detailed in *Section Three* combined with Israeli intelligence, having known about this attack a year in advance, and the frequent dismissal for military warnings under the guise of security measures, have significantly contributed to regional strife and instability. Furthermore, the displacement of millions of Palestinians since 1948, resulting in widespread deprivation and limited options, has intensified regional tensions. Ironically, this situation mirrors the events of the early 1900s, where the increased instability of the Jewish diaspora in the West, exacerbated by the expulsion of Jews by European states and countries, precipitated significant geopolitical upheaval, eventually contributing to the catalyst of World War II. These dynamics which contribute to the rise of anti-Semitism, casts Israel's actions as a betrayal of Jewish ethics. A critical reassessment of Israel's policies since its inception is crucial for the safety of the Israeli and global Jewish communities and for addressing the deep-seated societal issues within Israel.

*References:*

- https://www.jewishvirtuallibrary.org/jewish-refugees-from-arab-countries
- In 1945, roughly 1 million Jews lived peacefully in the various Arab states of the Middle East, many of

them in communities that had existed for thousands of years. After the Arabs rejected the United Nations decision to partition Palestine and create a Jewish state, however, the Jews of the Arab lands became targets of their own governments' anti-Zionist fervor. As Egypt's delegate to the UN in 1947 chillingly told the General Assembly: "The lives of one million Jews in Muslim countries will be jeopardized by partition." The dire reality quickly became the brutal reality.

- https://www.nbcnews.com/news/world/timeline-idf-mistakenly-killed-3-israeli-hostages-gaza-rcna1 30092
- "They were all without shirts, and they have a stick with a white cloth on it," the official said. A threatened IDF soldier opened fire at the group, immediately killing two of the hostages and injuring a third hostage who ran back into the building, the official said.
- https://www.jstor.org/stable/48600046
- https://www.nytimes.com/2019/02/20/world/middleeast/israel-yemenite-children-affair.html
- https://www.aljazeera.com/opinions/2016/2/25/in-israel-racism-is-the-law/
- https://www.timesofisrael.com/man-shot-dead-near-raanana-after-apparently-being-mistaken-for-t errorist/#:~:text=A%20man%20was%20shot%20and,terrorist%2C%20in%20a%20rare
- https://www.seattletimes.com/nation-world/israeli-soldiers-kill-jewish-man-mistaken-for-terrorist/#:~ :text=JERUSALEM%20,reflection%20of%20the%20jittery
- https://blogs.timesofisrael.com/jews-in-arab-lands-before-the-creation-of-israel/
- https://pubmed.ncbi.nlm.nih.gov/19634976/
- https://www.timesofisrael.com/egypt-intelligence-official-says-israel-ignored-repeated-warnings-of-something-big/
- https://www.nytimes.com/2023/11/30/world/middleeast/israel-hamas-attack-intelligence.html
- https://www.aljazeera.com/news/2023/10/19/israel-police-boss-threatens-to-send-anti-war-protest ers-to-gaza-on-buses
- https://www.independent.co.uk/news/world/middle-east/israel-gave-birth-control-to-ethiopian-jews-without-their-consent-8468800.html
- https://www.britannica.com/science/eugenics-genetics

**The Palestinian Government is Just as Bad - Rebuttal:**

Expecting a fully functional, democratic, and "civilized" government in Palestine under current circumstances is an unrealistic expectation. Let's consider the context: Israel's aggressive territorial expansions have left Palestine with minimal land, creating a fragmented and disjointed region. This geographical divide makes governance exceptionally challenging, let alone fostering a cohesive national identity. Additionally, the economic disparities are stark. Israel's GDP dwarfs that of Palestine, putting enormous strains on the Palestinian government to provide even basic services to its citizens. Economic stability is a foundational pillar for any functional state; without it, establishing effective governance becomes an uphill task. Moreover, there have been numerous instances where external Israeli-US interference has sabotaged efforts to establish a robust Palestinian governance structure. This interference is part of a larger pattern in the international response to the Israel-Palestine conflict, exemplified by the UN Security Council's repeated failure to issue statements calling for calm, primarily due to U.S. opposition. This situation not only reflects a significant diplomatic challenge but also results in the United States' diplomatic isolation. It inadvertently provides diplomatic leverage to other global players like China and Russia in similar international scenarios, impacting the broader dynamics of international relations and conflict resolution.

How can one genuinely expect a nascent government to flourish under such conditions? It is essential to view the challenges faced by the Palestinian government within this broader context, recognizing the myriad external pressures that have stymied its evolution. Furthermore, according to the foundational values espoused by the U.S., a government should be democratic to ensure fairness and ethical governance. Israel has recurrently obstructed the Palestinian efforts to conduct democratic elections. Such interference is in line with Israel's objectives of furthering colonization across all of Palestine, as substantiated by primary sources in this document - *See Section One* & *Three.* This not only perpetuates an orientalist portrayal of Palestinians as "Islamist terrorists" but also suppresses the evolving political landscape. Recent polls indicate that had elections been permitted, a democratic socialist party likely would have triumphed, paving the way for a secular and progressive leadership in Palestine, challenging the prevailing narrative.

*References:*

- https://www.middleeasteye.net/opinion/israel-middle-east-democracy-sabotages-how
- The Team Jorge revelations are not the first evidence of Israel's use of technology to help dictators and to sabotage democracy.
- https://www.theguardian.com/world/2023/feb/15/revealed-disinformation-team-jorge-claim-meddling-elections-tal-hanan
- A team of Israeli contractors who claim to have manipulated more than 30 elections around the world using hacking, sabotage and automated disinformation on social media has been exposed in a new investigation. The unit is run by Tal Hanan, a 50-year-old former Israeli special forces operative who now works privately using the pseudonym "Jorge", and appears to have been working under the radar in elections in various countries for more than two decades.
- https://truthout.org/articles/israeli-policies-would-allow-arrests-of-civilians-who-harm-national-morale/
- https://www.haaretz.com/israel-news/security-aviation/2022-11-16/ty-article-static-ext/the-israelis-destabilizing-democracy-and-disrupting-elections-worldwide/00000186-461e-d80f-abff-6e9e08b10000
- https://www.pcpsr.org/

## October 7th Justifies Israel's Retaliation - Rebuttal:

A rebuttal to the notion that "October 7th Justifies Israel's Retaliation" hinges on several key points. Firstly, the principle of proportionality, as established in international law, mandates that any military response must be commensurate with the initial harm incurred. Israel's retaliatory measures, especially as one of the most advanced militaries on the planet, frequently exceed this principle, resulting in severe civilian casualties and widespread property damage. Additionally, such retaliation tends to perpetuate a cycle of violence, escalating the conflict instead of resolving it, and often, these actions have an unjust and severe humanitarian impact on Palestinian civilians, causing loss of life, injuries, and extensive destruction of homes and infrastructure. Moreover, retaliatory actions by Israel frequently undermine efforts towards peace negotiations, effectively setting back the possibility of achieving a long-term, sustainable resolution to the Israeli-Palestinian conflict - *See Israel tried Peace Many Times - Rebuttal.* The human rights aspect of Israel's responses is a significant concern, with various credible human rights organizations

documenting instances of violations of Palestinian rights and the use of excessive force. <u>Experts have raised concerns about genocidal intent towards Palestinians by Israel,</u> with reasons for these apprehensions made clearer in the *Hamas Tunnels and Human Shields as a Justification for Bombing Hospitals, Schools, Churches, and Civilians - Rebuttal.*

The talking-point questioning the justification of Israel's retaliation for the October 7th events, especially the music festival incident, becomes more intricate with the <u>inclusion of the fact that the IDF's actions resulted in the loss of hundreds of Israeli civilians.</u> This ironically presents a scenario where, since October 7th, the actions taken by Israel were statistically more harmful to its own civilians compared to Hamas's direct effect on Gazas civilians. This raises questions about the effectiveness and intentions behind such military strategies. <u>Additionally, the contrasting civilian casualty rates in the operations of Hamas and the Israeli Defense Forces (IDF) present an intriguing aspect of the conflict.</u> Despite Hamas being a less advanced militant group, its operations in Israel have resulted in a lower civilian to combatant casualty rate compared to that of the IDF, one of the most advanced militaries in the world. This discrepancy suggests the possibility of underlying political strategies and raises questions about the military tactics employed by both sides. The disparity in casualty rates, particularly with the IDF's higher civilian casualty rate in Gaza, underscores the complex dynamics of the conflict and challenges conventional military paradigms. This criticism extends beyond the immediate context of the October 7th incident. Considering the broader Israeli-Palestinian conflict, one might question whether the IDF would employ similar tactics if Hamas members were present within Israel, <u>especially given the genocidal intent attributed to Palestinian civilians by experts.</u>

The situation in the West Bank further complicates the narrative surrounding Israel's actions. <u>Hundreds of unjust killings, along with the widespread detention of children and women in areas outside Hamas's governance,</u> suggest a strategy that may be more about <u>territorial expansion than immediate security.</u> These actions, both before and after the October 7th incident, paint a picture of a broader geopolitical agenda, challenging the simplicity of the retaliation narrative. To gain a deeper understanding of the complexities involved, resources like *The Jewish Community Needs a Safe Place Against Anti-Semitism - Rebuttal*, *Pro-Palestinians and Concerns of Anti-Semitism - Rebuttal,* and *Israel has a Right to Exist & Defend Themselves - Rebuttal* are invaluable. These offer nuanced perspectives on the Israeli-Palestinian conflict, emphasizing the importance of distinguishing legitimate policy critique from prejudiced sentiments. Such materials are crucial for a comprehensive grasp of these multifaceted issues.

*References:*

- https://www.cfr.org/article/what-international-law-has-say-about-israel-hamas-war
- Observing these legal guardrails, as Israel has declared it will do, will make the conflict complicated and risky, particularly because Israel's actions will be scrutinized by various observers, including other governments, the United Nations, the International Criminal Court, legal scholars, civil society, and the general public. The large number of civilian casualties in a fiery explosion at a Gaza hospital has underscored how an unconstrained war could take a grim human toll.
- https://www.ohchr.org/en/press-releases/2023/11/gaza-un-experts-call-international-community-prevent-genocide-against
- "Many of us already raised the alarm about the risk of genocide in Gaza," the experts said. "We are deeply

disturbed by the failure of governments to heed our call and to achieve an immediate ceasefire. We are also profoundly concerned about the support of certain governments for Israel's strategy of warfare against the besieged population of Gaza, and the failure of the international system to mobilise to prevent genocide," they said.

- https://www.hrw.org/world-report/2022/country-chapters/israel-and-palestine
- Human Rights Watch documented serious violations of the laws of war and apparent war crimes during the hostilities, including Israeli strikes that killed scores of civilians and destroyed four high-rise Gaza towers full of homes and businesses, with no evident military targets in the vicinity, as well as indiscriminate rocket attacks fired by Hamas and other Palestinian armed groups towards Israeli cities.
- https://www.hrw.org/news/2023/08/28/west-bank-spike-israeli-killings-palestinian-children#:~:text=Last%20year%2C%202022%2C%20was%20the.at%20least%2034%20Palestinian
- Last year, 2022, was the deadliest year for Palestinian children in the West Bank in 15 years, and 2023 is on track to meet or exceed 2022 levels. Israeli forces had killed at least 34 Palestinian children in the West Bank as of August 22. Human Rights Watch investigated four fatal shootings of Palestinian children by Israeli forces between November 2022 and March 2023.
- https://www.amnesty.org/en/latest/news/2022/05/israel-opt-increase-in-unlawful-killings-and-other-crimes-highlights-urgent-need-to-end-israels-apartheid-against-palestinians/
- The violence has been escalating since Israeli Prime Minister Naftali Bennett took office on 21 June 2021, with the months of March and April seeing the highest number of Palestinians and Israelis killed outside of armed hostilities in Israel and the Occupied Palestinian Territories (OPT) in any two months since 2008. Between 21 June 2021 and up until 11 May 2022, Israeli forces killed at least 79 Palestinians, including 14 children in the OPT according to United Nations Office for the Coordination of Humanitarian Affairs (UNOCHA) and Amnesty International's records.
- https://www.businessinsider.com/idf-mistakenly-hit-festival-attendees-while-targeting-hamas?op=1
- https://en.wikipedia.org/wiki/Casualties_of_the_2023_Israel%E2%80%93Hamas_war
- https://www.hrw.org/news/2023/08/28/west-bank-spike-israeli-killings-palestinian-children#:~:text=Last%20year%2C%202022%2C%20was%20the.at%20least%2034%20Palestinian

**Pro-Palestinians and Concerns of Anti-Semitism - Rebuttal:**

It is indeed ironic and a profound misunderstanding to label the pro-Palestinian cause as antisemitic, as this is an issue of politics, not religion. This sentiment fails to recognize the nuanced and complex history of a region and its peoples. Opposing the policies of apartheid, colonization, and involvement in a conflict resulting in the loss of thousands of Palestinian lives—while also affecting pro-Palestinian Jews, Palestinian Jews, and Jews from non-Western countries —is a stance against certain political actions and systems, rather than against a people - *See Section One.* This distinction is crucial and is supported by numerous sources both above and below this statement. The allegation that the pro-Palestinian movement is antisemitic is a massive error, one that has been perpetuated, by Zionist narratives aiming to conflate criticism of state policies with bigotry against a people. The notion that the plea for Palestinian freedom and self-determination equates to antisemitism is unfounded and is dismantled by a wealth of information that highlights how these perspectives are misrepresented.

Those who are genuinely concerned about the safety of Israeli citizens and the Jewish community globally should critically assess the policies of the Israeli government since its formation in 1948. Ironically, the establishment of Israel has severely escalated anti-Semitism, particularly in the East where Jewish communities have existed for centuries. This escalation can be attributed to the dangerous conflation of

Jewish identity with the actions of the oppressive Israeli state. Such misconceptions perpetuated by the Israeli government not only exacerbate anti-Semitism but also fuel Islamophobia, framing the conflict as a religious war between Muslims and Jews, which is both a factually incorrect statement and a dangerous notion. The continued expansion and military activities of Israel have endangered the safety of all its citizens, particularly non-European Jews who experience systematic discrimination - *See Given that Arabs are a Part of the Israeli Population, Israel is not Racist - Rebuttal* and *The Jewish Community Needs a Safe Place Against Anti-Semitism - Rebuttal.* This indicates a complex societal issue within Israel itself. Amid these tensions, the Israeli government's role in regional dynamics becomes more contentious. Notably, during the music festival attack on October seventh, hundreds of Israeli civilians were tragically killed due to reckless IDF helicopter fire aimed at Hamas. This incident, where an IDF combat helicopter mistakenly shot partygoers at the Nova festival, as reported by Haaretz, an Israeli newspaper, highlights the severity of the situation. Furthermore, *Israel's funding and support of Hamas - Section Three*, and the disregard for warnings of military actions, including the Egyptian government's week-prior attack warning before October seventh, coupled with Israeli intelligence's knowledge of the upcoming attack a year ago, suggest deeper political strategies at play. These actions, often justified as responses to security threats, have contributed to the ongoing strife and instability in the region.

Additionally, the use of the slogan "From the river to the sea, Palestine will be free" has been tied to antisemitic sentiment due to the efforts of Zionist organizations. Yet, as articulated by Palestinian intellectuals, peacemakers, and supported by pro-Palestinian Jews, the essence of this phrase is a cry for liberation and justice, not a call for displacement or harm to the Jewish people. The distinction between anti-Zionism and antisemitism must be made clear: to be critical of the political ideology of Zionism and the policies of the Israeli state is not equivalent to harboring prejudice against Jews. In fact, the deep historical connection between Palestinians and Jews, which spans centuries of shared land, culture, and heritage, underlines a mutual respect and love that transcends the current political discourse. Equating Zionism with Jewish identity is problematic and can inadvertently fuel antisemitism globally. This conflation suggests that all Jews are a monolithic group uniformly supporting certain political actions, a gross oversimplification that misrepresents the diversity within the Jewish community. It is particularly troubling when the actions in question include policies such as apartheid or settler colonialism, which stand in opposition to the ethical teachings of Judaism. By understanding the distinction between the political ideology of Zionism and the religion of Judaism, we can better address and reduce prejudice, acknowledging the rich diversity of thought within Jewish communities worldwide.

*References:*

- https://www.jstor.org/stable/48600046
- European racism, essentially inherent in the Zionist movement, is at the heart of the problem. This movement, founded and rooted in the West, came into being primarily to confront the critical conditions of the Jews in Europe and the West, and was devel-oped naturally within a European cultural, political, discriminatory, racist and colonial framework. Its conceptual approach to non-Europeans was and still is 'Orientalist'. Zionism received Western acceptance and support, and put into effect the western Orientalist philosophy of discrimination in rights and opportunities not only against Palestinians in the country of their origin but also against Arab and other Mizrahi Jews, such as Ethiopians, Iranians and Indians, who have immigrated to Israel under the slogan of 'Israel for all Jews'
- https://www.aljazeera.com/news/2023/10/19/israel-police-boss-threatens-to-send-anti-war-protest

- ers-to-gaza-on-buses
- Israel's police chief, Kobi Shabtai, has said there will be "zero tolerance" for protests in support of Gaza in Israel, threatening to send anti-war demonstrators to the besieged Palestinian enclave that Israel has been bombarding daily for nearly two weeks
- https://pubmed.ncbi.nlm.nih.gov/19634976/
- Study 1 showed that mortality salience led to greater levels of anti-Semitism and lowered support for Israel
- https://www.timesofisrael.com/anti-netanyahu-protesters-pm-holding-israel-hostage-bowing-to-ultr a-orthodox/
- https://jewishjournal.com/commentary/opinion/337807/the-real-meaning-of-from-the-river-to-the-se a/
- https://www.msn.com/en-us/news/other/anti-zionism-is-antisemitism-editorial/ar-AA1j7Lup
- https://www.msn.com/en-us/news/world/suella-braverman-rows-with-muslim-leaders-over-anti-isra el-chant/ar-AA1iiXm5
- https://www.timesofisrael.com/egypt-intelligence-official-says-israel-ignored-repeated-warnings-of- something-big/
- https://www.jewishvirtuallibrary.org/jewish-refugees-from-arab-countries
- https://www.nytimes.com/2023/11/30/world/middleeast/israel-hamas-attack-intelligence.html

## Palestinians are Homophobic - Rebuttal:

To address homophobia, committing war crimes and apartheid is not the solution. Notably, despite the challenges of limited education and living under apartheid, several prominent pro-gay movements have emerged in Palestine. One can only imagine the potential advancements in LGBTQ+ rights if Palestinians weren't living under occupation. Moreover, while Israel is often perceived as more progressive —a phenomenon known as pinkwashing— it's crucial to acknowledge that same-sex marriage is not legally recognized in Israel, and attitudes of homophobia persist within its population, particularly among many traditional Orthodox Jews living in Israel. Judaism, especially in its Orthodox form, is in opposition to homosexuality, presenting an inherent contradiction within the framework of a state that is both secular and Jewish. This reality further complicates the often-misconstrued narrative that the conflict is religious rather than political at its core. Additionally, it is perceived that way partly due to Zionist organizations claiming Tel Aviv is the "gay capital of the world."

*References:*

- https://www.washingtonblade.com/2023/10/17/lgbtqia-and-progressive-communities-have-a-pal estine-problem-supporting-israel-is-not-the-answer/
- Unlike those morally bankrupt people who are using the tragedy unfolding in the region for fleeting validation and personal gain on social media, those of us most impacted by what's happening are not playing political football and "gotcha" with the lives of our loved ones. We know and recognize that no one in their right mind would relish this violence. In fact, besides the tragic loss of human life, the other tragedy is that this entire situation was preventable, easily and peacefully preventable. Anyone who has been paying attention to the reality of Israel's brutal military occupation of Palestine — specifically its years-long siege of the Gaza Strip — knows this.
- https://www.nytimes.com/2011/11/23/opinion/pinkwashing-and-israels-use-of-gays-as-a-messagi ng-tool.html
- https://igoogledisrael.com/tel-aviv-officially-the-gay-capital-of-israel/

## Israel tried Peace Many Times - Rebuttal:

Palestinians have never acquired land through peaceful negotiations; instead, land transfers have only occurred amid armed resistance and conflict. Additionally, throughout historical agreements, Israel has consistently failed to uphold its commitments, while the Palestinians have adhered to theirs. Consider the situation: against the tenth most formidable military in the world, the majority of Palestinians and the PLO, who have openly supported a two-state solution and accepted the prospect of governing just 22% of the land, have witnessed continuous Israeli expansion into this territory. This has been done illegally while exerting control over the movements of Palestinians within the West Bank, a region governed by the PLO, not Hamas. This expansionist policy has resulted in numerous tragic incidents, including the murder of hundreds of Palestinian children and the excavation of neighborhoods such as Sheikh Jarrah, leading to further displacement of Palestinians in the west bank. Such actions have contributed to the perception of a lack of genuine intent for peace on the part of Israel, as supported by the sources outlined in *Zionist Leaders - A Historical Absence of Peaceful Intentions - Section One.* Expecting successful peace negotiations under such contentious and violent conditions is an exercise in extreme ignorance of the complex and painful realities on the ground. Especially revealing of Israel's aversion to peace is Netanyahu's own admission that he sabotaged the Oslo Accords, and more recently, Netanyahu's statement that Israel must "maintain security control over all territory west of the Jordan River", despite US talk of "working toward a two-state solution".

- **To fully grasp the complexities and nuances of this situation, it's essential to consider the other rebuttals presented. Each rebuttal adds a layer of understanding and sheds light on different facets of the issue. By examining these counter-points, we can gain a more comprehensive and balanced perspective, which is crucial in understanding the intricate dynamics at play.**

*References:*

- https://www.frontiersin.org/articles/10.3389/fpos.2023.981237/full
- The Israeli "peace camp" uses the two-state solution simply as a way to signal that some solution has to be found, as an alternative to the current unacceptable and unsustainable one-state reality.
- https://theintercept.com/2023/11/28/israel-palestine-history-peace/
- The Palestinians, according to this narrative, prefer holding onto a dream of destroying Israel. This is not quite 180 degrees the opposite of reality, but close. In the actual world outside of high-level American political rhetoric, Israel could have had peace at many times in the past 75 years.
- https://imeu.org/article/netanyahu-putting-an-end-to-the-oslo-accords-the-two-state-solution
- For more than two decades, Benjamin Netanyahu has played a central role in the failure of the US-sponsored Oslo negotiations process and the two-state solution that it's predicated on. As he boasted to a group of Israeli settlers in a candid moment caught on video in 2001 following his first term as prime minister (1996-1999): "I de facto put an end to the Oslo Accords."
- https://www.aljazeera.com/news/liveblog/2024/1/18/israels-war-on-gaza-live-medicine-arrives-for-captives-palestinians?update=2629418
- Netanyahu says that Israel must "maintain security control over all territory west of the Jordan River", despite US talk of "working toward a two-state solution".
- https://www.aljazeera.com/news/liveblog/2024/1/18/israels-war-on-gaza-live-medicine-arrives-for-captives-palestinians?update=2630983

- Netanyahu rejects Palestinian state.
- https://www.britannica.com/topic/two-state-solution
- https://www.cbsnews.com/news/israel-palestinians-sheikh-jarrah-eviction-east-jerusalem-explained/
- https://www.hrw.org/news/2023/08/28/west-bank-spike-israeli-killings-palestinian-children
- https://www.bbc.com/news/world-middle-east-68025945

## Israel Gave Gaza Back in 2005 - Rebuttal:

Former Prime Minister Ariel Sharon's withdrawal from the Gaza Strip was not a gesture toward peace with the Palestinians. Instead, it was driven by the challenge of defending an increasing number of Western Jewish and white settlers amid persistent Palestinian resistance, which notably included Christian women among its suicide bombers who were part of a broader defense of land deemed sacred by all Abrahamic religions. This unrest occurred prior to Hamas's election in 2006. Additionally, the pullout served to perpetuate an Orientalist portrayal of Palestinians as a terrorist collective undeserving of sovereignty, as they continued to resist following the handover of territory. This resistance seemed inevitable, particularly as Israel continued its occupation efforts in the West Bank even while withdrawing from Gaza. Moreover, the propensity for violent resistance among Palestinians can be understood against a backdrop of failed peaceful protests, which were often met with harsh repression, exemplified by the First Intifada preceding Hamas's rise to power. Such conditions naturally fuel the desire for retaliation, especially when the formation of Israel has resulted in countless Palestinian refugees from diverse religious backgrounds—Jews, Muslims, and Christians—many of whom are in severe need and still cling to the keys of their former homes, symbolizing their hope to return. Meanwhile, the controversial Birthright trips allow others to settle in homes that once belonged to these indigenous Palestinians.

*References:*

- https://imeu.org/article/atrocities-bantustans-the-legacy-of-ariel-sharon
- https://palestine.un.org/en/209672-fact-sheet-food-and-nutrition-palestine
- https://www.britannica.com/event/Israels-disengagement-from-Gaza

## 1936 Revolt: The Palestinians' Responsibility Due to Their Initial Rejection of Jewish Settlement - Rebuttal:

The founding of Israel was not only a pivotal historical event but also part of a strategic move to establish a lasting Western presence in the Middle East. Historical records and the writings of early Zionist leaders reveal that this venture entailed plans to displace Arab inhabitants and colonize all of historic Palestine - *See Section One*. Before the Zionist movement took shape, Jews, Muslims, and Christians cohabited peacefully in Palestine. This harmony was disrupted as militant groups, such as the Haganah—which evolved into the present-day Israeli Defense Forces—resorted to violence against Palestinians, including indigenous Jews, to accommodate a surge of Western Jewish immigrants due to rampant anti-semetism in Europe Pre-World War II. Given the influx of Western Jews and the limited space, the partition plan for Palestine was inherently flawed, setting the stage for conflict rather than peace. The origins of Israel, therefore, are entangled with the displacement of native communities, challenging the notion of a peaceful foundation.

*References:*

- https://www.britannica.com/topic/Haganah
- The general membership of the Haganah served on a part-time basis; in 1941, a full-time commando force, the Palmach (Hebrew acronym for Pluggot Machatz, "Shock Companies") was organized. After World War II, when the British refused to open Palestine to unlimited Jewish immigration, the Haganah turned to terrorist activities, bombing bridges, rail lines, and ships used to deport illegal Jewish immigrants.
- https://www.jstor.org/stable/48600046
- Its conceptual approach to non-Europeans was and still is 'Orientalist'. Zionism received Western acceptance and support, and put into effect the western Orientalist philosophy of discrimination in rights and opportunities not only against Palestinians in the country of their origin but also against Arab and other Mizrahi Jews, such as Ethiopians, Iranians and Indians, who have immigrated to Israel under the slogan of 'Israel for all Jews'.

## Arabs Colonized Ancient Israel First - Rebuttal:

There is no archaeological evidence to conclusively verify the biblical narratives of ancient Israel by King David, Solomon, and the First Temple in Jerusalem. While the Bible provides an intricate account, scholars argue that without corroborative archaeological data, these narratives should be approached with caution. Notably, finds like the Tel Dan Stele hint at a Davidic dynasty, but their interpretation remains contentious. The nature of archaeology in this region, particularly on the Temple Mount, is complex due to its religious and political significance, which makes conclusive research challenging. The topic remains a subject of ongoing debate among historians and archaeologists.

Beyond the archaeological debates, amidst the layered complexities of Jewish ethnogenesis, modern narratives raise thought-provoking issues regarding identity and heritage. It is an intricate reality that genetic research has shown many modern Jewish communities to be descendants of diverse ancestral groups that embraced Judaism through the ages—not solely of those ancient Israelites who once lived in historical Palestine. This patchwork of lineages underscores a larger, more contentious conversation about the rights and recognition of different peoples. For instance, it strikes many as incongruous that a European Jew, who might have been raised in America and lacks ethnic ties to the land of Palestine, is eligible for a birthright trip and can claim certain rights in Israel—a privilege not extended to a Palestinian with direct and verifiable ethnic roots to the same land. This discrepancy points to the complexities and often painful contradictions at the heart of modern Middle Eastern narratives, where history, religion, and politics intersect with personal stories of heritage and belonging.

Furthermore The historical existence or non-existence of figures and kingdoms from thousands of years ago is a separate issue from modern political and ethical debates surrounding the Israeli-Palestinian conflict. Regardless of ancient history, arguments over land rights, statehood, and human rights in the 20th and 21st centuries should be evaluated based on contemporary international laws, humanitarian principles, and relevant historical context. It's worth noting that Jewish, Christian, and Muslim communities coexisted in the region for centuries. The modern Israeli-Palestinian conflict, with its origins in the late 19th to early 20th centuries, stems from a combination of political, nationalistic, and religious factors, rather than purely ancient historical claims. The existence of ancient Israel does not justify the creation of an

apartheid state, settler colonialism, or committing war crimes against an indigenous population.

*References:*

- https://armstronginstitute.org/878-did-the-israelites-really-live-in-egypt
- "The Exodus is so fundamental to us and our Jewish sources that it is embarrassing that there is no evidence outside of the Bible to support it,"
- https://geneticliteracyproject.org/2014/05/08/are-modern-jews-descendants-of-converts-from-the-extinct-kingdom-of-khazaria-or-ancient-israel/
- In a detailed review in the Proceedings of the Russian Academy of DNA Genealogy, Anatole A. Klyosov dismissed much of [Elhaik's] analysis as mere acrobatics. … Recently, at least two studies have come to similar conclusions. A scientific team led by M. Metsapalu announced that it has found "no indication of Khazar genetic ancestry among Ashkenazi Jews" (the paper is forthcoming). Meanwhile another team led by M. Costa has argued both that there is strong evidence of the admixture of European women in the ancestry of Ashkenazi Jewish women and that there is no evidence for significant Khazar ancestry. On his website, Elhaik has argued that neither paper disproves his thesis. A third team, led by Doron Behar, has a paper coming out in the journal Human Biology whose title announces "No Evidence from Genome-Wide Data of a Khazar Origin for the Ashkenazi Jews." But Elhaik will, no doubt, maintain his position.
- https://www.jstor.org/stable/2537340?seq=1
- https://www.newyorker.com/magazine/2020/06/29/in-search-of-king-davids-lost-empire
- https://www.theguardian.com/books/2013/apr/18/invention-land-israel-shlomo-sand

**Rome Expelled the Jews Out So They Need to Take Their Land Back - Rebuttal:**

The narrative of Jewish expulsion in 139 BCE by a pre-Christian, polytheistic Rome often suffers from misinterpretation. Drawing parallels between this ancient event and the contemporary struggles of Palestinian people is not only misleading but profoundly mistaken. To use such historical events to justify the modern displacement and suffering of Palestinian refugees—many in dire straits—is to distort history and to propagate a hazardous ideology. The intermingling of ethnicity, religion, and national identity with political agendas has led to catastrophic outcomes, as history grievously teaches us from the events leading to World War II.

While history records the Jewish community's eventual restoration of rights under Roman law, today's Palestinian refugees confront a strikingly different reality as they assert their right to return to ancestral lands. Moreover, the enduring presence of Jews, particularly Sephardic Jews, in Palestine through the ages does not validate the subsequent colonization of the land by predominantly Ashkenazi Jews without ethnic connections to the region. This act of displacing millions, including Palestinian and Sephardic Jews, and the loss of thousands of lives, cannot be reconciled with historical claims or religious entitlements. Also, Given that Jews returned and coexisted in historic Palestine for centuries after the Roman expulsion, one must ask: Why pursue colonization now? History should lead us toward mutual cohabitation, not serve as a pretext for new political agendas. It is essential to emphasize that the Roman expulsion affected tribes of Israelites, not an established state, and therefore cannot be appropriated to legitimize modern-day policies resembling apartheid, nor the colonization of lands inhabited for centuries by Palestinian and Sephardic communities. Such actions deny the diverse and longstanding connections between the land and its historical inhabitants. Acknowledging this complexity is crucial in fostering a just and peaceful resolution

that honors the rights and histories of all people in the region.

*References:*

- https://study.com/academy/lesson/roman-expulsion-of-judaism-factors-background-events.html
- https://www.pbs.org/empires/romans/empire/jews.html#:~:text=Jews%20in%20Rome&text=There%20had%20been%20upsets%3A%20Jews,independent%20existence%20under%20Roman%20law.
- https://www.jstor.org/stable/48600046
- https://geneticliteracyproject.org/2014/05/08/are-modern-jews-descendants-of-converts-from-the-extinct-kingdom-of-khazaria-or-ancient-israel/

**Arafat Walked out of the 2000 Camp David Summit  - Rebuttal:**

Yasser Arafat's decision to walk out of the 2000 Camp David Summit was the culmination of a series of deeply rooted issues and injustices. Arafat's mistrust towards Israeli Prime Minister Ehud Barak was well-founded, as Barak had not only failed to implement key aspects of the Oslo Accords but also expanded Jewish-only settlements in East Jerusalem, exacerbating tensions. The Oslo Accords, a cornerstone of the peace process, aimed to establish a framework for resolving core issues, including the status of Jerusalem, the rights of the deprived Palestinian refugees, and the borders of a future Palestinian state. The failure to progress on these fronts set a precedent of broken promises and unfulfilled commitments, eroding the trust necessary for fruitful negotiations. At Camp David, the Israeli proposals were seen as a further erosion of Palestinian aspirations for a viable state. The offers included a significantly reduced West Bank area, fragmentation of Palestinian territories, and continued Israeli control over strategic areas like the Jordan Valley, undermining the prospects of a contiguous and sovereign Palestinian state. These proposals, coupled with the lack of a formal, detailed Israeli offer and the documented bias of American officials towards Israel, led to a deepening of Palestinian grievances. The subsequent blame placed on Arafat for the summit's failure, despite earlier assurances of impartiality, reinforced a narrative of injustice and unilateral blame, thereby impacting the peace process significantly.

*References:*

- https://imeu.org/article/what-did-in-fact-happen-at-camp-david-in-2000
- https://www.unrwa.org/palestine-refugees\
- https://www.britannica.com/event/Camp-David-Accords

**Israel has a Right to Exist & Defend Themselves - Rebuttal:**

It's important to emphasize that people have a right to exist, not states—a distinction often purposefully conflated by Zionist organizations to justify the actions and existence of Israel. We have established throughout these rebuttals that it's improbable that ancient Israel existed as a state. The tribes of Israelites lived in historic Palestine alongside Palestinians, and have done so for centuries, until Western Jews came and displaced not only Palestinians but also indigenous Christians and Sephardic Jews, who were likely direct descendants of the Israelite tribes. Regarding Israel's right to defend itself, as one of the most brutal occupying powers in the world, the occupier generally does not have a right to defend itself, especially if it

has sustained an expansionist ideology since its inception as a state. It is noteworthy that the Israeli ethnostate is unlikely to deviate from being an expansionist aggressor, especially since Israeli presidents who advocated for peace, such as Yitzhak Rabin, who miraculously ascended to positions of power, were assassinated by Israeli citizens. Living in Israel, as a knowledgeable beneficiary of apartheid and settler colonialism, tends to promote a very specific type of far-right ideology, as has been witnessed repeatedly in the contexts of South African apartheid and French colonialism in Algeria - *See Section Three*.

*References:*

- https://history.state.gov/milestones/1993-2000/oslo#:~:text=Israel%20accepted%20the%20PLO%20as,over%0a%20five%2Dyear%20period.
- In November 1995, Rabin was assassinated by Yigal Amir, an Israeli who opposed the Oslo Accords on religious grounds. Rabin's murder was followed by a string of terrorist attacks by Hamas, which undermined support for the Labor Party in Israel's May 1996 elections. New Prime Minister Binyamin Netanyahu hailed from the Likud Party, which had historically opposed Palestinian statehood and withdrawal from the occupied territories.
- https://www.theguardian.com/world/2020/oct/31/assassination-yitzhak-rabin-never-knew-his-people-shot-him-in-back
- https://www.newyorker.com/magazine/2015/10/26/yitzhak-rabin-assassination-israel-oslo-peace-accords
- https://mondediplo.com/2022/04/11france-algeria
- https://www.cambridge.org/core/journals/journal-of-african-history/article/africanising-apartheid-identity-ideology-and-statebuilding-in-postindependence-africa/DE703EE9874391E7F04898684381BBB9

**A Radical Minority of Jews are not Zionist - Rebuttal:**

Recent demographic shifts are indicating a significant change in attitudes among both Jewish and non-Jewish populations in America, particularly among younger generations, towards a more pro-Palestinian stance. This shift is notable, with an increasing number of American Jews, now estimated at around 30%, expressing anti-Israel views. This emerging trend is significant and signals a departure from the historically dominant pro-Israel sentiment, heavily influenced by systematic Zionist propaganda - *See Israel has Historically Lied About Everything all The Time - Section Three*. These propaganda efforts, aimed at securing and maintaining Western political and strategic interests in the Middle East, have been particularly effective among the older Jewish population, capitalizing on the deep-seated traumas of World War II. Moreover, it's crucial to acknowledge that reliable surveys on this topic primarily concentrate on white European-American Jews. This demographic is not only the most susceptible to Zionist propaganda, but often stands as the primary beneficiary of Israel's policies. This approach neglects the experiences of indigenous Sephardic, Arab, Palestinian, Yemeni, and Mizrahi Jews, who have endured displacement, poverty, and discrimination in Israel, often leading to their residence in destitute refugee camps. Their perspectives are frequently marginalized, a situation exacerbated by their residence in less developed regions and a desire to maintain Israel's international image as a haven for all Jews. Consequently, the predominance of white Jewish opinions, which often align with benefiting from Israel's existence, overshadows a comprehensive understanding of the diverse Jewish views on Israel. For further insight, refer to *The Jewish Community Needs a Safe Place Against Anti-Semitism - Rebuttal* as well as *Exploring*

*the Reasons and Methods Behind the U.S. Government's Consistent Support for Israel - Section Three.*

However, <u>the evolving perspectives among European Jews, especially the younger generation, suggest a growing awareness and critique of Israel's policies and actions.</u> This change is rooted in a broader understanding of the complex dynamics of the Israeli-Palestinian conflict and a deeper empathy towards the Palestinian struggle. It reflects an emerging recognition that support for Israel, as framed by Zionist narratives, does not align with the principles of Judaism, justice, or human rights. Crucially, the criticisms against the actions of the state of Israel should not be conflated with anti-Semitism. Criticizing Israel's occupation, its policies towards Palestinians, and the systemic injustices that have been perpetuated since its inception as a state is a stance against a political entity and its actions, not against a religious or ethnic group. This distinction is vital in fostering a constructive and informed discourse on the conflict - *See Pro-Palestinians and Concerns of Anti-Semitism - Rebuttal.* Furthermore, the pro-Palestinian perspective emphasizes that regardless of the global Jewish community's views on Israel, these do not justify or legitimize the ongoing brutal occupation, the violation of Palestinian rights, and the continued expansion of settlements. The focus should be on advocating for the rights, dignity, and self-determination of the indigenous people of Palestine, which have been consistently undermined. As this paper further elaborates, embracing a pro-Palestinian stance is about recognizing and advocating for the fundamental rights and humanity of the Palestinian people. It involves challenging narratives that have historically marginalized their voices and striving towards a future where justice and peace prevail for all involved in this longstanding conflict.

*References:*

- https://www.jstor.org/stable/48600046
- Its conceptual approach to non-Europeans was and still is 'Orientalist'. Zionism received Western acceptance and support, and put into effect the western Orientalist philosophy of discrimination in rights and opportunities not only against Palestinians in the country of their origin but also against Arab and other Mizrahi Jews, such as Ethiopians, Iranians and Indians, who have immigrated to Israel under the slogan of 'Israel for all Jews'.
- https://www.deseret.com/2023/11/8/23942938/gen-z-millennial-support-for-israel
- The poll found that a slight majority of 18- to 24-year-old respondents (51%) said they believed killings of Israeli citizens by Hamas, a U.S State Department designated terrorist group, could be justified by the grievance of Palestinians - Although phrased with a bias, this conveys the essential concept.
- https://www.independent.co.uk/news/world/middle-east/israel-gave-birth-control-to-ethiopian-jews-without-their-consent-8468800.html
- Israel has admitted for the first time that it has been giving Ethiopian Jewish immigrants birth-control injections, often without their knowledge or consent.
- https://www.nytimes.com/2019/02/20/world/middleeast/israel-yemenite-children-affair.html
- https://www.pewresearch.org/short-reads/2021/05/21/u-s-jews-have-widely-differing-views-on-israel/

## Given that Arabs are a Part of the Israeli Population, Israel is not Racist - Rebuttal

The presence of Arab citizens - as well as Arab jews - in Israel does not nullify the systemic and societal racism they face, a reality reflected in various sectors including policies, personal attitudes, media

portrayal, education, immigration rights, housing, and social life. Discrimination against Israeli Arabs is evident in several policy areas. For instance, the Admissions Committees Law, which allows over 400 small communities in Israel to screen potential residents, has been enabling discrimination, particularly against Arabs, by rejecting them on the grounds of "social suitability." Additionally, the Nation-State Law, passed in 2018, which declares Israel as the nation-state of the Jewish people, has, among Arab citizens about further marginalization, as it does not mention equality or minority rights. In housing, Israeli Arabs often face challenges due to policies that favor Ashkenazi-Jewish citizens. For example, the government's approach to land allocation and housing development has favored Ashkenazi-Jewish communities, particularly in the allocation of land and resources for new housing projects. This is coupled with reports of discriminatory practices in both public and private housing sectors, where Arab citizens face obstacles in renting or buying properties in certain Jewish-majority areas. Moreover, the Or Commission, set up to investigate the October 2000 unrest in Israeli Arab communities, found significant governmental neglect and discrimination against Arabs in Israel. It highlighted the failure to allocate state resources equitably and take sufficient measures to ensure equality for Arab citizens. This included disparities in education, infrastructure, social services, and law enforcement, contributing to a systemic disadvantage for Arab communities. The Israeli court system has also faced scrutiny regarding its handling of cases involving Arabs and Jews, particularly in matters of housing and settlements. Experts argue that there is a bias in how courts adjudicate land disputes, often favoring Jewish settlers or state positions over Palestinian claims, particularly in the context of the West Bank. *Additionally, the role of media, both Western and Israeli, has been critical in shaping perceptions of the Israeli-Palestinian conflict - Section Three.*

Societal attitudes reflect a rising trend of hostility against Arabs in Israel. Reports indicate a significant portion of Israeli Jews oppose sharing living spaces with Arabs, prefer not to have Arab superiors at work, and view marrying an Arab as "national treason." Notably, many Israeli Jews believe Arab citizens should not have equal rights, including voting rights. Educational inequality further exemplifies this discrimination. A study by the Hebrew University School of Education revealed that the Israeli Education Ministry's budget for assisting students from low socioeconomic backgrounds severely discriminated against Arabs, with Jewish students receiving significantly more funding than their equally needy Arab counterparts. This disparity in government spending on Arab and Jewish students and the higher dropout rate among Arab citizens of Israel further cements the point that the mere presence of Arabs in the Israeli population is not a valid counter to claims of systemic racism in Israel. It's important to recognize that the scarcity of Jewish presence in the Palestinian territories, especially in Gaza, can be attributed to the extremely dire conditions prevalent there. Reports by the United Nations highlight the severe living conditions in these areas. Gaza, in particular, is not an appealing destination due to its hardships. These conditions are further exacerbated by the blockade imposed by Israel, which restricts the movement of goods and people, severely impacting the quality of life. This blockade prevents essential supplies and humanitarian aid from entering, and restricts residents from leaving for better opportunities or essential services. Therefore, the demographic distribution in these regions is not merely a consequence of personal choices but is heavily influenced by the harsh living conditions and political constraints imposed by the blockade. This interpretation is further supported by historical data, as outlined in *Section One* of our report, which compares the number of Jews living in Palestine before and after the establishment of Israel. The data reveals a significant change, underscoring the impact of Israel's establishment and subsequent

policies on the demographic shifts in these territories.

*References:*

- https://www.youtube.com/watch?v=5JzGzyaUnz0 - Good start & good use of primary sources - this is about a political ideology NOT religion - VIDEO.
- https://www.hrw.org/news/2011/03/30/israel-new-laws-marginalize-palestinian-arab-citizens
- Two new Israeli laws affecting Israel's Palestinian Arab residents would promote discrimination and stifle free expression, Human Rights Watch said today. One would authorize rural, Jewish-majority communities to reject Palestinian Arab citizens of Israel and other "unsuitable" applicants for residency, and the other would chill expression regarding a key moment in the history of Palestinian citizens, Human Rights Watch said.
- https://www.ohchr.org/en/press-releases/2022/04/israels-housing-policies-occupied-palestinian-territory-amount-racial
- Israel's housing policies in East Jerusalem amount to racial segregation and discrimination against the Palestinian people, and a violation of their human rights, UN experts* said today.
- https://www.hrw.org/report/2001/09/30/second-class/discrimination-against-palestinian-arab-children-israels-schools
- The Israeli government operates two separate school systems, one for Jewish children and one for Palestinian Arab children. Discrimination against Palestinian Arab children colors every aspect of the two systems. Education Ministry authorities have acknowledged that the ministry spends less per student in the Arab system than in the Jewish school system. The majority's schools also receive additional state and state-sponsored private funding for school construction and special programs through other government agencies. The gap is enormous–on every criterion measured by Israeli authorities.
- https://www.aljazeera.com/news/2018/7/19/five-ways-israeli-law-discriminates-against-palestinians
- There are currently more than 65 Israeli laws that discriminate against Palestinian citizens in Israel and Palestinian residents of the Occupied Palestinian Territories, according to Adalah, The Legal Center for Arab Minority Rights in Israel.
- https://forward.com/news/8054/or-commission-calls-for-real-equality/
- The Israeli judicial commission charged with investigating the death of 12 Israeli Arabs during riots in 2000 has released a final report slamming police and the government and calling for steps to establish "real equality" between Jewish and Arab citizens.
- https://www.palestine-studies.org/en/node/1650474
- https://www.cfr.org/backgrounder/what-know-about-arab-citizens-israel\
- https://www.timesofisrael.com/poll-shows-large-swaths-of-israeli-youth-hate-arabs-back-revoking-citizenship/
- https://www.jpost.com/Israel-News/Achievement-gap-between-Jewish-Arab-students-narrows-study-reveals-617107
- https://www.jewishvirtuallibrary.org/jewish-refugees-from-arab-countries

**There is no ethnic cleansing taking place because there is an increase in Palestinian population overtime - Rebuttal:**

Ethnic cleansing is not characterized by population reduction but rather by systematic measures aimed at undermining the presence and rights of Palestinians. Despite an increase in the Palestinian population, the essence of ethnic cleansing is observed in the <u>forced displacement,</u> <u>demolition of homes,</u> and <u>legal and</u>

institutional discrimination - *See Given that Arabs are a Part of the Israeli Population, Israel is not Racist - Rebuttal.* The Israeli government's policies, including severe restrictions on Palestinian movement, discriminatory laws regarding land ownership and citizenship, and the frequent violence and intimidation from Israeli settlers and security forces, collectively contribute to creating untenable living conditions for Palestinians. These actions, often executed with impunity, are not only indicative of a coercive environment but are also condemned as human rights violations by international organizations like Amnesty International and the United Nations. Thus, ethnic cleansing in this context is understood as the erosion of the Palestinian demographic and cultural presence in their historic homeland, facilitated by a range of oppressive and discriminatory practices, rather than a straightforward reduction in their population numbers.

*References:*

- https://www.ohchr.org/en/press-releases/2023/04/israel-un-experts-urge-international-community-end-forced-displacement-and
- https://www.hrw.org/news/2011/03/30/israel-new-laws-marginalize-palestinian-arab-citizens
- https://www.ohchr.org/en/press-releases/2022/04/israels-housing-policies-occupied-palestinian-territory-amount-racial

**Hamas's Allegations of Beheading Babies and Raping Civilians as Justifications for Dehumanizing Palestinians - Rebuttal:**

Contrary to the claims made by the Israeli government regarding beheaded babies, the evidence from these sources tell a different story. Given Israel's documented history of misinformation and untruths in the media, it is crucial to critically examine and approach the government's statements with a healthy degree of skepticism - *See Section Three.* Although there are various unaffiliated eyewitness reports that suggest the possibility of Hamas committing acts of sexual violence against Israeli civilians, ironically, the Israeli Defense Forces (IDF) are more frequently implicated. These allegations against the IDF, often backed by substantial and stronger evidence, include serious incidents such as the sexual assault of Palestinian civilians and the murder of infants. This is compounded by the alarming fact that it is not uncommon for the Israeli government to mass imprison Palestinian children during evictions from their homes, with numerous reports of abuse and sexual assault against these children in prisons. This troubling trend, as detailed by a former U.S. state official who revealed the IDF's practice of removing records of certain incidents, underscores the severity of the situation and the urgent need for thorough investigation and accountability. Considering the potential erasure of many cases from the record by the Israeli government, the true extent of these incidents remains largely concealed.

While the specific incidents involving Palestine and Israel highlight a critical and distressing aspect of conflict, they also bring to light a broader, more pervasive issue that transcends geographical and cultural boundaries. This issue is the use of sexual violence as a tool in conflicts to assert dominance and control. Sexual violence enforces a patriarchal dynamic in conflicts between groups: when men attack the women of their enemies, they assert dominance and conquer, degrading the opposing group as they reduce its women to objects under their control. These acts of sexual assault, therefore, become a manifestation of collective vengeance for previous slights. Discussing such abuse without a nuanced understanding of these

underlying social frameworks, and without carefully disassembling these notions, might inadvertently perpetuate them. Those who adhere to patriarchal ideologies may interpret sexual violence inflicted upon the women of their group as a collective degradation, which amplifies their own feelings of fear and humiliation and fuels a desire for retaliation, further entrenching them in patriarchal thinking.

*References:*

- https://www.youtube.com/watch?v=CfD0ReGmgic - Good use of primary sources - VIDEO.
- https://www.cnn.com/2023/10/12/middleeast/israel-hamas-beheading-claims-intl/index.html
- https://abcnews.go.com/International/horror-israeli-authorities-show-footage-hamas-atrocities-reporters-notebook/story?id=104015431
- TEL AVIV, Israel -- "You won't see rape, there's no rape in this video... We won't show you beheaded babies," a senior Israeli officer said to a small group of journalists, saying such images existed but would not be shown.
- https://www.usatoday.com/story/news/factcheck/2023/10/31/post-falsely-claims-newspaper-reported-no-babies-beheaded-hamas-israel-fact-check/71394076007/
- It goes on to state one of the supposed conclusions from the investigation: "No beheaded babies."
- https://www.cnn.com/2023/10/24/middleeast/israel-hostages-freed-lifshitz-cooper-intl-hnk/index.html
- "They were very generous to us, very kind. They kept us clean," Lifshitz said. "They took care of every detail. There are a lot of women and they know about feminine hygiene and they took care of everything there."
- https://time.com/6548068/palestinian-children-israeli-prison-arrested/
- An estimated 10,000 Palestinian children have been held in military detention over the past 20 years, with Save the Children noting that they are "the only children in the world who are systematically persecuted in military courts.
- https://www.bbc.com/news/world-middle-east-67581915
- One female prisoner has said she was threatened with rape, and that guards twice tear-gassed inmates inside the cells
- https://news.un.org/en/story/2023/07/1138632
- UN rights experts denounce forced evictions of Palestinian families
- https://www.democracynow.org/2023/12/1/headlines/freed_palestinian_prisoners_say_they_faced_torture_and_rape_in_israeli_jails
- https://www.latimes.com/world-nation/story/2022-11-10/palestinian-seeks-early-release-case-shook-jerusalem
- https://www.nytimes.com/2023/12/28/world/middleeast/oct-7-attacks-hamas-israel-sexual-violence.html
- https://www.haaretz.com/israel-news/2023-11-22/ty-article-magazine/.premium/sexual-assault-evidence-against-hamas-is-mounting-but-the-road-to-court-is-still-long/0000018b-f6bb-dafe-a18f-f7fb0a570000
- https://www.haaretz.com/israel-news/2023-12-17/ty-article/.premium/the-ethics-of-covering-hamas-dehumanizing-sexual-violence-against-israeli-women/0000018c-5e45-d798-adac-feef6cb80000 (opinion piece by Orit Kamir, quoted below)

**Israel Graciously Gave Food, Water, and Electricity to Palestinians - Rebuttal:**

In discussing Gaza's situation under Israeli occupation, it's important to recognize that Israel's provision of

basic necessities like electricity, water, and food to Palestinians is not an act of benevolence <u>but a duty under international humanitarian law, given its role as the occupying power.</u> Historically, <u>Gazans have endured harsh conditions, including a scarcity of potable water, with over 96% being undrinkable.</u> These hardships echo sentiments expressed by Israeli leaders, even before the establishment of Hamas, suggesting strategies to compel Palestinian emigration. <u>Quotes from leaders</u> like Levi Eshkol, who proposed limiting water to make orchards wither, and Theodor Herzl, who envisioned discreetly moving the poor population out, illustrate this mindset. Moshe Dayan also supported such strategies, seeing foreign employment as a way to encourage Palestinian migration. This historical context provides a deeper understanding of the ongoing humanitarian issues in Gaza. Furthermore, Israel's actions, often portrayed as 'benevolent,' have prompted investigations by international bodies like the International Committee of the Red Cross (ICRC) and the United Nations, revealing a critical humanitarian crisis in Gaza. <u>The ICRC has alarmingly indicated that Gaza is on the verge of 'systemic collapse,'</u> Such a state, they emphasize, subjects the entire civilian population of Gaza to collective punishment, violating international humanitarian law. <u>The deteriorating situation in Gaza, increasingly unsustainable, is aggravated not just by insufficient humanitarian aid but also by Israeli measures, including the blockade and additional restrictions.</u> These actions have contributed to widespread malnutrition and concerns about micronutrient deficiencies. <u>The United Nations had even predicted that Gaza could become 'uninhabitable' by 2020, largely due to these constricting Israeli policies.</u> These observations highlight the profound impact of Israeli actions on Gaza's humanitarian and economic conditions, challenging the view that Israel's policies are solely security-driven and hinting at deeper political agendas that critically impact the Palestinian civilians.

*References:*

- https://www.unicef.org/sop/stories/175000-additional-parents-and-children-are-getting-access-safe-drinking-water-gaza-strip#:~:text=%D8%A7%D9%84%D8%B9%D8%B1%D8%A8%D9%8A%D8%A9%2005%20June%202023%20Access,cannot%20be%20used%20for%20drinking
- Access to safe drinking water is a basic human right. However, over the last decades, there has been a critical shortage of potable water in the Gaza Strip. Ninety-six percent of the water taken from the coastal aquifer is deemed unfit for human use and cannot be used for drinking. Most families have to buy drinking water from the street vendors, at a high cost, imposing a strain on most households and putting women and children in particular at risk.
- https://www.amnesty.org/en/latest/news/2023/10/israel-opt-israel-must-lift-illegal-and-inhumane-blockade-on-gaza-as-power-plant-runs-out-of-fuel/#:~:text=The%20collective%20punishment%20of%20Gaza%E2%80%99s,International%E2%80%99s%20Secretary%20General%20Agn%C3%A8s%20Callamard
- The collective punishment of Gaza's civilian population amounts to a war crime – it is cruel and inhumane. As the occupying power, Israel has a clear obligation under international law to ensure the basic needs of Gaza's civilian population are met," said Amnesty International's Secretary General Agnès Callamard.
- https://news.un.org/en/story/2015/09/507762
- A new report published by the United Nations Conference on Trade and Development on assistance to the Palestinian people warns that the Gaza Strip could become "uninhabitable" by 2020 if current economic trends persist.
- https://mondoweiss.net/2017/11/liberal-contemplating-genocide/
- https://www.hrw.org/news/2023/10/27/how-does-international-humanitarian-law-apply-israel-and-gaza#:~:text=Regardless%20of%20how%20many%20claims,including%20food%20and%20medical%20care

- https://electronicintifada.net/blogs/ali-abunimah/gaza-brink-systemic-collapse-icrc-warns#:~:text=Gaza%20
  is%20on%20the%20brink,org%E3%80%91%20on%20Tuesday
- https://news.un.org/en/story/2023/11/1143712#:~:text=%E2%80%9CCasualties%20continue%20to%20mou
  nt%2C%20with,Humanitarian%20Affairs%20chief%2C%20Martin%20Griffiths
- https://www.reuters.com/article/us-un-gaza-rights-idUSTRE78C59R20110913/

**It's the Same on Both Sides - Rebuttal:**

The Israeli-Palestinian conflict, deeply rooted in historical grievances and marked by stark power imbalances, has seen numerous instances of Palestinian homes being demolished or seized, contributing to a continuous cycle of displacement and oppression - *See Section One*. This systemic uprooting of Palestinian families from their ancestral lands, particularly in East Jerusalem and the West Bank, is not just a violation of their rights but a brutal manifestation of an ongoing colonial project. The Israeli Committee Against House Demolitions reports over 131,000 Palestinian homes demolished since 1947, and 926 in 2022 alone, this widespread destruction, which blatantly disregards international laws and human rights standards, has resulted in a particularly harrowing plight for Palestinian children embroiled in the conflict. The Office of the United Nations High Commissioner for Human Rights reports at least 17 Palestinian children killed and 151 injured in recent conflicts, and Human Rights Watch names 2022 the deadliest year for them in the West Bank in 15 years. These incidents are not isolated but form part of a broader pattern of violence that disproportionately affects the most vulnerable segments of the Palestinian population. The Gaza March of Return, a series of protests that began in 2018, is a poignant example of Palestinians' peaceful efforts to resist starvation in conditions likened to an open-air prison in the Gaza Strip. UNRWA and the National Center for Biotechnology Information highlight the severe casualties resulting from the Israeli military's response to these largely non-violent protests, underscoring the severe asymmetry in the conflict - *See Section One* and *A Few of the Unjust Massacres Palestinians Endured - Section Three.*

In such a context, the emergence of groups like Hamas is deeply intertwined with the prolonged struggle and grievances of the Palestinian people. Designated as a terrorist organization by the United States and the European Union, Hamas' rise and support in Gaza is a direct consequence of the enduring occupation and the failure to achieve political and civil rights through peaceful means - *See A Few of the Unjust Massacres Palestinians Endured Before Hamas - Section Three.* This situation underscores the frustration and desperation of a population that has faced severe restrictions and hardships under a protracted occupation. The criteria used for labeling an organization as terrorist involves engaging in acts intended to cause harm to civilians to intimidate a population or compel a government's actions. By these standards, the actions conducted by the Israeli state since its inception, particularly those resulting in civilian casualties and displacement, could also be classified as terrorism. This contention arises from perceived double standards in how the international community responds to state versus non-state violence. The application of the term "terrorism" is complex and often influenced by geopolitical interests. Moreover, The historical asymmetry in the Israeli-Palestinian conflict is evident in the extremely disproportionate number of unjust casualties among Palestinians compared to Israelis, reflecting a historical cheapening of Palestinian lives. This disparity is crucial to acknowledge in the pursuit of equitable and sustainable solutions to the conflict, ensuring that the rights and needs of all affected communities are addressed.

*References:*

- https://www.ohchr.org/en/press-releases/2022/08/bachelet-alarmed-number-palestinian-children-killed-latest-escalation-urges
- 19 Palestinian children have been killed in the occupied Palestinian territory, taking the death toll since the start of the year to 37. Seventeen children were killed during the Gaza hostilities from 5-7 August, and two more were killed on 9 August in Israeli law enforcement operations in the West Bank.
- https://www.aljazeera.com/news/2023/2/14/israeli-home-demolitions-a-war-on-nerves-for-palestinians#:~:text=On%20January%2011%2C%20the%20Palestinian,cleansing%20committed%20by%20the
- The home demolitions in Jerusalem and in 'Area C' of the occupied West Bank are among the "worst forms of ethnic cleansing committed by the Israeli government".
- https://www.hrw.org/news/2023/08/28/west-bank-spike-israeli-killings-palestinian-children#:~:text=Last%20year%2C%202022%2C%20was%20the,at%20least%2034%20Palestinian
- Last year, 2022, was the deadliest year for Palestinian children in the West Bank in 15 years, and 2023 is on track to meet or exceed 2022 levels. Israeli forces had killed at least 34 Palestinian children\
- https://reliefweb.int/report/occupied-palestinian-territory/2022-becomes-deadliest-year-palestinian-children-west-bank-over-15-years
- The number of children killed by Israeli security forces and settlers in the occupied West Bank has doubled this year to 34 following the shooting of two teenage boys in consecutive days, Save the Children said today.
- https://www.aljazeera.com/news/2023/10/29/more-childrens-deaths-in-gaza-in-3-weeks-than-annual-total-since-2019-ngo#:~:text=According%20to%20reports%20from%20the,in%202020%20across%2022
- https://icahd.org/

## We Need a Two State Solution - Rebuttal:

The envisioned two-state solution navigates through the thorny historical underpinnings of Zionism, which, since its inception, has harbored expansionist ambitions. These ambitions are not merely relics of the past but continue to resonate in the political dynamics of the region. Historical accounts affirm that, before the establishment of Israel, Palestine thrived as a cultural mosaic, where Jews, Muslims, and Christians coexisted with a communal spirit. The establishment of a Jewish state disrupted this centuries-old harmony. The creation of Israel as a Jewish ethnostate on land held sacred by multiple faiths inherently invites conflict. A unilateral claim over such a historically and spiritually intertwined territory breeds discord and undermines prospects for peace. The push for an ethnostate, especially when mirrored against the backdrop of nonexistent archaeological evidence for an ancient Israelite state, further complicates the historical narrative used to justify modern territorial claims. History offers a stark lesson on ethno-nationalist states, with the most extreme manifestation in Nazi Germany. The separation of ethnicities, as seen in Israel's societal divide, often cultivates a sense of superiority and prejudice, which studies suggest is prevalent among Israeli citizens against Arabs. Such biases, if institutionalized, can set the stage for autocratic regimes.

To forge a path towards enduring peace, it is imperative to move beyond the ethnostate paradigm, which has invariably led to turmoil and oppression. A viable solution would respect the rich ethnic and religious

fabric of Palestine, ensuring equal rights and recognition for all its people. This encompasses the challenge of accommodating the modern wave of Jewish immigrants, predominantly from European descent, who have established themselves in territories from which Palestinians — distinguished by their historic and ethnic ties to the land — have been uprooted and <u>are currently facing severe hardships.</u> The contrast between the newcomers' lack of ancestral connection and the indigenous Palestinians' deep-rooted heritage underscores the need for a peace process that rectifies past injustices and paves the way for shared stewardship of a land that is equally sacred to all. It is equally important to emphasize that not all Israelis hold racist views; in fact, a substantial number do not. Unfortunately, those of them who advocate for pro-Palestinian stances often find themselves suppressed by the Israeli government. This highlights a complex social landscape where divergent opinions on the Israeli-Palestinian conflict exist within Israel itself, and where the voices for peace and coexistence can struggle to be heard amid more dominant powers.

- **If you delve into the remaining rebuttals, it becomes increasingly evident why a two-state solution has not been effective and is unlikely to succeed in the future.**

*References:*

- https://www.youtube.com/watch?v=5JzGzyaUnz0 - Good start & good use of primary sources - this is about a political ideology NOT religion - VIDEO.
- https://www.timesofisrael.com/poll-shows-large-swaths-of-israeli-youth-hate-arabs-back-revoking-citizenship/
- https://www.haaretz.com/israel-news/2021-02-19/ty-article/.premium/israeli-religious-teens-would-rescind-arab-vote-poll/0000017f-e133-d38f-a57f-e773b88c0000
- https://www.vox.com/world-politics/2023/2/23/23609584/israel-right-wing-young-voters-palestine
- https://www.aljazeera.com/news/2023/10/19/israel-police-boss-threatens-to-send-anti-war-protesters-to-gaza-on-buses
- https://www.timesofisrael.com/anti-netanyahu-protesters-pm-holding-israel-hostage-bowing-to-ultra-orthodox/

## Why should I care? - Rebuttal:

The Israeli-Palestinian conflict elicits profound emotions, particularly among those who have firsthand experience or a deep understanding of systematic oppression. This conflict stirs a potent sense of humanity and a compelling moral obligation to champion the cause of the oppressed. It's a vivid reminder of the bystanders during Nazi Germany's wartime atrocities, underscoring the importance of not remaining silent in the face of injustice. This tale, playing out in a land sacred to all Abrahamic faiths, is emblematic of the struggle between mass propaganda and the unvarnished truth, between the oppressed and their oppressors, the colonized and the colonizers. It's essential to recognize that adherence to international law and human rights norms is not merely a diplomatic formality but a critical framework for maintaining geographical stability and averting human tragedies. Ignoring these principles can lead to dire consequences, as evidenced by genocides and widespread violence in regions like the <u>Congo</u> and <u>Sudan.</u> This understanding underscores the need for all states, including Israel, to uphold these norms, as their violation can destabilize entire regions and result in catastrophic human suffering. <u>This perspective is supported by a multitude of international legal analyses and human rights reports, reinforcing the global importance of</u>

adhering to these standards.

The call to support the pro-Palestinian cause goes beyond mere advocacy; **it's a moral imperative, especially poignant in Western societies.** For western citizens, it's a matter of national responsibility — to hold the government accountable for its actions and to strive for a more just and ethical society. The diverse tapestry of races, cultures, and backgrounds in the U.S. has the potential to transform the nation not only into a global powerhouse but also into a beacon of moral leadership. Supporting the pro-Palestinian cause is not just an act of global solidarity; it fundamentally benefits western citizens too. Embracing the adage "no one is free until we are all free," this movement underscores how interconnected our struggles truly are. Interestingly, while the U.S. annually sends billions of dollars to Israel, including for free healthcare, American citizens grapple with their own healthcare crisis. This financial and political support often benefits a few at the top of the U.S. hierarchical structure, rather than the general populace - *See Section Three.* Therefore, advocating for pro-Palestinian rights is simultaneously a fight for the rights and welfare of  western citizens. It's a call to redirect focus and resources towards addressing critical domestic issues, creating a fairer and more just society at home. In essence, this advocacy is a stride towards freeing all from the shackles of inequality and injustice.

This movement is about forging a solidarity that transcends borders and societal divisions. It's about building a community bound by empathy, understanding, and a shared commitment  to make the world a more equitable and humane place. It's a stance against the misuse of our tax dollars for acts of violence and a collective voice of solidarity with all humanity, opposing the dehumanization of any group, regardless of their identity. While acknowledging the flaws of Eastern countries, this is a clarion call for Western citizens to confront and address the shortcomings in their own governance systems, fostering a global community driven **not only by financial gain but rather by ethical principles, love, and a shared humanity.** This extends to those at the very top of the U.S. hierarchy, who should now consider the implications of supporting Israel. The costs are not only financial but also moral, as this support is increasingly seen as severely harming the integrity and stability of Western society, corroding its values, and compromising its economic integrity like no other issue. This re-evaluation is crucial for aligning actions with professed values and for the betterment of global society.

The question posed is whether one possesses the resolve to confront injustice as it manifests in the contemporary world. Historically, opposing deeply entrenched social wrongs such as slavery required challenging not only the prevailing norms of neighbors and communities but also the very foundations of constitutions and laws. In a similar vein, resisting the Jim Crow laws and the mistreatment of Jewish populations in Western countries during the 1900s entailed confronting widespread societal and institutional biases. The experiences of figures like Nelson Mandela, who was designated a terrorist by the U.S. until 2008, and Malcolm X, who was assassinated, illustrate the profound risks associated with advocating for justice. These historical parallels are detailed in *History Repeating Itself: Prominent Figures Who Support Palestine but Are Still Not Heard - Section Three.* In light of these examples, the question arises: **Do you have the moral strength to stand in support of Palestine in the current era?**

*References:*

- https://www.realestatewitch.com/rent-to-income-ratio-2022/

- U.S. Rent Prices Are Rising 4x Faster Than Income (2022 Data).
- https://www.usnews.com/news/best-countries/articles/2023-10-10/how-much-aid-does-the-u-s-give-to-israel
- The United States has given Israel more aid than any other nation since World War II, granting it more than $260 billion.
- https://www.democracynow.org/2023/11/10/headlines/7_million_people_in_the_democratic_republic_of_the_congo_are_now_displaced
- In the Democratic Republic of the Congo, a record nearly 7 million people have been displaced due to ongoing conflict and violence. That's according to the International Organization for Migration, which warns it's one of the largest internal displacement and humanitarian crises in the world.
- https://www.npr.org/2023/10/21/1206104009/sudan-war
- An estimated 9,000 people have been killed and another 5.6 million forced to flee their homes during the conflict, according to the United Nations.
- https://www.cfr.org/report/global-human-rights-regime
- https://www.amnesty.org/en/location/africa/west-and-central-africa/congo/

# Section Three - Comprehensive Sources & Talking-Points Upholding Pro-Palestinian Perspectives

### Israel has Historically Lied About Everything all The Time:

They have falsified narratives about the assassination of prominent Palestinian American journalists, fabricated stories about human shields as a justification for the murder of paramedics and provided misleading information about hospital bombings. Given these deceptions, it's logical to question their portrayal of Palestinian history and other related issues. Indeed, they have been found to distort these as well. This aspect of the discourse actually represents one of the more straightforward areas for independent research. Once you have thoroughly familiarized yourself with the subject, you'll understand why a heavy skepticism towards Israeli sources as well as **any news organizations directly or indirectly influenced by Zionists is warranted.** Such skepticism is crucial in discerning the truth amidst a sea of misinformation.

*References:*

- https://youtu.be/7eHQKJTnBoY?si=v-vRoR1JOXpgOhNL - Good start & good use of primary sources - VIDEO
- https://www.youtube.com/watch?v=LD8o_o39kT4 - Israeli ambassador lying - good use of primary sources - VIDEO
- https://youtu.be/i9TwBqDe_I0?si=VyWsjRTYd-loeNP1 - Israeli officials history of lying about airstrikes - good use of primary sources - VIDEO
- https://www.jewishvirtuallibrary.org/quot-a-land-without-a-people-for-a-people-without-a-land-quot-diana-muir
- "A land without a people for a people without a land" is one of the most oft-cited phrases in the literature of Zionism—and perhaps also the most problematic. Anti-Zionists cite the phrase as a perfect encapsulation of the fundamental injustice of Zionism: that early Zionists believed Palestine was uninhabited
- https://www.middleeasteye.net/opinion/israel-palestine-war-lying-time-again-never-learn
- https://www.jpost.com/israel-news/politics-and-diplomacy/article-720390
- https://www.independent.co.uk/news/world/middle-east/gaza-protests-latest-idf-condemned-edited

- -video-angel-of-mercy-medic-razan-al-najjar-a8389611.html - Indoctrinated Human Shields.
- https://www.aljazeera.com/opinions/2022/5/22/lies-investigations-and-videotape - Falsified narratives about the assisination of prominent Palestinian American journalist Shireen Abu Akleh.
- https://www.cnn.com/2022/05/24/middleeast/shireen-abu-akleh-jenin-killing-investigation-cmd-intl/index.html
- https://www.nytimes.com/2023/10/24/world/middleeast/gaza-hospital-israel-hamas-video.html
- https://www.bbc.com/news/blogs-news-from-elsewhere-23695896 - Why do you see so many pro-Palestinians on the ground but not on the news or the internet? (Surreal).
- https://www.aljazeera.com/news/2023/10/23/another-palestinian-journalist-slain-in-an-israeli-airstrike-in-gaza - warcrimes to hide the truth.
- https://www.theguardian.com/world/2010/aug/18/wikipedia-editing-zionist-groups
- https://www.haaretz.com/opinion/2018-12-13/ty-article-opinion/.premium/quiet-were-shooting/0000017f-dec0-df62-a9ff-ded76ee70000
- https://www.theguardian.com/world/2020/jul/29/seth-rogen-israel-palestinians-jewish-actor
- https://www.msn.com/en-us/news/world/israel-blames-translation-error-for-claiming-calendar-in-children-s-hospital-was-list-of-hamas-hostage-guards/ar-AA1jVEoO

## Israel Knowingly Contributed to the Creation of Hamas:

Israel continued to fund Muslim fundamentalists, including Hamas, until more recently, with the intention to counterbalance other political factions in Gaza, such as the "Popular Front for the Liberation of Palestine," a democratic socialist party. This tactic stems from Israel's concern that a genuine threat to its occupation would be a perception of Palestinians as educated and self-governing under a democratic secular system, as seen by the West. The framing of Palestinians as uniformly uneducated terrorists dovetails with an Orientalist stereotype prevalent in Western discourse and helps to justify the occupation and ethnic cleansing of the indigenous people of Palestine. Critical analysis could suggest that Israel, possessing one of the most advanced militaries in the world, might have been able to disable a smaller militant group like Hamas quite some time ago. Nonetheless, the presence of Hamas is leveraged by Israel as it creates divisions among Palestinians and serves as a contentious rationale for the ongoing expansion of settlements and the displacement of communities into the West Bank, Ironically, an area not administered by Hamas.

*References:*

- https://www.youtube.com/watch?v=o7grSsuFSS0 - Good start & good use of primary sources - VIDEO.
- https://www.youtube.com/watch?v=lhNGimPNygs - This point is further reinforced by statements from Hamas indicating that Israel shows no interest in the retrieval of hostages. This position is lent even more weight by testimonials from hostages who, upon release, have reported receiving fair treatment from Hamas, suggesting a deliberate attempt by Israel to cultivate a specific image - VIDEO.
- https://theintercept.com/2018/02/19/hamas-israel-palestine-conflict/
- https://www.telegraph.co.uk/world-news/2023/10/16/how-benjamin-netanyahu-empowered-hamas/
- https://www.jpost.com/Arab-Israeli-Conflict/Netanyahu-Money-to-Hamas-part-of-strategy-to-keep-Palestinians-divided-583082
- https://www.timesofisrael.com/for-years-netanyahu-propped-up-hamas-now-its-blown-up-in-our-faces/
- https://tribune.com.pk/story/2302309/how-and-why-israel-helped-create-hamas
- https://www.pbs.org/newshour/world/what-is-hamas-what-to-know-about-its-origins-leaders-and-funding

**Exploring the Reasons and Methods Behind the U.S. Government's Consistent Support for Israel:**



*UN Vote Condemning Israeli Settlement Building in Palestine and Syria.*

- Israel Authority has Hundreds of UN Resolutions Against it - the Palestinian Authority has None, As of 2013, the United Nations Human Rights Council had condemned Israel in 45 resolutions, and the United States has frequently used its veto power to block UN Security Council resolutions critical of Israel, for strategic interests highlighted below.

*References:*

- https://youtu.be/tpbKeLYCoVg?si=enknoTCdAyih4k8I - Good use of Reliable Sources - VIDEO.
- https://youtu.be/fH8d7UJNmaA?si=97B50BqLbGuy4OJc - Good use of Reliable Sources - VIDEO.
- https://www.npr.org/2023/12/08/1218332312/israel-hamas-war-us-ceasefire-veto-un - Vetoing the Ceasefire Against the Majority of Countries.
- https://www.aljazeera.com/news/2021/5/19/a-history-of-the-us-blocking-un-resolutions-against-israel
- https://www.un.org/depts/dhl/resguide/scact_veto_table_en.htm
- https://en.wikipedia.org/wiki/List_of_United_Nations_resolutions_concerning_Palestine#:~:text=The%20following%20is%20a%20list,46%E2%80%A0Palestinian%20State%E3%80%91

**Uncovering How Western Media Conceals the Realities of the Israel-Palestine Conflict:**

The pervasive bias in Western media's coverage of the Israel-Palestine conflict significantly skews public perception and influences policy, often to the detriment of the Palestinian narrative. This trend is rooted in systemic influences within the media industry, exemplified by the Sinclair Broadcast Group, known for its conservative slant that shifts the ideological tone of news coverage, reflecting a monopoly on Western media. This shift can influence how international issues, including the Israel-Palestine conflict, are presented, impacting public opinion and policy. In-depth studies reveal a consistent pro-Israel bias in

mainstream U.S. media. A comprehensive 50-year analysis by 416 Labs found that U.S. media favors Israel by providing greater access to Israeli officials and focusing predominantly on Israeli narratives. The New York Times, for instance, has been shown to frequently use violent language in reference to Palestinians, often portraying their actions in a passive voice, thereby perpetuating an Orientalist bias against them. This bias in influential outlets like The New York Times has perpetuated anti-Palestinian sentiments and skewed public understanding of the conflict.

The use of misleading language and problematic framing is also prevalent in British media. A report by the Muslim Council of Britain's Centre for Media Monitoring highlighted skewed language and misleading headlines in British coverage of the conflict. Terms such as "evictions" were used to describe illegal forced displacements in Sheikh Jarrah, masking their illegality under international law. The media's depiction of incidents as "clashes" or "conflicts" implies equal blame, thereby downplaying the asymmetry of power between Israel and Palestine. Additionally, there is an over-emphasis on religion in reporting, which can divert attention from the underlying issues of settler colonialism and the persecution of Palestinian Christians and other groups by Israel. Moreover, problematic language and framing regarding violence in Gaza are notable. The passive voice is often used for Palestinian casualties, while Israeli deaths are actively stated. Media outlets tend to describe the Israeli military in neutral terms, while Palestinian groups are labeled as "militants" or "Islamists," suggesting a lack of legitimacy. This biased framing is evident in headlines that emphasize Israeli airstrikes as reactions to Hamas rocket attacks, without acknowledging the preceding violence by Israeli settlers and police. This pattern of bias in Western media obscures the realities of the Israel-Palestine conflict. By consistently marginalizing Palestinian voices and experiences, the media contributes to a narrative that justifies and perpetuates the status quo, hindering the path to a fair and just resolution. This bias not only affects public understanding but also shapes foreign policy decisions, often at the expense of a balanced and truthful representation of the conflict.

*References:*

- https://www.youtube.com/watch?v=mvMsYUADJj8 - Good use of Reliable Sources - VIDEO.
- https://www.middleeastmonitor.com/20190130-fifty-years-of-us-media-study-reveals-massive-anti-palestinian-bias/
- Fifty-years of US media study reveals massive anti-Palestinian bias
- https://www.trtworld.com/magazine/mind-your-language-how-anti-palestinian-bias-is-framed-in-us-media-47049
- Long the newspaper of record in the US, the New York Times has had a checkered history of anti-Palestinian coverage.
- https://mcb.org.uk/initiatives/media-monitoring/
- Academics and specialists across the world recognise that mainstream media reporting of Islam and Muslims is contributing to an atmosphere of rising hostility towards Muslims in Britain. Centre for Media Monitoring's (CfMM) own findings reveal a serious problem in the way that British media reports about Islam and Muslims. Analysing over 10,000 articles and broadcast clips referring to Muslims and Islam in the period of Q4 2018, we found that.
- https://www.middleeasteye.net/news/british-media-biased-skewed-israel-palestine-report
- https://en.wikipedia.org/wiki/Sinclair_Broadcast_Group
- https://cfmm.org.uk/wp-content/uploads/2021/05/MediaReportingOnPalestine-Report-and-Toolkit-Final.pdf
- https://journals.sagepub.com/doi/abs/10.1177/17506352231178148?journalCode=mwca#:~:text=This%20article%20provides%20a%20methodologically,validated%20word%20bank%2C%20the
- https://ieeexplore.ieee.org/document/8531237
- https://theweek.com/speedreads/764546/watch-surreal-video-compilation-dozens-local-news-anchors-givin

g-exact-same-warning-about-fake-news

## Israel's Immorality:

It should be clear by now that Israel's actions are deeply concerning and pose significant moral and safety issues. To further illustrate this point, here are a few more *References:*

- https://www.youtube.com/watch?v=5JzGzyaUnz0 - Good start & good use of primary sources - this is about a political ideology NOT religion, and not every Israeli is racist.- VIDEO.
- https://www.youtube.com/watch?v=lhNGimPNygs - Great use of Reliable Sources - VIDEO.
- https://www.aljazeera.com/program/inside-story/2023/12/16/is-israel-deliberately-targeting-journalists-in-gaza - assassination of journalists to hide the truth - a warcrime.
- https://www.securitycouncilreport.org/un-documents/document/ip-a-res-3379.php
- UN General Assembly Resolution 3379 (XXX), which determined that "Zionism is a form of racism and racial discrimination."
- https://press.un.org/en/2023/gashc4390.doc.htm
- Calling for an immediate ceasefire, she underscored that the Israeli Government must end its 56-year occupation and recognize the Palestinian people's right to self-determination.
- https://www.ojp.gov/ncjrs/virtual-library/abstracts/state-terrorism-global-scale-role-israel
- "Israel is both one of the world's major arms exporters and a party or accessory to state-organized terrorism in Guatemala, South Africa, and perhaps other countries as well."
- https://www.hrw.org/report/2021/04/27/threshold-crossed/israeli-authorities-and-crimes-apartheid-and-persecution
- On the basis of its research, Human Rights Watch concludes that the Israeli government has demonstrated an intent to maintain the domination of Jewish Israelis over Palestinians across Israel and the OPT. In the OPT, including East Jerusalem, that intent has been coupled with systematic oppression of Palestinians and inhumane acts committed against them. When these three elements occur together, they amount to the crime of apartheid.
- https://mondoweiss.net/2017/11/liberal-contemplating-genocide/
- "Perhaps if we don't give them enough water they won't have a choice, because the orchards will yellow and wither." That is what Israeli Prime Minister Levi Eshkol said in 1967 about Gaza, as revealed in newly declassified documents from the time. Ofer Aderet of Haaretz reported about this today.
- https://www.huffpost.com/entry/israel-defense-minister-human-animals-gaza-palestine_n_6524220ae4b09f4b8d412e0a
- "Israel's defense minister on Monday announced a "complete siege" of Gaza, describing the Palestinian fighters who attacked Israel over the weekend as "human animals."  - Includes all the innocent civilians,
- https://www.fbi.gov/investigate/terrorism
- Violent, criminal acts committed by individuals and/or groups who are inspired by, or associated with, designated foreign terrorist organizations or nations (state-sponsored).
- https://www.ochaopt.org/data/casualties - Completely unjustified number of innocent Palestinians killed since the occupation.
- https://www.aljazeera.com/news/2022/2/8/israel-troops-kill-three-palestinians-in-occupied-west-bank
- https://news.un.org/en/story/2023/11/1143157

## General Assembly Resolution 2625 & Article 49 of the Fourth Geneva Convention:

Since its inception, Israel has been in violation of international law, notably during the Nakba of 1948.

These actions directly contravene Article 49 of the Fourth Geneva Convention, which clearly stipulates that an Occupying Power must not deport or transfer parts of its own civilian population into the territory it occupies.

*References:*

- https://www.un.org/unispal/document/auto-insert-184801/
- Calls upon all States to implement fully and faithfully all the resolutions of the United Nations regarding the exercise of the right to self-determination and independence by peoples under colonial and foreign domination … Reaffirms the legitimacy of the struggle of peoples for independence, territorial integrity, national unity and liberation from colonial domination, apartheid and foreign occupation by all available means, including armed struggle.
- https://ihl-databases.icrc.org/en/ihl-treaties/gciv-1949/article-49

**How Apartheid & Colonization was Combated Historically:**

*References:*

- Algerian Resistance to French Colonialism -
- https://www.britannica.com/place/Algeria/The-Algerian-War-of-Independence
- Some estimates put French military losses at 27,000 killed and civilian losses at 5,000 to 6,000. French sources suggest that casualties among Algerians totaled between 300,000 and 500,000, while Algerian sources claim as many as 1,500,000.
- ANC - south african apartheid - https://www.britannica.com/topic/African-National-Congress
- "The ANC began to revive inside South Africa toward the end of the 1970s, following the Soweto uprising in 1976, when the police and army killed more than 600 people, many of them children"
- https://omalley.nelsonmandela.org/index.php/site/q/03lv02424/04lv02730/05lv02918/06lv02938.htm#:~:text=A%20total%20of%2071%20people,legitimate%20targets%2C%20says%20the%20TRC

**Palestinians Right to Self Determination:**

*References:*

- https://www.un.org/unispal/document/auto-insert-180395/
- Affirming the right of all States in the region to live in peace within secure and internationally recognized borders, Reaffirms the right of the Palestinian people to self-determination, without excluding the option of a State; Expresses the hope that the Palestinian people will soon be exercising their right to self-determination in the current peace process; Urges all States and the specialized agencies and organizations of the United Nations system to continue to support and assist the Palestinian people in their quest for self-determination.

**A Few of the Unjust Massacres Palestinians Endured Before Hamas:**

- The Massacre of the town of Sheikh 1947
- Deir Yassin Massacre 1948

- Abu Shusha village Massacre 1948
- The 1948 Tanturah Massacre
- 1953 Qubiya massacre
- Qalqilya Massacre 1956
- Kafr Qasim Massacre 1956
- Khan Younis Massacre 1956
- The Tal al-Za'tar Massacre 1976
- Sabra and Shatila Massacre 1982
- Al-Aqsa Mosque Massacre 1990
- Ibrahimi Mosque Massacre, 1994
- Jenin Camp Massacre 2002

*Ready Made Lists:*

- https://www.middleeastmonitor.com/wp-content/uploads/downloads/factsheets/ZionistMa
  ssacres_1937-48.pdf
- https://ia800501.us.archive.org/11/items/t_20230909/Notorious%20massacres%20of%20
  Palestinians%20between%201937%20%26%201948%20%7C%20by%20The%20Palest
  ine%20Project%20%7C%20Medium.pdf
- https://english.ahram.org.eg/NewsContent/58/1262/510520/War-on-Gaza/War-on-Gaza/
  A-history-stained-with-innocent-blood-A-chronicle-.aspx

*Descriptions:*

- **Balad al-Shaykh Massacre (1947-48):** This event took place between December 31, 1947, and January 1, 1948, in the Palestinian Arab village of Balad al-Shaykh. It was carried out by the Haganah, a Jewish militia, as part of the 1947–1948 civil war in Mandatory Palestine. The attack resulted in the deaths of 21 to 70 Arab civilians, including at least two women and five children. The Haganah also suffered casualties, with two of its members killed and two injured. This attack was part of a series of violent incidents during this period, including retaliation for earlier attacks such as the Haifa Oil Refinery massacre.
- **Deir Yassin Massacre (1948):** Occurring on April 9, 1948, this massacre was one of the most infamous during the 1948 Palestine war. More than 110 Palestinian men, women, and children were killed by Zionist forces in the village of Deir Yassin on the outskirts of Jerusalem. Reports indicate that the victims included a significant number of women and children. The massacre had a profound impact on the Palestinian population and is often cited as a critical event leading to the Palestinian exodus
- **1948 Tantura Massacre:** The Tantura massacre occurred on the night of May 22-23, 1948, during the 1948 Arab–Israeli War. It involved the killing of approximately 40-200 Palestinian villagers by the Alexandroni Brigade of the Israeli Defense Forces after the village of Tantura, near Haifa, had surrendered.
- **1953 Qibya Massacre:** Occurring on October 14, 1953, this massacre was executed by Israeli troops under the command of Ariel Sharon in the West Bank village of Qibya. The attack resulted in the death of 69 Palestinian Arabs, most of whom were women and children. The operation involved dynamiting houses and infrastructure, causing extensive destruction.
- **Qalqilya Massacre (1956):** Qalqilya was mentioned in the context of several punitive expeditions in the early 1950s by Israeli forces against Palestinian villages.
- **Kafr Qasim Massacre (1956):** This massacre took place on October 29, 1956, when Israeli

Border Police killed 48 Palestinian civilians in the Israeli Arab village of Kafr Qasim. The victims were returning from work during a curfew of which they were unaware, as it had been declared shortly before they returned.

- **Khan Younis Massacre (1956):** This event occurred in November 1956, during the Suez Crisis, in the town of Khan Younis in the Gaza Strip. According to UN and Red Cross reports, Israeli forces killed an estimated 275 Palestinians, including civilians, during house-to-house searches and in a nearby camp.

- **Tal al-Za'tar Massacre (1976):** Taking place during the Lebanese Civil War, this massacre occurred in August 1976 at the Tal al-Za'tar refugee camp in Beirut. Christian Phalangist militias, aided by the Syrian Social Nationalist Party, killed an estimated 1,000-3,500 Palestinians and Lebanese Shiites.

- **Sabra and Shatila Massacre (1982):** This massacre was carried out between September 16 and 18, 1982, in Beirut, Lebanon. Lebanese Christian militias killed an estimated 460-3,500 civilians, mostly Palestinians and Lebanese Shiites, in the Sabra neighborhood and the adjacent Shatila refugee camp. The massacre occurred under the watch of the Israeli Defense Forces.

- **Al-Aqsa Mosque Massacre (1990):** On October 8, 1990, a clash between Palestinians and Israeli police at the Al-Aqsa Mosque in Jerusalem resulted in the death of 20 Palestinians and injury to about 150 others.

- **Ibrahimi Mosque Massacre (1994):** On February 25, 1994, an Israeli settler named Baruch Goldstein opened fire on Muslim worshippers in Hebron's Ibrahimi Mosque, killing 29 people and injuring more than 125.

- **Jenin Camp Massacre (2002):** In April 2002, during the Second Intifada, the Israeli army conducted an operation in the Jenin refugee camp. Palestinian sources estimated that 52 Palestinians were killed, of which at least half were civilians. However, this event's characterization as a "massacre" is disputed, with some sources describing it as intense urban warfare.

*References:*

- https://www.theguardian.com/world/2023/may/25/study-1948-israeli-massacre-tantura-palestinian-village-mass-graves-car-park
- https://www.jstor.org/stable/24450239
- https://www.aljazeera.com/news/2022/1/22/palestinians-call-for-probe-into-israeli-massacres-in-tantura
- https://www.aljazeera.com/news/2023/5/15/the-nakba-five-palestinian-towns-massacred-75-years-ago
- https://jewishunpacked.com/the-qibya-massacre-the-difference-between-deterrence-and-vengeance/
- https://imemc.org/article/wafa-remembering-the-kafr-qasem-massacre-of-1956/
- https://en.wikipedia.org/wiki/Kafr_Qasim_massacre
- https://www.palestinechronicle.com/khan-yunis-rememberingthe-forgotten-palestinian-massacre/
- https://www.britannica.com/topic/Tall-al-Zatar
- https://www.aljazeera.com/news/2022/9/16/sabra-and-shatila-massacre-40-years-on-explainer
- https://www.jstor.org/stable/2537210
- https://imeu.org/article/the-ibrahimi-mosque-massacre-20-years-later
- https://www.theguardian.com/media/2002/may/06/mondaymediasection5

**History Repeating Itself: Prominent Figures Who Support Palestine but Are Still Not Heard:**

<u>Malcom X</u> - *"We are anti-war. We are anti-occupation. And we are anti-apartheid. Period." - "The Zionist argument to justify Israel's present occupation of Arab Palestine has no intelligent or legal basis in history."*

<u>Mohamad Ali</u> - *"I declare support for the Palestinian liberation struggle"*

<u>Nelson Mandela</u> - *"Choose peace rather than confrontation. Except in cases where we cannot get, where we cannot proceed, or we cannot move forward. Then if the only alternative is violence, we will use violence." - "We know too well that our freedom is incomplete without the freedom of the Palestinians."*

<u>Mohandas Karamchand Gandhi</u> - *"Palestine belongs to the Arabs in the same sense that England belongs to the English or France to the French. It is wrong and inhuman to impose the Jews on the Arabs. What is going on in Palestine today cannot be justified by any moral code of conduct."*

<u>Albert Einstein</u> - *"When a real and final catastrophe should befall us in Palestine the first responsible for it would be the British and the second responsible for it the Terrorist organizations build [sic] up from our own ranks. I am not willing to see anybody associated with those misled and criminal people."*

*References:*

- https://www.middleeasteye.net/news/nelson-mandela-30-years-palestine
- https://www.egypttoday.com/Article/4/128017/Immortal-Quotes-That-Shed-Light-On-Palestine-Struggle-For-Independence
- https://www.aljazeera.com/opinions/2016/6/13/the-greatest-was-a-black-man-who-supported-palestinians/
- https://www.civilsdaily.com/news/gandhis-stance-on-israel-and-palestine-a-closer-look/
- https://www.currentaffairs.org/2021/07/albert-einstein-the-pro-palestinian-socialist
- https://religionnews.com/2021/05/19/malcolm-xs-moral-courage-and-the-challenge-of-palestine/



Completing this document will equip you with comprehensive knowledge, enabling you to engage effectively in debates with

anyone on the topic of Zionism, ranging from an uninformed friend
to the Prime Minister of France. Such is the power of knowledge;
it should never be underestimated.