**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, ET AL.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-2044** |
| | : | |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |

## <u>ORDER</u>

This 10th day of September, 2024, Plaintiffs having filed an Amended Complaint, it is

hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 7) is **DENIED** as **MOOT**.


                                         /s/ Gerald Austin McHugh
                                         United States District Judge