IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ALLY LANDAU, HJSB, HJSC, and JEWS AT HAVERFORD | : | CIVIL ACTION NO. |
| | : | No. 2:24-cv-02044-GAM |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CORPORATION OF HAVERFORD COLLEGE | : | |
| | : | |
| Defendant. | : | |

**DECLARATION OF JOSHUA W. B. RICHARDS, ESQ.**

I, JOSHUA W. B. RICHARDS, declare as follows:

1. I am admitted to practice before this Court.

2. I am a partner at the law firm Saul Ewing LLP, counsel for Defendant The Corporation of Haverford College ("Haverford" or "the College") in this proceeding.

3. I submit this declaration in support of Haverford's Motion to Dismiss Plaintiffs' First Amended Complaint and Memorandum of Law in Support thereof.

4. In support of Haverford's Motion to Dismiss Plaintiffs' First Amended Complaint and Memorandum of Law in Support thereof, I attach true and correct copies of the following exhibits:

    a. Exhibit 1: Opposing Counsel's May 20, 2024 Email;

    b. Exhibit 2: Haverford's Expressive Freedom and Responsibility Policy;

    c. Exhibit 3: The Haverford College Honor Code;

    d.   <u>Exhibit 4</u>: Haverford's Social Media Best Practices and Policy;

    e.   <u>Exhibit 5</u>: Haverford's Bulletin Boards, Posting Notices, Banners, and Installation Policy; and

    f.   <u>Exhibit 6</u>: The Students' Association Constitution.

I declare that the foregoing is true and correct.

                                                    Respectfully submitted,

Date: September 23, 2024              /s/*Joshua W. B. Richards*
                                                    Joshua W. B. Richards
                                                    SAUL EWING LLP
                                                    1500 Market Street, 38th Floor
                                                    Philadelphia, Pennsylvania 19102
                                                    (215) 972-7737
                                                    joshua.richards@saul.com

                                                    *Counsel for Haverford College*