# Exhibit 1

**Schy, Levi R.**

| | |
|---|---|
| **From:** | Lori Lowenthal Marcus <lorilowenthalmarcus@deborahproject.org> |
| **Sent:** | Monday, May 20, 2024 4:27 PM |
| **To:** | Richards, Joshua W. B. |
| **Cc:** | Schy, Levi R.; Jerome Marcus |
| **Subject:** | Re: Pseudonyms |

Hi Josh,

I am confident that the Complaint provides you with all the notice of the claims our clients made against you, precisely as required by Fed.R.Civ.P. 8.

And with respect to a point you raised earlier regarding your client's document retention obligations, those obligations are far broader than anything relating to any individual students.  What's more, we put your client on notice of its obligation regarding document retention back on February 7, 2024, when we sent our Demand Letter.

Once the Complaint prevails over any Motion to Dismiss or otherwise moves forward, we will be prepared to discuss the steps to be taken to enable your client to obtain the discovery it needs while respecting our clients' concerns about being publicly identified.


# Lori

Lori Lowenthal Marcus, Esq.
THE DEBORAH PROJECT
Legal Director
WWW.DeborahProject.Org



---

**From:** Richards, Joshua W. B. <Joshua.Richards@saul.com>
**Sent:** Friday, May 17, 2024 6:56 PM
**To:** Lori Lowenthal Marcus <lorilowenthalmarcus@deborahproject.org>
**Cc:** Schy, Levi R. <levi.schy@saul.com>
**Subject:** RE: Pseudonyms

Lori,

1

I don't think we know for certain whether we will answer or move, but I don't think that's dispositive of the obligation to place a defendant on notice of the claims against it.

To the extent you are asserting that those students were subject to some breach of duty by the College, I do not believe the Rules of Civil Procedure permit you to fail to identify them. I'd appreciate it if you could advise whether you will identify them or not.

Thanks very much,

> **Joshua W. B. Richards**
> Partner
> Pronouns: He/him/his
> **SAUL EWING LLP** | Philadelphia
> **Office:** (215) 972-7737   **Cell:** (917) 679-5223

**From:** Lori Lowenthal Marcus <lorilowenthalmarcus@deborahproject.org>
**Sent:** Friday, May 17, 2024 6:45 PM
**To:** Richards, Joshua W. B. <Joshua.Richards@saul.com>
**Cc:** Schy, Levi R. <levi.schy@saul.com>
**Subject:** Re: Pseudonyms

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Hi Josh,
Nice to meet you, Levi,

Am I correct in understanding from your question and reasoning that you don't intend to file a Motion to Dismiss, but just to Answer?

# Lori

Lori Lowenthal Marcus, Esq.
THE DEBORAH PROJECT
Legal Director
WWW.DeborahProject.Org



**From:** Richards, Joshua W. B. <Joshua.Richards@saul.com>
**Sent:** Wednesday, May 15, 2024 7:27 PM
**To:** Lori Lowenthal Marcus <lorilowenthalmarcus@deborahproject.org>
**Cc:** Schy, Levi R. <levi.schy@saul.com>
**Subject:** Pseudonyms

Lori,

Do you intend to provide us with the real names of the students for whom you used pseudonyms?  We are unable to respond to the allegations in the complaint without them (and likewise unable to preserve relevant documents pertaining to them).

I would appreciate it if you would advise one way or the other at your soonest convenience.

Best,

> **Joshua W. B. Richards**
> Partner
> Pronouns: He/him/his
> **SAUL EWING LLP** | Philadelphia
> **Office:** (215) 972-7737    **Cell:** (917) 679-5223

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+