# Exhibit 2



# Expressive Freedom and Responsibility

Haverford College has consistently and actively affirmed all students' rights to free inquiry, assembly, and expression in the broad context of its educational mission. These rights include the right to expression of dissent through peaceful protest. The Haverford College Faculty Handbook (Section III, Subsection C) clearly states:

> Haverford College holds that open-minded and free inquiry is essential to a student's educational development. Thus, the College recognizes the right of all students to engage in discussion, to exchange thought and opinion, and to speak or write freely on any subject. […] Finally, the College reaffirms the freedom of assembly as an essential part of the process of discussion, inquiry, and advocacy. […] The freedom to learn, to inquire, to speak, to organize, and to act with conviction is held by Haverford College to be a cornerstone of education in a free society.

Haverford College also subscribes to the American Association of University Professors' 1970 "Statement on Freedom and Responsibility," which states, in part:

> Membership in the academic community imposes on students…an obligation to respect the dignity of others, to acknowledge their right to express differing opinions, and to foster and defend intellectual honesty, freedom of inquiry and instruction, and free expression…. The expression of dissent and the attempt to produce change, therefore, may not be carried out in ways that injure individuals or damage institutional facilities or disrupt the classes of one's teachers or colleagues. Speakers on campus must not only be protected from violence, but also be given an opportunity to be heard. Those who seek to call attention to grievances must not do so in ways that significantly impede the functions of the institution.

These stated rights and responsibilities, which are consistent with principles articulated in the Honor Code, must be respected by members of the student community at all times. When exercising their rights of expression in accord with their responsibilities, students must in the interests of public safety adhere to the fire code, and cannot under any circumstance block exit doors, hallways, elevators, and/or pathways of access and egress.

*Last revised October 11, 2017*

Additional resources:
- Student's Guide: Academic Freedom
- Faculty Handbook: Section III, Subsection C
- Human Resources: Handbooks & Policies