# Exhibit 4

# Haverford College Social Media Best Practices and Policy

## Introduction

Social media allows Haverford College departments, offices, faculty members, students, and staff to communicate and interact with each other and with the world at large in real time. College Communications has prepared the following guidelines to promote appropriate, effective, and respectful use of social media throughout the College community.

## Scope

The following guidelines are intended for all faculty, staff, and students who administer or contribute to official Haverford College-related social media channels.

## Policy

**OFFICIAL COLLEGE-RELATED ACCOUNTS**

College Communications maintains Haverford's official [Facebook](#), [Twitter](#), [Instagram](#), [TikTok](#), [Vimeo](#), and [YouTube](#) channels. Individual departments and offices are welcome to create their own social media accounts on different platforms, but are reminded that any content they post will represent the College online to the public. Departments **must** inform the appropriate member in the Office of College Communications (currently [Nur Adam](#)) of their plans to start social accounts in order to get initial guidance on effective social media strategy.

**Before creating a social media presence, ask yourself:**

- ***Do we need a social media presence?*** Not every department or office needs its own account, and maintaining a successful one takes a lot of time and effort.
- ***Who will maintain the account?*** Every account needs an administrator. This person will monitor the account for comments, questions, and inappropriate postings while creating and posting engaging content on a regular basis. Students may not be among these designees, except on a scheduled "student takeover" basis. If no one has the time for this, a social media presence may not be for you, and you may be better served by connecting with College Communications for exposure via the accounts they administer.
- ***What are our social media goals?*** Please carefully consider what you hope to accomplish with your account. Are you seeking increased membership? Promotion of an event or series of events? Support for a particular issue or cause? If you're not sure, you likely don't need a separate social account at this time.
- ***Can the College's existing official accounts be used to get your message out in lieu of creating your own account?*** There are many opportunities to collaborate with College Communications to develop content (whether one-time or an ongoing series) from your department for Haverford's official social channels.

**The Dos and Don'ts of Posting**

- Don't post or allow comments that contain hate speech
- Don't post information or comments that would be offensive or in poor taste
- Don't post copyrighted, questionably legal content, direct attacks on individuals or groups, or libelous statements
- Don't use College-related social media channels to share your personal opinions or positions on controversial issues that impact the College community—keep in mind that you're acting on behalf of the College on an official Haverford social account. If, as individuals or as a group, administrators wish to assert opinions on controversial topics, that should be done from personal pages and not official department/office/team/organization pages that bear the Haverford name and logo.

- Don't use official College pages for fundraising for outside organizations or funds, as this is not consistent with Haverford's status as a nonprofit institution with a mission to provide an undergraduate liberal arts education
- Don't release confidential or proprietary information related to the College, its staff, students,
- alumni, or any member of its community
- Don't post the same content on every social media platform; have a strategy for your different channels
- Don't let your account lie dormant; have a plan for keeping your account updated—yes, even over the summer
- Don't use the Haverford logo for any kind of endorsement; additionally, the black-and-white cupola logo is reserved for use only on the College's institutional social media platforms that are administered by College Communications (*see pages 39-40 of [Haverford College Graphic Identity Standards and Guidelines](#)*)
- Do obey the terms of service of any social media site you're using
- Do strive to foster an environment that genuinely encourages respectful expression of values and dialogue
- Do solicit feedback from your audience
- Do post accurate, concise, and useful information and respond to your commenters in a timely manner
- Do acknowledge who you are or who is running the account whenever possible
- Do link back to the College's website or appropriate subpages whenever possible
- Do follow the College's [Style Guide](#) for all posted copy
- Do make corrections quickly, visibly, and publicly if you unintentionally post something inaccurate. And remember that even if you delete something from a social media account it may be available in cached form or as a screenshot permanently
- Do follow [the College's commenting policy](#), and make it available to all account administrators

**PLEASE NOTE:**

- In the event of an emergency or crisis situation, administrators of all official Haverford accounts are asked to pause posting and share ONLY official information provided by Campus Safety and/or the main College accounts. Official accounts are also asked to check in with College Communications before resuming normal posting.
- Language that is illegal, obscene, defamatory, abusive, harassing, threatening, libelous, profane, infringing of intellectual property rights, invasive of privacy, or otherwise objectionable is not allowed and will be removed.
- Haverford doesn't actively monitor student, parent, or alumni social media use and cannot
- control what's said on social media channels by its community members.
- Spam and mass advertisements posted to our accounts will be removed.
- For use of the official College wordmark or logo, or for questions about their usage, please use [the logo request form](#).

## Procedures

All official College department, team, office, or organization accounts must be administered by a staff or faculty administrator who will maintain responsibility for its monitoring and content, either directly or on a delegated basis; students may not be among these designees except on a scheduled, "student takeover" basis.

**If you are ready to move ahead with the creation of an official College account, you must:**

- Designate a College staff or faculty member as an administrator. This administrator is responsible for all content that appears on the account and may not turn it over to be run on a day-to-day basis by someone else. Students may create posts, contribute takeovers, and strategize content, but they must be supervised by a paid employee of Haverford College, who maintains the account's login credentials and makes or approves all posted content.
- Let both College Communications and your direct supervisor know about the existence of this new account.
- Make account login and password information available to your supervisor at all times. Additionally, many social media platforms require dual authentication via a phone number, so if administrators use their own cell number, they must change it before transferring ownership of the account or leaving the College.

**And on an annual basis:**

- Account administrators will receive a PDF copy of these guidelines at the start of the school year and will be required to submit the Social Media Best Practices and Policy Acknowledgement webform as acknowledgement that they have read it and will follow its guidelines.
- Account administrators will be required to attend College Communications' "Social Media Best Practices" workshop.

## References, Related Resources, or Appendices

A current version of this policy can always be found at:
https://www.haverford.edu/college-communications/policies-guides

*First approved January 25, 2022*

*Last updated January 8, 2024*

*Effective date January 25, 2022*

*Next review required by January 25, 2025*

*Sponsor: Chris Mills/AVP College Communications*
*Contact the Office of College Communications*