# Exhibit 5

Bulletin Boards, Posting Notices, Banners, and Installation Policy

1. Posters and other small notices (8.5 by 11, or smaller), may be posted only in the following areas: bulletin boards, doors of residences, residence stairwells, inside residence bathrooms, between the Dining Center doors, and in the Dining Center foyer on the walls by the Sunken Lounge facing the front doors.  They may never be placed on any windows or glass, on the ground, on campus signage, or the HCA gates.  The only exception to these guidelines will be in the following case: Emergency notices, such as class cancellations or breakdowns of the buses, may be posted where they will be most likely to attract attention.  They should be removed as soon as possible after the emergency has passed.
2. Persons who are not members of the Tri-College Community may not post posters and other small notices on the campus.
3. The posters and other small notices must contain the name of the sponsor(s). An e-mail address where the sponsor can be reached should also appear on the notice.
4. Posters and other small notices may be posted up to two weeks in advance.  After an event takes place, the person who posted the notice has 24 hours to remove all postings.  Any member of the community may remove any posters found before the 14 day allotted period or after the 24 hour deadline. Below are general guidelines, to be followed as it applies
   a. When hanging a poster or small notice, use tape. Tacks may only be used on bulletin boards. Never use duct tape.
      i. Leave space for others and post one sign per board.  Do not post over other's signs.
      ii. In the Dining Center, Campus Center, and some academic buildings, bulletin boards have been set aside for specific types of notices; check the headings before posting.
   b. Small, folded notices may be placed on tables. However, those in charge of the space (i.e. The Coop and DC Managers) must be made aware and give permission.
   c. Any exceptions to these rules must be approved by the Students' Council and Student Engagement and noted on the posting.
   d. Any member of the community may take down any posting that is in violation of this policy.  Please be careful where you post.
   e. There is plenty of bulletin board space in the Campus Center. In order to keep them readable, we ask that all posting be dropped off at the Information Desk for hanging. Postings are permitted only on bulletin boards. Anything hung on walls; doors, etc. will be discarded. This policy does not apply to boards maintained by clubs.
   f. The content of the poster must follow the community values outlined in the Honor Code.

5. Installations (not banners) that require a larger-setup will follow the guidelines outlined in section 7.
6. Students' Council and Student Engagement must approve banners at least 2 weeks prior to the proposed displaying.
    a. The Banner may not be more than 8-feet wide and no more than 5-feet in height.
    b. There are no set restrictions on location, but during the approval process Students' Council will consider the Safety of the community and feasibility of the location.
    c. The content of the Banner must follow the community values outlined within the Honor Code. At the discretion of Students' Council, the Banner proposal will be sent to Honor Council for review.
    d. There must be an event/open forum in response to the Banner within a week of it being displayed. This event must be hosted by the sponsors of the Banner, and must be communicated to the entire Community.
    e. The Banner may be displayed for no more than a week, and must be taken down within 24 hours of the 7th day.
    f. Sections (a-e) can be subject to change at the request of the sponsors submitting the Banner proposal and at the discretion of Students' Council.
7. Any Notice that is not outlined in the above sections will be processed on a case by case basis, following the procedures outlined in section 5, and will be evaluated following the same procedures outlined in section 6, subsections (b-f), emphasizing section f, which allows the sponsors and Students' Council to work together. While processing the notice, the term "Banner" will be substituted with "Notice" as to allow section.
8. The above policies are not meant to mitigate the freedom of speech or expression of the community. It is meant to provide a structure around the process, and to emphasize open dialogue around the words/symbols that we as a community or individuals choose to display. Students' Council and Honor Council's role are Solely to make sure that the content is in line with the values of Trust, Concern, and Respect, outlined in the Honor Code, and to make sure that all notices are kept up-to date and do not pose a safety hazard to the community.
9. This policy may be updated at any time at the discretion of the Students' Council Co-Presidents and must be reviewed by Students' Council every 2 years.

Political Posters and Visual Media

As a non-partisan, not-for-profit institution, Haverford must abide by the Johnson Amendment which necessitates additional limitations around political posters and other visual media that carry messages related to political parties or candidates for elected office. Any posters or other visual media must meet all other standards set by this policy, plus:

- Be no larger than 8.5" by 11".

- Originate from a current Haverford student or student(s), whose names and contact information must be clearly visible.
- Make visible and legible the exact text "As a non-partisan, not-for-profit institution, Haverford College does not endorse any parties or candidates for elected office."

The consideration of any cases not adequately addressed within this policy may require involvement of the President's Office due to the legal requirements on the College.