IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:24-cv-02044-GAM |
| v. | : | |
| | : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**STIPULATION ON BRIEFING SCHEDULE SUR
DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Whereas Defendant The Corporation of Haverford College filed its Motion to Dismiss the Amended Complaint in this action on September 23, 2024, and

Whereas the month of October, 2024, includes numerous Jewish holidays when Plaintiffs' counsel are unable to work,

Now therefore the undersigned counsel for Plaintiffs and Defendant hereby stipulate that Plaintiffs shall have to and including November 8, 2024, to submit their brief in opposition to Defendant's Motion to Dismiss the Amended Complaint.

September 25, 2024                                      THE DEBORAH PROJECT

/s/
_____
Jerome M. Marcus PA Attorney ID 50708
Lori Lowenthal Marcus Attorney ID 53388
P.O. Box 212
Merion Station, PA 19066
Voice: 610 880 0100
jmarcus@deborahproject.org
lorilowenthalmarcus@deborahproject.org
*Counsel for Plaintiff Jews at Haverford*

                                SAUL EWING LLP

                                       /s/
                              _____
                              Joshua W.B. Richards PA Attorney ID 204315
                              Levi R. Schy PA Attorney ID 329199
                              Centre Square West
                              1500 Market Street, 38th Floor
                              Philadelphia, PA. 19102
                              Voice: 215.972.7737 (Richards)
                                          215.972.7803 (Schy)
                              Joshua.Richards@saul.com
                              Levi.Schy@saul.com
                              *Attorneys for The Corporation of Haverford College*


IT IS SO ORDERED, this ___ day of _____, 2024.


                                                             _____
                                                             Hon. Gerald A. McHugh
                                                             United States District Judge