IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:24-cv-02044-GAM |
| v. | : | |
| | : | |
| THE CORPORATION OF | : | |
| HAVERFORD COLLEGE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION ON BRIEFING SCHEDULE SUR
DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Whereas Defendant The Corporation of Haverford College filed its Motion to Dismiss the Amended Complaint in this action on September 23, 2024, and

Whereas the month of October, 2024, includes numerous Jewish holidays when Plaintiffs' counsel are unable to work,

Now therefore the undersigned counsel for Plaintiffs and Defendant hereby stipulate that Plaintiffs shall have to and including November 8, 2024, to submit their brief in opposition to Defendant's Motion to Dismiss the Amended Complaint.

September 25, 2024                                    THE DEBORAH PROJECT

/s/

_____
Jerome M. Marcus PA Attorney ID 50708
Lori Lowenthal Marcus Attorney ID 53388
P.O. Box 212
Merion Station, PA 19066
Voice: 610 880 0100
jmarcus@deborahproject.org
lorilowenthalmarcus@deborahproject.org
*Counsel for Plaintiff Jews at Haverford*

SAUL EWING LLP

/s/

_____
Joshua W.B. Richards PA Attorney ID 204315
Levi R. Schy PA Attorney ID 329199
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA. 19102
Voice: 215.972.7737 (Richards)
      215.972.7803 (Schy)
Joshua.Richards@saul.com
Levi.Schy@saul.com
*Attorneys for The Corporation of Haverford College*

IT IS SO ORDERED, this 30th day of September, 2024.

  /s/ Gerald Austin McHugh
Hon. Gerald A. McHugh
United States District Judge