IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLY LANDAU, HJSB, HJSC, and** | : | |
| **JEWS AT HAVERFORD** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO. 24-2044** |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |
| | : | |
| Defendant. | : | |

# ORDER

This 1st day of October, 2024, it is hereby **ORDERED** that Plaintiff's Motion to Compel Discovery, ECF 16, is **DENIED.** Considering the issues raised in the pending Motion to Dismiss, ECF 17, judicial economy is best served by deferring discovery until resolution of the pending motion.

/s/ Gerald Austin McHugh
United States District Judge