# **EXHIBIT <u>B</u>**

**Friday, November 8, 2024 at 13:18:04 Eastern Standard Time**

**Subject:** The ADL Event and The End of Civil Discourse on Campus
**Date:** Tuesday, October 1, 2024 at 7:11:28 PM Eastern Daylight Time
**From:** Richard Freedman
**To:** Wendy Raymond, John McKnight, Linda Strong-Leek, T. Muriel Brisbon

Dear Wendy, John, Linda, and Muriel,

I write, once again, to express my outrage at the toxic atmosphere for Jewish faculty, staff, and above all students here on campus. My workplace has become a hostile environment for me, and for my community.

Yesterday's "Meeting the Moment" debacle during the ADL presentation was just the latest in a long series of insults hurled at me and my community during the last nearly 12 months. No doubt there are many besides me. The fact that we don't hear from them just shows how thorough and successful the intimidation has been.

The session was supposed to have been an introduction to Anti Semitism by a noted civil rights organization founded after the wrongful conviction and subsequent lynching of Leo Frank in Georgia in 1913). That event, in case you are not familiar with it, traded on all the usual antisemitic canards, and inevitably some of the nastiest racist ones, too, and is widely noted as an important but ignominious milestone in the long resurgence of the KKK. So the story here is not only about Jews, but about the ways in which intolerance harms everyone. It makes me sick to my stomach to think that Haverford students could be so ignorant of such an important lesson from our racist, anti semitic past.

So it's with special irony that the ADL was tagged by students (and some faculty who cheer them on) as a 'genocidal, racist, anti semitic organization' for the week leading up to this event. And I suppose it's their right to repeat the absurd canards (founded on such spurious texts as the Protocols of the Elders of Zion, which themselves are repeated by our friends in Teheran) about Jews. This, too, is a failure in education.

Then, just to add insult to injury (and more importantly to the potential for serious violence here on campus) we had a January 6 style mob directly outside the Bryn Mawr Room here on campus, screaming at the tops of their lungs, using bullhorns, banging on pots and pans and pounding on the windows. Apparently they snuck into the space overnight and zip tied all the blinds in the 'up' position in order to better intimidate those who assembled. Someone figured that out and removed the zip ties.

I cannot speak for others, but the combination of mob and zip ties made me feel a bit like Mike Pence or Nancy Pelosi. I don't want to think what our 20 year old students in the room thought of this. The thought that our students have adopted the mob tactics of the Proud Boys is yet another mark of just fundamentally we are failing them.

Meanwhile _in_ the room we were treated to a series of performance pieces in which a series (there were three who outed themselves) students stood up, ripped off their hoodies (but

remained masked) and read (not very well) from prepared scripts. That these were Jewish students, who apparently feel compelled to engage in such ungrounded denunciation of themselves represents another failure, one that recalls nothing so much as the autos-da-fé of the Inquisition, which (as a ticket to their self-destruction) Jews were obliged to perform their own renunciation. These, too, were scripted events.

With each, John McKnight eventually stood in front of them (and tried to get them to stop). Then they were escorted from the room by security (I counted six members of the Safety staff, plus various others staffers running all over the room to no avail). Our speaker tried to ask these kids if there was some question, or they wanted to talk about something specific. But they were not listening, and they were definitely not learning.

As I wrote to John yesterday, I don't envy his obligation to deal with these students. But I was nevertheless astonished that at one point he actually _invited_ others to 'disrupt now', or. . . . .something he did not say would happen. It was not clear to me why he did this, or what consequences there might be for any of it. Apparently, none that I am aware of.

Perhaps there were consequences from the time some three weeks ago when the Students for Peace renamed themselves the Students for The Liberation of Palestine 'by any means necessary'. If there were, I did not hear about them. Given that context, I again wonder what 'necessary means' might have seemed imminent had the students on the outside managed to break a window, or we found some zip ties left over from the night raid.

When we left there was a phalanx of students at the front of the DC, mainly masked, also shouting more of the same.

I thought students came to Haverford to learn to manage complexity and not to indoctrinate themselves or threaten their peers. Apparently I am wrong. They are no different than the Red Guards who hounded their teachers, or the students at German universities 90 years ago who found and burned books. Being educated and being a fascist (as I explain to my students when I explain to them how Goebbels had a PhD in the history of theater) are not mutually exclusive.

Haverford College is no longer worthy of its name. It's not the school you knew. And it's not the place where I have taught and labored for over 38 years. I don't know whether there is time to undo the damage, but your silence tells me that it's not likely. And so once again I am asking Wendy, as our leader, to take a stand: tell them to Cut It Out.

Respectfully submitted,

Richard Freedman


--
Richard Freedman
Professor of Music
John C. Whitehead '43 Professor of Humanities
Haverford College

Haverford, PA 19041

Distinguished Fellow
Faculty of Humanities
The Hebrew University of Jerusalem (2024 – 2026)


http://www.haverford.edu/users/rfreedma

Schedule meeting here.