IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLY LANDAU et al., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | No. 2:24-cv-02044-GAM |
| | : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : | ORAL ARGUMENT REQUESTED |
| | : | |
| *Defendant*. | : | |

**MOTION BY PLAINTIFFS "HJSB" AND "HJSC" TO PROCEED UNDER PSEUDONYMS**

Plaintiffs "HJSB" and "HJSC" hereby move to proceed under their respective pseudonyms for the remainder of this litigation and to limit disclosure of their true names to the parties, their counsel, and to persons employed in the law offices of their counsel. Alternatively, should the Court decline to grant Plaintiffs leave to use their respective pseudonyms for the remainder of this litigation, then Plaintiffs request that the Court permit them to use their pseudonyms for as long as they are enrolled at Haverford. Plaintiffs rely on their accompanying brief. A proposed order granting this motion is also attached.

Respectfully submitted,

*/s/ Jerome M. Marcus*

Jerome M. Marcus
PA Attorney ID 50708
Lori Lowenthal Marcus
PA Attorney ID 5338
THE DEBORAH PROJECT

1

P.O. Box 212
Merion Station, PA 19066
(610) 880-0100 (tel.)
(610) 664-1559 (fax)

*Counsel for Plaintiffs*

Date: November 8, 2024

## CERTIFICATE OF SERVICE

I, Jerome M. Marcus, hereby certify that on the date set forth below, the foregoing document will be filed electronically and made available for viewing and downloading from the ECF system. Service will be made electronically on the following persons:

Jerome M. Marcus
jmarcus@marcuslaw.us

Joshua W.B. Richards
joshua.richards@saul.com

Levi R. Schy
levi.schy@saul.com

*[signature]*

Jerome M. Marcus

Date: November 8, 2024