IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ALLY LANDAU et al., | : | |
| | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| v. | : | No. 2:24-cv-02044-GAM |
| | : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**ORDER**

**AND NOW**, this ____ day of _____ 2024, upon consideration of the Motion by Plaintiffs "HJSB" and "HJSC" to Proceed Under Pseudonyms (the "Motion"), and any response thereto, it is hereby **ORDERED** as follows:

**1.** The Motion is **GRANTED**.

**2.** Plaintiff "HJSB" may continue to proceed in this litigation under that pseudonym, and the docket shall continue to reflect her name as such. "HJSB" shall continue to be referred to under that pseudonym in all future papers filed in this litigation.

**3.** Plaintiff "HJSC" may continue to proceed in this litigation under that pseudonym, and the docket shall continue to reflect her name as such. "HJSC" shall continue to be referred to under that pseudonym in all future papers filed in this litigation.

**4.** Plaintiffs "HJSB" and "HJSC" shall provide their true names to the Court by filing a notice under seal within five days of entry of this order.

**5.** The actual names of "HJSB" and "HJSC" shall be available to the attorneys in this litigation, who shall not disclose or permit disclosure of these names except to their law partners, associates, and persons employed in the law offices of such attorneys.

2

**BY THE COURT:**

_____
Hon. Gerald Austin McHugh, U.S.D.J.

Date: