# EXHIBIT B

JVP continued to speak, and paused. A fourth student then stood up, to be sound of exasperation from some attendees. This fourth interruption continued for approximately the allotted 30 seconds, but was cut off again by Dean McKnight, with the statement "Alright, this is not dialogue, this is not educational, please leave the room."

Haverford Professor Barak Mendelsohn posted multiple responses to the disruptions on X, including this statement: "Instead of showing disrupters severe consequences, they were invited in to administrator [sic's speakers' consent]. Adding insult to injury, they were allowed time to spew their hatred to people there to learn about antisemitism not to experience it."

Mendelsohn was not in attendance at the workshop, but compared the disrupters to KKK members speaking in a workshop on racism: "Imagine allowing KKK members to speak in workshop on racism. At Haverford College all standards disappear when Jews are involved." Mendelsohn declined to speak with the Bi-Co News in connection with this article.

Over a week after the workshop, Dean McKnight sat down with the Bi-Co News. Asked her comment on the method by which student protestors chose to protest, and why he marked it as "not dialogue," McKnight replied, "My response in the moment was that, you know, that wasn't dialogue, because in the moment there was not any interest among the people in the room in actually hearing what they had to say, so that was what I was referring to. However, what I think is absolutely the case, is there continue to be dialogues now as a result of that disruption in the room about the ADL, about – it definitely opened up a conversation about the ADL, and I think people are more conscientious than they are the actual content that was being expressed that day, and that's what I was concerned about. So, students have the right to demonstrate, they have the right to express themselves freely, the manner in which students chose to disrupt that particular event made the dialogue about campus disruptions and not about the content of that real disagreement is over, which is defining antisemitism and responding to it."

A student organizer with JVP, who asked to remain anonymous for fear of potential backlash, noted that though they had planned these disrupters in the audience, there were also students present who were not a part of JVP but had coordinated with them to ask questions at the presentation's close. The organizer said their goal was, in part, "to show folks the degree to which the Zionist folks were not willing to discuss with us – now I understand that can sound hypocritical," they said, "but we did have folks inside, who were trying to ask difficult questions, which is what good dialogue is supposed to be about, and from what I understand, the ADL hosts was unwilling to answer difficult questions of how you or the Zionist [...] I mean, another thing with the position is more or less to – with their money and with their power – to silence [anti-Zionists]. And our goal wasn't to give them a second chance, I think they've had a couple chances over the past century. The goal was to show the people who came, thinking that this was going to be their real people who want to engage in dialogue, that when we try to do that they're not going to do it. I think ... the ADL is somewhat part the point of ... an appropriate reception of good-faith dialogue attempts."

Asked what their response was to complaints lodged about intimidation and now feeling more frightened on their own campuses, the organizer replied, "I don't want to delegitimize fear. Regardless of what you're fearful of, fear in itself has negative consequences on one's life, and is hurtful. That said, I hope that people who feel threatened and fearful and hurt by certain atmospheres can understand that what is worse and more fearful than an atmosphere of certain rhetorical 'this or thats' is the legitimate, credible threats that the ADL makes against specific peoples. I think when you have such a divisive political [discussion] going on, you're going to have various rhetorical pushes. You know, it's just on the nature of power to feel threatened. You can't make everybody happy. The question is, who is being threatened most? I think that's a statistic with a pretty easy answer to acquire."

As a result of their actions, disruptors are going through disciplinary processes. According to Dean McKnight, there is a resolution process underway to determine possible sanctions on student disruptors, due to complaints lodged by parties whose identities he was not at liberty to divulge. Those main branches of policy were most concerning to administrative members and those lodging complaints: the requested disruption of the ADL speakers, the intentional barring on the on-campus event, and finally the fact that prior to the event, someone had clip-tied the blinds to remain open in the room, which, McKnight said, constitutes tampering with the building in ways that could create unsafe conditions.

The student who attempted to grab a chanter's paper from their hand, and was surreptitiously taking photographs of every disrupter on their phone, has also met with members of administration about her conduct. McKnight is not at liberty to speak about the students' personal disciplinary process, though he said, "that response [grabbing the paper, taking photos] in the moment also is considered by the Dean's Office to be an escalation. That is also concerning ... There have been conversations with that student as well."

The JVP student organizer we spoke with made it clear that this process of disciplinary action is just part of protest: "Whenever you're doing organizing, there's always a threat that the powers that be are going to turn their hand towards you and that you can never fully diminish that."

Asked whether JVP would have done anything differently, especially considering that some received the protest as diverting attention from the crucial issue to more narrow and campus-specific politics, the student organizer we spoke with said, generally, no. There are always some small elements of organizing which could go more smoothly, they said, but "tangibly... I was very pleased with how it went. Other folks in JVP were very pleased with how it went."

McKnight, however, has regrets. Reflecting on the week post-workshop, he said, "since that event, I've spent the majority of my time reacting to a lot of people who have different reactions to the disruption ... I did reach out on both sides of that event whenever they may stand on what happened – some people were very tolerant of the kind of demonstration that was happening on campus. I talked as well as inside, but most people in the room for the event were not only not tolerant but felt it was a breach of community trust and they felt intimidated, harassed ... so I've been spending time – not just me, lots of people – have been spending time thinking about the campus community and these dynamics as opposed to having the dialogue about the content of the event. And I think that is really disappointing. I think the Dean's Office went to far speaking that on as opposed to, had there been other approaches, perhaps we might have made it further along in the ongoing dialogue about antisemitism on campus."

He continued, "I think a lot of what happened made sense. JVP made some posts on social media about its stance, and provided information about the ADL, and what they were upset about, and I think some people had not heard that information before, and some people maybe who wanted an opportunity to question [the] ADL's practices now can. I think those who were supportive of the ADL's practices, now can do so, as well, which is fine. I think I take issue with the pretense that happened outside – well, most of it. It was an attempt to draw attention and awareness to what they were upset about, it was inappropriate about what the ADL was sharing. So, no problem with any of that, [but] the disruption inside the room and then of course some of the hanging on the windows and walls outside the building again shifted the dynamic from one of awareness–raising and educational exchange and dialogue towards more feelings of questioning safety and security, and now people feeling like there's hostility directed towards them as individuals or as a group and so that's the part that I regret."

The Haverford College Meeting the Moment initiative is making a point of inviting speakers with differing perspectives to campus. On October 21st, less than a month following the ADL workshop, a lecture will be held, titled "Judaism Does (Not) Equal Zionism: Exploring American Jews' Complicated Relationship to Israel/Palestine," given by Rebecca Alpert, Professor of Religion Emeritus at Temple University.

The JVP organizer pushed back on the suggestion that this method could foster effective dialogue. "The issue that JVP takes with inviting the ADL and then inviting folks who agree about the ADL is not an approach to solving dialogue. That is – the biggest problem with the ADL isn't their rhetoric, but is their ability to use violence, to fund violence, to surveil, to take away peoples' power against their will by physical and tangible ways, which I would assume the speaker later in the afternoon did not have the power to do." The organizer refers here to another event which took place the same afternoon as the ADL workshop. Presented as part of the Cooper Series at Swarthmore College, co-sponsored by the John B. Hurford '60 Center for the Arts and Humanities and the Haverford College Department of Anthropology, The event featured Usama Makdisi, Professor of History at UC Berkeley, giving a lecture on "Overwriting Palestine: Genocide and Denial in the 21st Century."

What is the merit, then, of creating a space for dialogue between groups of people who each believe the others are actively trying to commit violence against their culture, religion, and/or country?

"Dialogue is different from other forms of communication in that it's not about convincing the other side that they're wrong," Dean McKnight said. "It's about understanding where other people are coming from, where the other person comes from, trying to deepen a sense of human connection with others. So even if I completely, vehemently disagree with what somebody is saying, my humanity sees their humanity and recognizes that it matters to them deeply, and that's not easy to do. It relies on people having skills that they have to develop in active listening. It requires a host of emotional regulators, and it also requires some trust building ... This is a really hard moment to be asking people to engage in dialogue ... and yet, our mission includes teaching people how to do so. I think that's really important. And that's what the Meeting the Moment initiative is trying to do, to make it possible for ideas to be expressed, challenged, questioned, rejected. And all of that can happen in an institution of higher learning."

Correction: A previous version of this story mistakenly stated that Professor Barak Mendelsohn was an attendee at the ADL workshop. In fact, Professor Mendelsohn was not in attendance, and his online commentary relating to the event was based on information received from an attendee.

## Author



### Jessica Schott-Rosenfield

View all posts    Co-Editor-In-Chief

## Subscribe to the Bi-College Newsletter

STAY UP TO DATE WITH THE BIGGEST HEADLINES, DELIVERED STRAIGHT TO YOUR INBOX.

First name *

Last name *

Email Address *

Visited 1 times, 1 visit(s) today

---

Related

President Raymond Orteig Raises Record Amount at Reelection of Official Statements
September 28, 2024
In "Haverford"

Bi-Co IVP Holds Alternative Teach-In Opposing ADL's "Antisemitism 101" Workshop
October 21, 2024
In "Haverford"

Bi-Co IVP Event Criticized as Antisemitic by the Jewish Federation of Greater Philadelphia
April 15, 2024
In "Haverford"

---

Previous Article
Bi-Co Sports Updates Sept. 29–Oct. 5

Next Article
Bi-Co IVP Holds Alternative Teach-In Opposing ADL's "Antisemitism 101" Workshop

## You May Also Like





Bi-Co Voters Line Up on Election Day, Share Political Views, Hopes, and Fears
November 5, 2024

Antonio Dieli Sworn in as Philadelphia Mayor Endorses Proposed More Arena
November 5, 2024

Polls Unlikely to Accurately Predict PA Vote in the 2024 Election
November 1, 2024

---

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *   Email *

Website

☐ Yes, add me to your mailing list

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.

[POST COMMENT]