# EXHIBIT C

# Office of the **Registrar**

- Home
- Academic Calendar
- Course Registration
- Lotteries
- Transcripts
- Sophomore Major Declaration Process
- Forms
- Faculty Resources
- Quaker Consortium
- **FERPA**
- Contact & Staff

## FERPA

In accordance with the [Family Educational Rights and Privacy Act](#) (FERPA) of 1974, as amended, Haverford College abides by this Student Records Policy with respect to education records: (I) disclosure of directory information; (II) personally identifiable information; and (III) Non-education records; (IV) student rights to inspect, review and seek amendment of their records.

Education records are defined as any records directly related to a student and maintained by the College or by a party acting for the College. This includes any records in any type of medium (handwritten, print, email, magnetic tape, film disk, etc.).

**Download the FERPA Guide**

**Directory Information** +

**Photographic Images** +

**Personally identifiable Information** −

Haverford College will not release personally identifiable information contained in education records or allow access to those records without prior consent of the student. Personally identifiable information is defined as first and last names (or first initial and last name) in combination with any one of the following: social security number, name(s) of students family members, address(es) of students family members, Haverford College ID number, race, gender, religion or any other information that would make it possible to trace the student's identity. Other types of personally identifiable information include, but are not limited to: advising records, disciplinary records, medical or psychiatric records, transcripts, letters of recommendation and records (high school transcript, SAT scores etc). Basically, anything that contains enough demographic or other information that points to a single student.

Haverford College will not disclose personally identifiable information without a written, signed and dated consent which specifies to whom the disclosure is being made, the purpose of the disclosure and what records are to be disclosed. You may use the [authorization form](#) to release this information.

Under the guidelines of FERPA the College may release personally identifiable information under the following circumstances.

1. Haverford College School officials who have a legitimate educational interest. College Officials may include but are not limited to: Board of Trustees, the President, Provost, Associate and Assistant Provosts, Deans, Department Chairs, Faculty Members, General Counsel or auditors providing services on behalf of the college. A school official has a legitimate educational interest if the official needs to review an education record in order to fulfill their professional responsibility.
2. In case of an emergency where it is necessary to protect the safety of a student, information may be released to the appropriate individuals including the student's parents.
3. To federal, state and local officials.
4. To officials of other educational institutions to which a student has applied or enrolled where it relates to the student's transfer.
5. To the parents of a student under the age of 21 where there has been a violation of state or local law or College policy as it relates to the possession of alcohol or controlled substances.
6. To comply with a subpoena. An attempt will be made to notify the student of the subpoena if permitted to do so legally.

🔗 Permalink

**Non-Education Records** +

**Students' Rights under FERPA** +

🏠 > REGISTRAR > FERPA

---



## HAVERFORD COLLEGE

### FOUNDED 1833

370 Lancaster Avenue, Haverford, PA 19041
(610) 896-1000

| COME SAY HELLO | GET TO KNOW US | JOIN OUR COMMUNITY |
|---|---|---|
| Directions | About Haverford | Job Openings |
| Visit Campus | Facts & Statistics | Faculty Positions |
| Campus Map | Land Acknowledgment | Non-discrimination Policy |
| | Download Viewbook | |

© 2024 Haverford College. All Rights Reserved.    Made with love by Black Squirrels.