IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLY LANDAU, HJSB, HJSC, and JEWS AT HAVERFORD<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF HAVERFORD COLLEGE<br><br>Defendant. | CIVIL ACTION NO.<br><br>No. 2:24-cv-02044-GAM |

### DECLARATION OF JOSHUA W. B. RICHARDS, ESQ.

I, JOSHUA W. B. RICHARDS, declare as follows:

1. I am admitted to practice before this Court.

2. I am a partner at the law firm Saul Ewing LLP, counsel for Defendant The Corporation of Haverford College ("Haverford" or "the College") in this proceeding.

3. I submit this declaration in support of Haverford's Response to Motion by Plaintiffs "HJSB" and "HJSC" to Proceed Under Pseudonyms.

4. In support of Haverford's Response to Motion by Plaintiffs "HJSB" and "HJSC" to Proceed Under Pseudonyms, I attach true and correct copies of the following exhibits:

    1. <u>Exhibit 1</u>: May 2024 Email Correspondence; and
    2. <u>Exhibit 2</u>: November 2024 Email Correspondence.

I declare that the foregoing is true and correct.

53396507.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: November 22, 2024 | /s/*Joshua W. B. Richards*<br>Joshua W. B. Richards<br>SAUL EWING LLP<br>1500 Market Street, 38th Floor<br>Philadelphia, Pennsylvania  19102<br>(215) 972-7737<br>joshua.richards@saul.com |
|  | *Counsel for Haverford College* |