IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLY LANDAU, HJSB, HJSC, and JEWS AT HAVERFORD** : : : | |
| : | **CIVIL ACTION** |
| **v.** : | **No. 24-2044** |
| : | |
| **THE CORPORATION OF HAVERFORD COLLEGE** : : | |

**ORDER**

This 13th day of December, 2024, upon consideration of Plaintiffs' Motion to Proceed Under Pseudonym, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion is **GRANTED in part.** "HJSB" and "HJSC" and may continue to proceed in this litigation under their respective pseudonyms, and shall be referred to as such on the docket and in all future papers filed in this litigation.

2. Within five days of the entry of this order, Plaintiffs must clarify whether "HJSD" and "HJSE" are parties or non-party witnesses. If "HJSD" and "HJSE" are non-parties, allegations describing them as parties will be deemed stricken from the Amended Complaint (ECF 14). If they are parties, their identities must also be disclosed at this time.

3. Within five days of the entry of this order, Plaintiffs "HJSB" and "HJSC" shall provide their actual names to the Court by filing a notice under seal. Plaintiffs' actual names shall be revealed exclusively to counsel and Haverford employees directly involved in defense of this action.

/s/ Gerald Austin McHugh
United States District Judge