IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLY LANDAU HJSB, HJSC, and JEWS AT HAVERFORD, | : : | |
| Plaintiffs, | : : | Civil Action No. 2:24-cv-02044 (GAM) |
| v. | : : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : : : | |
| Defendant. | : | |

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

On December 13, 2024, by Order at Docket # 30 in this action, this Court ordered Plaintiff to file a notice under seal identifying the persons denominated in the First Amended Complaint as HJSB and HJSC. Yesterday, Plaintiffs submitted to the Clerk the notice (Docket # 31) complying with this directive, and have served the same upon counsel for Defendant by email. Plaintiffs now move this Court for an Order permitting the filing of that document (Docket #31) under seal, as the Court directed.

DATED: December 19, 2024                                          Respectfully submitted,

 

 

_/s/ Lori Lowenthal Marcus_
Jerome M. Marcus, PA Attorney ID 50708
Lori Lowenthal Marcus, PA Attorney ID 5338
THE DEBORAH PROJECT
P.O. Box 212
Merion Station, PA. 19066
Voice: 610.880.0100
FAX:  610.664.1559

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLY LANDAU HJSB, HJSC, and JEWS AT HAVERFORD, | : : | |
| Plaintiffs, | : : | Civil Action No. 2:24-cv-02044 (GAM) |
| v. | : : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : : : | |
| Defendant. | : | |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION
FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

AND NOW this ____ day of December, 2024, upon Plaintiffs' Motion for Leave to File Document Under Seal, dated December 19, 2024, it is hereby ORDERED that the Motion is GRANTED.

The clerk is directed to file the document at Docket #31 under seal.

_____
Hon. Gerald A. McHugh, U.S.D.J.