**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALLY LANDAU, HJSB, HJSC, and** : | |
| **JEWS AT HAVERFORD** : | |
| : | |
| v. : | **CIVIL ACTION** |
| : | **NO. 24-2044** |
| **THE CORPORATION OF** : | |
| **HAVERFORD COLLEGE** : | |

# ORDER

This 6th day of January, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, ECF 17, is **GRANTED,** and that the Complaint, ECF 14, is **DISMISSED,** without prejudice. Plaintiffs are **GRANTED** leave to amend within twenty-one days if they can cure the defects in the Complaint.

/s/ Gerald Austin McHugh
United States District Judge