

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Clerk's Office, Room 2609
601 Market Street
Philadelphia, PA. 19106

**Case Name:**
ALLY LANDAU HJSB, HJSC, and JEWS AT HAVERFORD
v.
THE CORPORATION OF HAVERFORD COLLEGE

**Case Number:**
2:24-cv-02044-GAM

**Description of Files:**
This submission includes the audio files related to the Second Amended Complaint. These audio files are provided in accordance with the Court's filing requirements.

**Method of Delivery:**
The audio files are being delivered on a USB drive to the Clerk's Office and the defendants, as instructed.

**Date of Submission:**
January 27, 2025

**Submitted By:**

*Jerome M. Marcus, Esq.*
The Deborah Project
610.664.1184 (phone)
P.O. Box 212   Merion Station, PA  19066
jmarcus@deborahproject.org

United States District Court E.D. of PA.

Clerks Office, Room 2609

601 Market Street

Philadelphia, PA. 19106

U.S.M.S. X-RAY