IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLY LANDAU, HJSB, HJSC, and JEWS AT HAVERFORD<br><br>Plaintiffs,<br><br>v.<br><br>THE CORPORATION OF HAVERFORD COLLEGE<br><br>Defendant. | CIVIL ACTION NO.<br><br>No. 2:24-cv-02044-GAM |

**DEFENDANT THE CORPORATION OF HAVERFORD COLLEGE'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

For the reasons set forth in the Memorandum of Law filed concurrently with this Motion, Defendant the Corporation of Haverford College ("Haverford" or "the College"), moves to dismiss with prejudice the claims asserted against it by Plaintiffs Ally Landau, HJSB, HJSC, and "Jews at Haverford" in their Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Haverford respectfully requests argument on this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **SAUL EWING LLP** |
| Date: February 10, 2025 | s/ *Joshua W. B. Richards* |

Joshua W. B. Richards/204315
Levi R. Schy/329199
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7737 (Richards)
(215) 972-7803 (Schy)
Joshua.Richards@saul.com
Levi.Schy@saul.com

*Attorneys for Haverford College*