Exhibit 2

Exhibit 2 to be filed under seal