# Exhibit 3

**From:** Barak Mendelsohn <bmendels@haverford.edu>
**Date:** October 10, 2023 at 9:01:13 PM EDT
**To:** John McKnight <jmcknight@haverford.edu>
**Cc:** Linda Strong-Leek <lstronglee@haverford.edu>, Nikki Young <tyoung1@haverford.edu>
**Subject: Re: [hc-allstudents] Fwd: "Israel at War" A Teach-In by Professor Barak Mendelsohn TOMORROW 10/11 12Noon**

Ill take on your word and be happy to see somebody else doing other events from other perspectives. I'm a security studies scholar and do my thing. Instead of criticizing me for actually doing something, organize additional events. We will all benefit. Barak

On Tue, Oct 10, 2023 at 8:49 PM John McKnight <jmcknight@haverford.edu> wrote:

> Barak,
>
> It was not at all my intent to offend you and I apologize for doing so. Regrettably, I don't yet know you or your work, which makes an email exchange like this one especially fraught. I intended to convey student concerns that have come my way and now I have. I would expect nothing less than critical and nuanced analysis from an esteemed professor at Haverford College and that is exactly what I've conveyed to students. And, still, there's always interest among students in hearing multiple informed perspectives from their amazing faculty across disciplines. This isn't to diminish or undervalue the expertise you bring--I started with a thanks for your generous offering and I'll circle back to that sincere appreciation.
>
> If there's anything further you'd like to discuss, I'm happy to make the time.
>
> All my best,
> John
>
> On Tue, Oct 10, 2023 at 8:37 PM Barak Mendelsohn <bmendels@haverford.edu> wrote:
>
>> Dear John,
>> I'm sure you will deal capably with students' emotional problems. And I'll do my work and give an unbiased analysis as I always had. I wished you checked my record of critical and nuanced analysis before writing this email. Students may doubt my academic integrity, I hope you don't, and that will do your job underscoring this to worried students.
>> And fears of rising antisemitism is a lame excuse. As a Jew I'm appalled.
>>
>> Barak
>>
>> On Tue, Oct 10, 2023 at 7:22 PM John McKnight <jmcknight@haverford.edu> wrote:
>>
>>> Dear Barak,

1

This is a note to thank you and the Poli Sci department for quickly mobilizing to offer a teach-in opportunity and for your compassionate reply to ▮. I also appreciate your clear articulation that these kinds of in-the-moment educational opportunities align with and promote the College's mission. I support your view point on this and wanted to just share a few thoughts as you're preparing for tomorrow.

I do want to let you know that ▮ is not alone in expressing some worries about the event. I've heard from several students today that they, too, have some concerns about the teach-in because they fear that an overtly political focus has potential to stoke anti-Semitic and/or Islamophobic sentiments and behaviors on campus. A Palestinian student told me today, for example, that they were taken aback by the text description of the event on the flyer because it seems to ignore the significant losses of Palestinians over decades.

In my experience, when students are in such an emotional state, perhaps understandably, they become incredibly anxious and start imagining all of the worst possible scenarios. I have tried to assuage their fears by saying that in the absence of College-led educational offerings like this one, people would likely look to mass media to inform their viewpoints—and that seems like a much more dangerous prospect. I'm not sure the students I've spoken with totally concede this point, but they have been listening attentively and grappling with ideas about how to prevent negative ripple effects on campus in the days and weeks ahead. The dean's office will continue doing everything we can to support ▮ and so many others through this extraordinarily difficult time.

Unfortunately, I am personally unable to attend the event tomorrow. I hope that faculty who work in the region will be present and willing to contribute their perspectives and multidisciplinary areas of expertise. I have found that these kinds of events can have a greater impact when there are several experts in dialogue with one another providing nuanced perspectives. I am copying my colleagues Nikki Young and Linda Strong-Leek because we are all working hard to promote a culture of dialogue on campus and we want to support these efforts elsewhere as much as we can. Please let us know if there are any ways we can be helpful to you or the department as you help our students learn about these seemingly intractable problems.

All my best,
John


On Tue, Oct 10, 2023 at 5:44 PM Barak Mendelsohn <bmendels@haverford.edu> wrote:

▮

I'm sorry for your sufferings, my family was affected too. However, this is our mission as an academic institution to educate, especially when things are happening, not after. In addition, while you may are legitimately focused on processing and grieving, and don't care to think about the strategic consequences, the fact that this conflict could be putting American forces' lives on the line makes it imperative for us as an American institution to educate. The movement of a large number of American forces to the Mediterranean, threats to Hezbollah and Iran that the US will respond if they get involved, is not something we can wait to discuss. Believe me, I wish I could have done this event early next week, especially so that I'll be able to grasp better which of the strategic paths this conflict is heading. However, because of fall break, tomorrow had to be the day. Naturally nobody expects your attendance, but I also doubt that you have the right to prevent others who are interested in gaining knowledge from pursuing it.

Sincerely

bm

On Tue, Oct 10, 2023 at 5:22 PM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

Hello Krista and Barak,

Thank you for trying to do something in this challenging time.

I have to write and ask you to please understand that this is not the time for an event like this.

I understand that there's a need for education, but it's in bad taste to hold an event about the "strategic consequences" of the war when there are people who have just died, are still dying, or are missing.

There are students and families (like mine) who are affected and need this time to process and grieve, not discuss.

Please find other ways to support our community.

Thanks,


On Tue, Oct 10, 2023 at 1:38 PM Krista McDonnell <kmcdonnell@haverford.edu> wrote:

# Friends,

Professor Barak Mendelsohn of political science, will be hosting a teach-in on the War in Israel. The teach-in will focus on and discuss the events of recent days, their strategic consequences, and where the war could be going.

All are welcome and the event is open to the public.

**When:** Wednesday, October 11  12:00noon
**Where:** VCAM001- Screening Room

3



4

--
**Krista McDonnell**
*Faculty Administrative Assistant*
Haverford College
370 Lancaster Ave., Hall Building 101
Haverford, PA 19041
**PH:** 610-896-1075 **FAX:** 610-896-1495

--
Barak Mendelsohn, PhD
Professor of Political Science
Haverford College, Haverford PA 19041

--
_____
**John F. McKnight, Jr.** (*he/him*)
Dean of the College
Haverford College
370 Lancaster Avenue
Haverford, PA 19041

*Follow me on Instagram* **@dean.jmcknight**

--
_____
**John F. McKnight, Jr.** (*he/him*)
Dean of the College
Haverford College
370 Lancaster Avenue
Haverford, PA 19041

*Follow me on Instagram* **@dean.jmcknight**

5