# Exhibit 4


**To:** Danielle Lynch[dlynch1@haverford.edu]
**Cc:** Grace Elliott[gelliott1@haverford.edu]; John McKnight[jmcknight@haverford.edu]
**From:** Allyson Landau[alandau@haverford.edu]
**Sent:** Fri 2/2/2024 9:26:28 AM (UTC-05:00)
**Subject:** Re: Blue Square Game

Yes, I would definitely like to find another way to get the word out!

On Thu, Feb 1, 2024 at 10:36 PM Danielle Lynch <dlynch1@haverford.edu> wrote:

> Ally,
> I certainly understand the position you're in and the good that you're trying to bring. I appreciate your bravery and action. While I acknowledge and respect your decision to cancel the themed event, can we brainstorm another way to get the word out on this very important cause? I am happy to ideate together and plan a project to stop all forms of hate and make a difference on campus.
>
> Kindly,
> *DANIELLE LYNCH*, M.S.Ed.
> **Director of Athletics**
> (Preferred Pronouns: She/Her/Hers)
> Donate to Friends of Haverford Athletics
> _____
> **HAVERFORD COLLEGE**
> | 370 Lancaster Avenue | Haverford, PA 19041
> tel (610) 896-1120| fax (610) 896-4220|
> DLYNCH1@HAVERFORD.EDU | haverfordathletics.com
> RESTORATIVE | ACTIVATOR | INPUT | RELATOR | COMPETITION
>
>> On Feb 1, 2024, at 9:32 PM, John McKnight <jmcknight@haverford.edu> wrote:
>>
>> Thanks, Ally. That's what I expected.
>> All my best,
>> Dean McKnight
>>
>> On Thu, Feb 1, 2024 at 9:27 PM Allyson Landau <alandau@haverford.edu> wrote:
>>
>>> Also, from what I am hearing, there might be some backlash about cancelling. I have told everyone that this was completely my decision, but I'm sure you will still hear from some people anyway. So I'm sorry about that in advance and thank you again for all your help.
>>>
>>> On Thu, Feb 1, 2024 at 9:24 PM Allyson Landau <alandau@haverford.edu> wrote:
>>>
>>>> Thank you!
>>>>
>>>> On Thu, Feb 1, 2024 at 9:23 PM John McKnight <jmcknight@haverford.edu> wrote:
>>>>
>>>>> Hi Ally,
>>>>>
>>>>> Thanks for meeting with us today and for following up to share your and the team's decision. I'm sure this is a disappointment, but I respect your passion and energy to raise awareness on campus about anti-Semitism.
>>>>>
>>>>> I want to let you know that members of the senior administration are in dialogue with Rabbi Eli and

others about how the College can do a better job of supporting Jewish students. There will be more campus-wide efforts to come and you'll be among the first people I reach out to connect with those engagement opportunities.

Thanks for your thoughtful reflection. Please reach out to us again at any time if you have follow-up questions or concerns.

All my best,
Dean McKnight

On Thu, Feb 1, 2024 at 8:50 PM Allyson Landau <alandau@haverford.edu> wrote:

Hi Danielle and Dean McKnight,
Thanks for meeting with me today. After thinking it over and discussing it with my team, I have decided not to have the Antisemitism Awareness game. I have let my team and anyone else who was planning on coming know, and I asked Rabbi Eli (from the Chabad house) to let all the alumni know who had been planning on coming since he has been in contact with them. Thanks again for trying to make sure it would have run smoothly.

 - Ally


--

_____
**John F. McKnight, Jr.** (*he/him*)
Dean of the College
Haverford College
370 Lancaster Avenue
Haverford, PA 19041

*Follow me on Instagram* **@dean.jmcknight**



--

_____
**John F. McKnight, Jr.** (*he/him*)
Dean of the College
Haverford College
370 Lancaster Avenue
Haverford, PA 19041

*Follow me on Instagram* **@dean.jmcknight**

**To:** Danielle Lynch[dlynch1@haverford.edu]
**From:** Allyson Landau[alandau@haverford.edu]
**Sent:** Tue 4/16/2024 12:26:10 PM (UTC-04:00)
**Subject:** Re: Antisemitism Awareness Table

I've actually decided to go home this weekend for Passover, but I will see if anybody who is on campus would want to work the table for me and let you know.

Thanks again,
Ally

On Tue, Apr 16, 2024 at 11:56 AM Danielle Lynch <dlynch1@haverford.edu> wrote:

> Hey Ally,
>
> Should I order a table for Saturday?
>
> Kindly,
> DANIELLE LYNCH, Ed.D
> *Director of Athletics*
> *(Preferred Pronouns: She/Her/Hers)*
> *Donate to Friends of Haverford Athletics*
> _____
> **HAVERFORD COLLEGE** | 370 Lancaster Avenue | Haverford, PA 19041
> *tel* (610) 896-1120| *fax* (610) 896-4220|
> DLYNCH1@HAVERFORD.EDU | haverfordathletics.com
> RESTORATIVE | ACTIVATOR | INPUT | RELATOR | COMPETITION
>
>
>
> On Sun, Apr 14, 2024 at 9:39 AM Danielle Lynch <dlynch1@haverford.edu> wrote:
>
>> Okay. Sounds good.
>> Kindly,
>> *DANIELLE LYNCH*, Ed.D.
>> **Director of Athletics**
>> (Preferred Pronouns: She/Her/Hers)
>> Donate to Friends of Haverford Athletics
>> _____
>> **HAVERFORD COLLEGE**
>> | 370 Lancaster Avenue | Haverford, PA 19041
>> tel (610) 896-1120| fax (610) 896-4220|
>> DLYNCH1@HAVERFORD.EDU | haverfordathletics.com
>> RESTORATIVE | ACTIVATOR | INPUT | RELATOR | COMPETITION
>>
>>
>>> On Apr 14, 2024, at 9:37 AM, Allyson Landau <alandau@haverford.edu> wrote:
>>>
>>>
>>> Quick update: I was keeping the pins in Coach Grace's office and can't get in to grab them today so I will try for next weekend.
>>>
>>> Thanks again,
>>> Ally
>>>
>>> On Sat, Apr 13, 2024 at 9:44 PM Allyson Landau <alandau@haverford.edu> wrote:

Great, thanks! I have a table that I can use

On Sat, Apr 13, 2024 at 9:35 PM Danielle Lynch <dlynch1@haverford.edu> wrote:

Hey Ally,
Tomorrow can work. I don't have a way to request a table for you at this point. If you don't have one I can bring one from my house.

Kindly,
*DANIELLE LYNCH*, Ed.D.
**Director of Athletics**
(Preferred Pronouns: She/Her/Hers)
Donate to Friends of Haverford Athletics
_____
**HAVERFORD COLLEGE**
| 370 Lancaster Avenue | Haverford, PA 19041
tel (610) 896-1120| fax (610) 896-4220|
DLYNCH1@HAVERFORD.EDU | haverfordathletics.com
RESTORATIVE | ACTIVATOR | INPUT | RELATOR | COMPETITION

> On Apr 13, 2024, at 7:44 PM, Allyson Landau <alandau@haverford.edu> wrote:
>
> Hi all,
>
> Just following up about having an event in the spring similar to the one I had planned for during my season. I have hundreds of blue square pins and am hoping to have a table out at the baseball game tomorrow. Not sure if I needed permission for this or not so just wanted to check and see.
>
> Thanks,
> Ally