### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLY LANDAU, HJSB, HJSC, and JEWS AT HAVERFORD | CIVIL ACTION NO. |
| Plaintiffs, | No. 2:24-cv-02044-GAM |
| v. | |
| THE CORPORATION OF HAVERFORD COLLEGE | |
| Defendant. | |

## ORDER

**AND NOW**, this 12th day of February, 2025, upon consideration of the Consent Motion to Seal Document by Haverford College (the "Motion") filed by Haverford College on February 11, 2025, and any response in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk is **ORDERED** to **SEAL** "Exhibit 2" to Haverford College's Motion to Dismiss Plaintiffs' Second Amended Complaint.

BY THE COURT:

/s/ Gerald Austin McHugh
UNITED STATES DISTRICT JUDGE