IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:24-cv-02044-GAM |
| v. | : | |
| | : | |
| THE CORPORATION OF | : | |
| HAVERFORD COLLEGE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION ON BRIEFING SCHEDULE SUR
DEFENDANT'S MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT**

The undersigned counsel for Plaintiffs and Defendant hereby stipulate that Plaintiffs shall have to and including March 10, 2025, to submit their brief in opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

February 17, 2025                    THE DEBORAH PROJECT

                                             /s/
                                     _____
                                     Jerome M. Marcus PA Attorney ID 50708
                                     Lori Lowenthal Marcus Attorney ID 53388
                                     P.O. Box 212
                                     Merion Station, PA 19066
                                     Voice: 610 880 0100
                                     *Counsel for Plaintiff Jews at Haverford*

                                    SAUL EWING LLP

                                    /s/
                                  _____
                                  Joshua W.B. Richards PA Attorney ID 204315
                                  Levi R. Schy PA Attorney ID 329199
                                  Centre Square West
                                  1500 Market Street, 38th Floor
                                  Philadelphia, PA. 19102
                                  Voice: 215.972.7737 (Richards)
                                                215.972.7803 (Schy)
                                  *Attorneys for The Corporation of Haverford College*

IT IS SO ORDERED, this ___ day of _____, 2025.

                                                          _____
                                                          Hon. Gerald A. McHugh
                                                          United States District Judge