IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:24-cv-02044-GAM |
| v. | : | |
| | : | |
| THE CORPORATION OF HAVERFORD COLLEGE, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION ON BRIEFING SCHEDULE SUR
DEFENDANT'S MOTION TO DISMISS
THE SECOND AMENDED COMPLAINT**

The undersigned counsel for Plaintiffs and Defendant hereby stipulate that Plaintiffs shall have to and including March 10, 2025, to submit their brief in opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

February 17, 2025                                THE DEBORAH PROJECT

                                                          /s/
                                         _____
                                         Jerome M. Marcus PA Attorney ID 50708
                                         Lori Lowenthal Marcus Attorney ID 53388
                                         P.O. Box 212
                                         Merion Station, PA 19066
                                         Voice:  610 880 0100
                                         *Counsel for Plaintiff Jews at Haverford*

SAUL EWING LLP

/s/
_____
Joshua W.B. Richards PA Attorney ID 204315
Levi R. Schy PA Attorney ID 329199
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA. 19102
Voice: 215.972.7737 (Richards)
         215.972.7803 (Schy)
*Attorneys for The Corporation of Haverford College*

IT IS SO ORDERED, this 18th day of February, 2025.

/s/ Gerald Austin McHugh
_____
Hon. Gerald A. McHugh
United States District Judge

2