# Exhibit Cover Page

**EXHIBIT NUMBER  2**

| SAC ¶ | Incident |
|---|---|
| | **1. Young speech at Vigil** |
| 34 | Notice to Raymond given on Nov. 29 regarding this by Haverford alumna and by The Deborah Project demand letter (SAC Exhibit B) to President Rayment of Feb. 7, 2024<br><br>"Plaintiffs discussed among themselves" in the Whasapp group, which included all Plaintiffs<br><br>All Plaintiffs had learned of this event by May 13, 2024 |
| | **2. Admissions interviewers rejected because they were Zionists** |
| 40 | Notice: Administrators were present and witnessed it and did nothing<br>One anonymous Member of Jews at Haverford, who cannot be identified here without disclosing the student's identity, present and witnessed this event.<br><br>All other Plaintiffs learned of this event by May 13, 2024 |
| | **3. Political Science Department postings glorifying Oct. 7 attacks** |
| 46 | Content of postings |
| 47 | Plaintiffs aware of the posts and filed bias reports regarding both posts, notifying Haverford.<br>Haverford failed to respond.<br>Brought posts to the attention of Haverford administrators directly. Nothing done. |
| | **4. Aougab Posts** |
| 49 | Discussed in Plaintiffs' whatsapp group. |
| 57. | All Plaintiffs aware of and injured by them. |
| 59 | Feb. 27 2024 letter by alumna to President Raymond; Members of Jews at Haverford including an alumna and a parent of a current math student gave notice to President Raymond<br>TDP Demand letter February 9, 2024 |
| | **5. Professor Velasco's posts** |
| 55 | Velasco post complained of by alumna to President Raymond on Dec. 11, 2023<br>Further complaint about Velsasco blaming Zionists for Vermont shooting complained of by alumna to Raymond on Jan. 15, 2024<br>No response<br>Made known to Haverford leadership no later than May 13, 2024<br>Made known to all Plaintiffs no later than May 13, 2024 |

1

6. <u>Professor Ha Posts</u>

51-53   Ha posts put up between Aug. 15-19, 2024
55   made known to all Plaintiffs before Sept. 9, 2024, and to Haverford on Sept. 9, 2024

7. <u>Disparity between treatment of Professor Mendelsohn and Treatment of Professors Aougab, Ha and Velasco and Vice President Young</u>

62   Mendelsohn gives a teach-in on the event, is told by College administrators his event needs diversity
63   Velasco gives a completely one-sided teach-in, is not instructed to provide diversity. Event is so hostile to the Jewish commitment to Israel that a parent submits a complaint to President Raymond.  No response.

66   Mendelsohn himself complains about antisemitism at Haverford, is attacked by 600 people.
68.   Provost Strong-Leek initiates bias investigation against Mendelsohn.

72.    Discriminatory treatment of Professor Mendelsohn known to all Plaintiffs.

7. <u>ADL event</u>

82   McKnight, Raymond and Nikki Young physically present – saw and heard.  Did nothing
   Bias report submitted
   Shortly thereafter, Haverford alumna wrote to President Raymond – including inaction of security, which was present and did nothing
83   Letter of faculty member Richard Freedman writes to President Raymond
   No response

86   All Plaintiffs other than Ally Landau knew about the event either while it was happening or immediately after it ended

8. <u>Fall Plenary</u>

92   All Plaintiffs present and witnessed
94   Raymond and McKnight had authority to intervene, were asked to intervene and failed to take any effective action.
96   Six parents of Haverford students wrote to Raymond on Nov. 16, 2023 describing impact of the event on their children
97   No response; President Raymond praises the procedures followed at Plenary

9. <u>Grievances document issued campus wide, attacking Ally Landau</u>

99   Event described
100   Attack on Ally

2

102. Document's attack on Ally, and administration's failure to protect her, known by every Plaintiff
103. Raymond advised by Ally's parents of the threat the letter contained about their daughter
104. At least one member of the administration admitted that the Grievances document contained "elements . . . reasonably read as antisemitic." Raymond offered only "restorative justice," i.e. enforcement of the Honor Code, subjecting Ally to more abuse from the same people. Raymond praises the Grievances document.

  10. Emergency Plenary

109. All Plaintiffs aware – either present for some or all or deliberately chose to avoid because they knew it would consist only of denunciations of their beliefs

     Student council co-Presidents admit to a member of Jews at Haverford that Plenary rules had not been followed

111. Letter from alumnus Bryan Hawthorne and an alumna, identifying rule violations. No response.
112. Raymond praises procedure followed by emergency Plenary to get the anti-Israel resolution passed

  11. Spring Plenary

114. Parent of Jewish Haverford student wrote to President Raymond immediately after the event to tell Raymond that the writer's son had felt forced to lie and deny his own beliefs. "I am devastated." Also informs Raymond that Jewish students "have felt fearful, silenced or a protective need to self-censor." No response.

114. Events of Spring Plenary discussed in Plaintiffs' WhatsApp Group, through which all Plaintiffs learned about it

117. Immediately after Spring Plenary President Raymond admitted that she knew that students, particularly Jewish students, "have felt fearful, silenced or a protective need to self-censor" – thus quoting the above letter Raymond had received from the parent of the Jewish student who had been forced to vote against his commitments at Spring Plenary. But Raymond did nothing to remedy the problem whose existence she had acknowledged.

  12. Jewish state spreading disease event

118. Complaints submitted by students, alumni, parents and Jewish community members Discussed in Whatsapp group by all plaintiffs.
120. Event described in Plaintiffs' WhatsApp grouop as "New antisemitism achievement"
119. Dean McKnight aware of complaints. Responded by suggesting a change of title, which made it worse.

3

| | |
|---|---|
| 120 | Student complains about the event "to Wendy."  No change in content of event.  Fact of complaint, and President Raymond's failure to respond, discussed in plaintiffs' WhatsApp group |
| 122 | Event defended by Haverford as protected and valued speech. |

### 13. Sit-in at Founders Hall

| | |
|---|---|
| 123 | Event described |
| 127 | All plaintiffs knew about it and endured harassment |
| 127 | Raymond praises as "peaceful protest," no punitive action would be taken |
| 128 | Ally's parents discussed event with Raymond, who admitted to them that it violated campus rules but that if she enforced the rules "worse behavior by students would result" |

### 14. Jewish students screen movie on campus about the Hamas attack, April 14, 2024

| | |
|---|---|
| 129 | Haverford students demand to Raynond that she apologize for inviting Zionists to campus  One Jewish student who witnessed the demand wrote to Raymond asking how she could tolerate such a demand without stating that students like the writer, who are Zionists, have the right to be on campus. |
| 130 | No response |

All Plaintiffs aware of these facts by May 13, 2024

### 15. Encampment and Liberated Zone

| | |
|---|---|
| 132 | Access to the campus's central building and college green  All plaintiffs either personally experienced this or knew about it from others who had. |
| 133, 135 | All plaintiffs either personally experienced this or knew about it from others who had  Parent wrote to Raymond demanding to know how her child could prepare for finals given attacks on Jewish students on campus |
| 134 | Haverford leadership did nothing. |
| 136 | One student wrote to Raymond to complain, saying  I know that I, and many of my friends, have repeatedly spoke to you about the impact of such conduct on our ability to survive as Jews and as students at this college.  You've done nothing in the past and you're doing nothing now. Where are you? |
| 137 | No reply. |

### 16. Incoming students Whatsapp group drives a new Zionist student away from Haverford

| | |
|---|---|
| 138 | Jewish student accepted to the College changes his plans because as soon as he admits to having gone to Jewish day school, he's asked if he's a Zionist, and when he says yes he's attacked. |
| 139 | Incoming student advises McKnight.  McKnight says only remedy is to invoke the Honor |

| | |
|---|---|
| | Code. Incoming student refuses to seek relief from the people who are attacking him. |
| 140 | No further action taken by the College |
| | Event discussed in the Plaintiffs' WhatsApp group. All Plaintiffs knew about it and about the College's failure to do anything about it. |

17. Customs

| | |
|---|---|
| 141 | Event described |
| 143 | Jewish students ask for permission to insert their concerns into the orientation materials, which are otherwise filled with pro-Palestine and anti-Israel messages |
| 146 | met with anger and disgust at the Customs session. |
| 147 | Other students demand an apology from Haverford College for being asked to consider the Presentation. |
| 148 | Haverford apologizes. |
| 150 | Haverford administrators with responsibility for the event notified of the problem before the orientation preparation event took place. |
| 151 | All Plaintiffs either experienced the event themselves or aware immediately after it occurred. |

18. Posters torn down; no serious investigation and mockery follow

| | |
|---|---|
| 152-53 | posters pulled down, multiple times in multiple buildings. |
| | Brought attention of President Raymond and other senior administrators |
| | Investigation conducted with inconclusive result, suggesting the wind brought down posters which were put up indoors, and posters found crumpled up on the floor near where they had been posted. |
| 155 | College presents award to student who mocked the problem |
| | All Plaintiffs aware of this event by Sept. 9, 2024 |

19. Campus student organization adopts platform of eliminating Israel "by all means necessary."

| | |
|---|---|
| 156 | Event described |
| | Known to all Plainitffs |
| | Complaint to Raymond, of which Plainitffs also aware |
| | No response |

20. Cancellation of antisemitism awareness event

| | |
|---|---|
| 158 | Event described |
| 159 | McKnight informs Ally that public promotion of antisemitism awareness could prompt unrest that the College could not or would not prevent. She understands she has no choice but to cancel the event. |
| 160 | All plaintiffs new about this. Parents and alumni complained to Dean McKnight and President Raymond, including |
| 161 | Ally's parents. |

5

21. <u>Community leaders' communications to Colllege leadership about hostile environment for Jewish students on campus</u>

35, 36  Events described.

All Plaintiffs aware of this by Sept. 9, 2024

21. <u>Jewish community leaders meet with Haverford's leadership, including Vice President Young, Dean McKnight, Provost Linda Strong-Leek, and the President's Chief of Staff, Jesse Lyttle</u>

164  Haverford leaders hear the Jewish community representatives' expression of concern about the welfare of the Jewish students on campus

Vice President Young affirmatively states that Haverford will not address these concerns. At the second meeting Young states that it is the College's policy that for Jews to feel safe on campus they must "condemn "genocide," by which she meant that for Jews to feel safe on Haverford's campus they must take the position that Israel's actions its war against Hamas constitute genocide.

All Plaintiffs aware of this by Sept. 9, 2024

22. <u>Ally's Parents speak with the College's Board President about antisemitism on campus</u>

3  January 2024, the College's Board President acknowledged to Ally Landau's parents the "slowness and inadequacy" of the College's response both to antisemitism on campus generally and to threats to Plaintiff Ally Landau in particular