# Exhibit Cover Page

**EXHIBIT  A**

# Office of the **President**

- Home
- About the President
- Governance
- Institutional Effectiveness
- Strategic Planning
- Initiative for Ethical Engagement and Leadership
- Meeting the Moment: Community in Dialogue
- Climate Survey
- Committee on Freedom of Expression, Learning, and Community
- **College Policies**
  - Anti-Discrimination, Harassment, and Bias Policy
- Presidential Writings
- Contact & Staff

## Anti-Discrimination, Harassment, and Bias Policy

The Anti-Discrimination, Harassment, and Bias Policy is a College-wide policy that affirms Haverford's commitment to cultivate an environment of equity and anti-racism, anti-oppression, and anti-bias

### Policy

This policy establishes a response protocol for reports of discrimination, harassment, and bias, and applies to the Haverford community, including all students, staff, faculty, members of the Board of Managers and Corporation of Haverford College, volunteers, and visitors.

Acts of discrimination, harassment, and bias violate the College policy and are antithetical to the mission, values, and standards of the College. The College welcomes and encourages all students, employees, and community members to join together in a commitment to creating a just and equitable environment for all.

[ Policy ]

[ File a Complaint ]

### Bias Reporting System Process

The College is required to conduct a thorough inquiry and address all reports of bias incidents of which it becomes aware.

**The response protocol following a report of a possible act is as follows in the following order:**

**1  Step 1**

Incident report received. An automated response is sent acknowledgng the receipt of report



FOUNDED 1833

70 Lancaster Avenue, Haverford, PA 19041
(610) 896-1000

**COME SAY HELLO**
Directions
Visit Campus
Campus Map

**GET TO KNOW US**
About Haverford
Facts & Statistics
Land Acknowledgment
Download Viewbook

**JOIN OUR COMMUNITY**
Job Openings
Faculty Positions
Non-discrimination Policy

© 2025 Haverford College. All Rights Reserved.     Made with love by Black Squirrels.