#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, et al.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-2044** |
| | : | |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |

### ORDER

This 25th day of March, 2025, it is hereby **ORDERED** that oral argument on Defendant's Motion to Dismiss is scheduled for Wednesday, **April 9, 2025**, at **1:30 p.m.**  Argument will be heard in Courtroom 9-B of the United States Courthouse, 601 Market Street, Philadelphia, PA.

/s/ Gerald Austin McHugh
United States District Judge