IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEWS AT HAVERFORD, ALLY LANDAU, HJSB, HJSC | : <br> : <br> : |
| *Plaintiffs*, | : <br> : |
| v. | : No. 2:24-cv-02044-GAM |
| THE CORPORATION OF HAVERFORD COLLEGE, | : <br> : <br> : |
| *Defendant*. | : <br> : <br> : |

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned as counsel for **JEWS AT HAVERFORD, ALLY LANDAU, HJSB, HJSC**, the plaintiffs in the above-captioned matter.

**Lori Lowenthal Marcus, Esq.**
The Deborah Project
Bar ID Number – 53388
P.O. Box 212
Merion Station, PA 19066
(610) 880-0100
lorilowenthalmarcus@deborahproject.org

Dated: 04/15/2025

Respectfully submitted,

*[signature]*

Lori Lowenthal Marcus
LoriLowenthalMarcus@DeborahProject.Org
Legal Director, The Deborah Project

**Attorney for JEWS AT HAVERFORD, ALLY LANDAU, HJSB, HJSC**