IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLY LANDAU, HJSB, HJSC, and<br>JEWS AT HAVERFORD | :<br>:<br>: | CIVIL ACTION |
| v. | : | No. 24-2044 |
| | : | |
| THE CORPORATION OF<br>HAVERFORD COLLEGE | :<br>: | |

**ORDER**

This 30th day of June, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint, ECF 37, is **GRANTED** as to Count I, and **DENIED** as to Count II. Count I is **DISMISSED** with prejudice.

/s/ Gerald Austin McHugh
United States District Judge