**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALLY LANDAU, HJSB, HJSC, and** | : | |
| **JEWS AT HAVERFORD** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 24-2044** |
| | : | |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |

## ORDER

This 15th day of August, 2025, upon consideration of the Parties' joint request, it is hereby

**ORDERED** as follows:

1) The Rule 16 Conference previously scheduled for Thursday, September 4th is **ADJOURNED**;

2) All deadlines are **STAYED** for sixty (60) days as the Parties pursue resolution of this case; and

3) A telephonic status conference is **SCHEDULED** for Wednesday, October 15th, 2025 at 10:00 am.  Counsel for Defendant shall initiate the call with all counsel and then call Chambers at 267-299-7301.

   /s/ Gerald Austin McHugh
United States District Judge