**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, et al.** | **:** | |
| | **:** | |
| v. | **:** | **CIVIL ACTION NO. 24-2044** |
| | **:** | |
| **THE CORPORATION OF** | **:** | |
| **HAVERFORD COLLEGE** | **:** | |

## ORDER

This 1st day of October, 2025, at the request of Plaintiff's counsel, it is hereby

**ORDERED** that the status conference call scheduled for October 15, 2025, is **RESCHEDULED**

for Thursday, **October 16, 2025**, at **11:30 a.m.** Counsel for Defendant is requested to set-up a

conference line and email Chambers and opposing counsel with the call-in information.

/s/ Gerald Austin McHugh
United States District Judge