# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, ET AL.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-2044** |
| | : | |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |

## ORDER

This 16th day of October, 2025, following a conference with counsel, at the mutual request of the parties, it is hereby **ORDERED** that the STAY issued in this action shall continue in effect, pending further notification from counsel about the status of their efforts to mediate.

 /s/ Gerald Austin McHugh
United States District Judge