IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD, ET AL. | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-2044 |
| | : | |
| THE CORPORATION OF | : | |
| HAVERFORD COLLEGE | : | |

**ORDER**

This 17th day of December, 2025, counsel having informed the court that they are in the process of scheduling mediation of this matter, it is hereby **ORDERED** that the STAY issued in this action shall continue in effect until March 17, 2026. Counsel shall inform the Court of the outcome of the mediation within ten days of its completion.

 /s/ Gerald Austin McHugh
United States District Judge