IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, ET AL.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-2044** |
| | : | |
| **THE CORPORATION OF HAVERFORD COLLEGE** | : | |
| | : | |

**ORDER**

This 2nd day of March, 2026, at the joint request of the parties, it is hereby **ORDERED** that the stay previously entered in this action is extended until **March 30, 2026**.

 

  /s/ Gerald Austin McHugh
United States District Judge