**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, ET AL.** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-2044** |
| | : | |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |

## ORDER

This 30th day of April, 2026, at the joint request of the parties, it is hereby **ORDERED**

that the stay previously entered in this action is extended until **May 15, 2026**.


 /s/ Gerald Austin McHugh
United States District Judge