**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEWS AT HAVERFORD, ET AL.     :

                                   :

**v.**                           :        **CIVIL ACTION NO. 24-2044**

                                   :

**THE CORPORATION OF**       :

**HAVERFORD COLLEGE**        :

## ORDER

This 28th day of May, 2026, at the joint request of the parties, it is hereby **ORDERED** that the stay previously entered in this action is extended until **June 15, 2026**.

The Court will hold a telephonic status conference on **June 15, 2026, at 1:30 p.m.** Counsel for Defendant is requested to set-up a conference line and email Chambers and opposing counsel with the call-in information.

                                     /s/ Gerald Austin McHugh
                                     United States District Judge