**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, ET AL.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 24-2044** |
| | **:** | |
| **THE CORPORATION OF** | **:** | |
| **HAVERFORD COLLEGE** | **:** | |

## ORDER

This 4th day of June, 2026, at the request of counsel for the Plaintiffs, it is hereby

**ORDERED** that the status conference call previously scheduled for June 15, 2026, is

**RESCHEDULED** for Tuesday, **June 16, 2026**, at **4:00 p.m.**

Counsel for Defendant is requested to set-up a conference line and email Chambers and

opposing counsel with the call-in information.

  /s/ Gerald Austin McHugh
United States District Judge