**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEWS AT HAVERFORD, ET AL.          :
                                   :
v.                                 :          **CIVIL ACTION NO. 24-2044**
                                   :
THE CORPORATION OF                 :
HAVERFORD COLLEGE                  :

## ORDER

This 16th day of June, 2026, at the joint request of the parties, it is hereby **ORDERED**

that the stay previously entered in this action is extended until **July 16, 2026**.


 /s/ Gerald Austin McHugh
United States District Judge