**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEWS AT HAVERFORD, ET AL.          :
                                   :
v.                                 :          CIVIL ACTION NO. 24-2044
                                   :
THE CORPORATION OF                 :
HAVERFORD COLLEGE                  :

**ORDER**

This 16th day of July, 2026, at the joint request of the parties, it is hereby **ORDERED**

that the stay previously entered in this action is extended until **July 23, 2026**.


                                   /s/ Gerald Austin McHugh
                                   United States District Judge