**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, ET AL.** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 24-2044** |
| | **:** | |
| **THE CORPORATION OF** | **:** | |
| **HAVERFORD COLLEGE** | **:** | |

**ORDER**

This 23rd day of July, 2026, at the joint request of the parties, it is hereby **ORDERED**

that the stay previously entered in this action is extended until **August 6, 2026**.


 /s/ Gerald Austin McHugh
United States District Judge