IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEWS AT HAVERFORD,<br>ALLY LANDAU,<br>HJSB, and HJSC, | : <br> : <br> : <br> : | |
| Plaintiffs, | : | Civil Action No. 2:24-cv-02044<br>(GAM) |
| | : | |
| v. | : <br> : | |
| THE CORPORATION OF<br>HAVERFORD COLLEGE, | : <br> : <br> : | |
| Defendant. | : | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE CLERK:

Plaintiffs Jews at Haverford, Ally Landau, HJSB and HJSC, and Defendant the Corporation of Haverford College, have jointly signed a settlement agreement and thereby agreed to resolve, finally and completely, and with prejudice, any and all matters between Plaintiffs and the College including, without limitation, the claims asserted against the College in the above-captioned Civil Action, in order to avoid the further expense, disruption, and uncertainty of litigation, all without admitting liability. As such, the Parties jointly and respectfully request that the Civil Action be dismissed, with prejudice.

Respectfully submitted,

DATED: August 6, 2026

THE DEBORAH PROJECT
By:

_____
Lori Lowenthal Marcus
Lori Lowenthal Marcus, PA Attorney ID 5338
Jerome M. Marcus, PA Attorney ID 50708
P.O. Box 212 Merion Station, PA 19066
Voice: 610.880.0100
Counsel for Plaintiffs

SAUL EWING LLP
By:

_____
Joshua W. B. Richards/204315
Levi R. Schy/329199
1735 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 972 7737 (Richards)
(215) 972-7803 (Schy)
Joshua.Richards@saul.com
Levi.Schy@saul.com
Counsel for Defendant