**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEWS AT HAVERFORD, et al.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-2044** |
| | : | |
| **THE CORPORATION OF** | : | |
| **HAVERFORD COLLEGE** | : | |

## O R D E R

This  7th  day of   August  , 2026, it having been reported that the above captioned

action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of

the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned

action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


GEORGE WYLESOL, Clerk of Court

**BY:**      /s/ Patricia Clark
Patricia Clark
Civil Deputy to Judge McHugh



Copies EMAILED on   8/07/26  to:

cc:

All counsel of record